# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>vs.<br><br>BANC DE BINARY LTD.,<br><br>            Defendant. | 2:13-cv-00993-RCJ-VCF<br><br>**ORDER** |

      This case arises out of the alleged trading of unregistered securities. The Court has entered a preliminary injunction, ruling that although they are not in fact options, the "binary options" Defendant is alleged to sell are "securities" under the Securities Exchange Act of 1934, as amended. Plaintiff has asked to amend the Complaint to add Oren Shabat Laurent as a Defendant. According to Plaintiff, Mr. Laurent is the founder, president, chief executive officer, 50% shareholder, and executive director of Defendant. Neither Defendant nor Mr. Laurent has timely opposed the motion or moved for an extension of time to do so.

///

///

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Amend (ECF No. 38) is GRANTED. Plaintiff may file the proposed first amended complaint. (*See* ECF No. 38-1).

IT IS FURTHER ORDERED that the Motion for Leave to Appear (ECF No. 37) is GRANTED.

IT IS SO ORDERED.

Dated this 10th day of January, 2014.

_____
ROBERT C. JONES
United States District Judge