JOHN W. BERRY (N.Y. Bar No. 2972610) (admitted *pro hac vice*)
Email:  berryj@sec.gov
AMY JANE LONGO (Cal. Bar. No. 198304) (admitted *pro hac vice*)
Email:  longoa@sec.gov
LESLIE A. HAKALA  (Cal. Bar. No. 199414) (admitted *pro hac vice*)
Email:  hakalal@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>     vs.<br><br>BANC DE BINARY LTD, OREN SHABAT LAURENT (f/k/a OREN SHABAT), ET BINARY OPTIONS LTD., BO SYSTEMS LTD. SEYCHELLES and BDB SERVICES LTD. SEYCHELLES,<br><br>            Defendants. | Case No.  2:13-cv-00993-RCJ-VCF<br><br>**DECLARATION OF JOHN W. BERRY IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS OREN SHABAT LAURENT (F/K/A OREN SHABAT), ET BINARY OPTIONS LTD. AND BO SYSTEMS LTD. SEYCHELLES**<br><br>FILED UNDER SEAL PURSUANT TO COURT ORDER DATED July 14, 2014 (Dkt. No. 69) |

1   I, John W. Berry, declare pursuant to 28 U.S.C. § 1746 as follows:

2       1.      This declaration is submitted in support of Plaintiff Securities and Exchange

3   Commission's Motion for Summary Judgment against defendants ET Binary Options Ltd.

4   ("ETBO"), BO Systems Ltd. Seychelles ("BO Systems"), and the individual defendant, Oren

5   Shabat Laurent.

6       2.      I am an attorney in the Los Angeles Regional Office of the Securities and Exchange

7   Commission (the "SEC").  Unless specifically stated, I have personal knowledge of the matters set

8   forth below.

9   **Deposition Transcripts and Exhibits**

10      3.      A true and correct copy of excerpts of the transcript of the July 9 and 10, 2014

11  deposition of Marios Kosma, the Rule 30(b)(6) designated deponent for the four corporate

12  defendants, is attached hereto as Exhibit A.

13      4.      A true and correct copy of excerpts of the transcript of the July 8, 2014 deposition of

14  Oren Shabat Laurent is attached hereto as Exhibit B.

15      5.      A true and correct copy of an October 2010 "Banc de Binary" website screenshot,

16  marked as Exhibit 2 in the deposition of Mr. Laurent, is attached hereto as Exhibit C.

17      6.      A true and correct copy of an October 2010 "Banc de Binary" website screenshot,

18  marked as Exhibit 3 in the deposition of Mr. Laurent, is attached hereto as Exhibit D.

19      7.      A true and correct copy of an October 2010 "Banc de Binary" website screenshot,

20  marked as Exhibit 4 in the deposition of Mr. Laurent, is attached hereto as Exhibit E.

21      8.      A true and correct copy of a "Banc de Binary" website screenshot referring to an

22  office on Wall St. in New York, New York, marked as Exhibit 5 in the deposition of Mr. Laurent, is

23  attached hereto as Exhibit F.

24      9.      A true and correct copy of a September 2012 "Banc de Binary" website screenshot,

25  marked as Exhibit 6 in the deposition of Mr. Laurent, is attached hereto as Exhibit G.

26      10.     A true and correct copy of a September 2012 "Banc de Binary" website screenshot

27  listing "brokers," marked as Exhibit 7 in the deposition of Mr. Laurent, is attached hereto as Exhibit

28  H.

11.     A true and correct copy of the "WhoIs Record," dated February 23, 2010, the registrar information for the website www.bbinary.com, marked as Exhibit 19 in the deposition of Mr. Kosma, is attached hereto as Exhibit I.

12.     A true and correct copy of the "WhoIs Record," dated April 28, 2010, the registrar information for the website www.bbinary.com, marked as Exhibit 20 in the deposition of Mr. Kosma, is attached hereto as Exhibit J.

13.     A true and correct copy of a document entitled "Banc De Binary Limited Organisational Structure," bates-numbered SEC-BdBLtdProduction0345-347, and marked as Exhibit 22 in the deposition of Mr. Kosma, is attached hereto as Exhibit K.

14.     A true and correct copy of a document entitled "Banc De Binary Limited Organisational Structure," bates-numbered SEC-BdBLtdProduction0080-0083, and marked as Exhibit 23 in the deposition of Mr. Kosma, is attached hereto as Exhibit L.

15.     A true and correct copy of a June 2013 "Banc de Binary" website screenshot mentioning access "to your own personal broker," marked as Exhibit 38 in the deposition of Mr. Kosma, is attached hereto as Exhibit M.

16.     A true and correct copy of a June 2013 "Banc de Binary" website screenshot listing ways to "contact us," including "live support 24 hours with trading experts" marked as Exhibit 39 in the deposition of Mr. Kosma, is attached hereto as Exhibit N.

17.     A true and correct copy of a "Banc de Binary" website screenshot referring to an office on Wall St. in New York, New York, marked as Exhibit 40 in the deposition of Mr. Kosma, is attached hereto as Exhibit O.

**Discovery**

18.     A true and correct copy of ETBO's response to the first set of SEC's requests for admissions is attached hereto as Exhibit P.

19.     A true and correct copy of BO Systems's response to the first set of SEC's requests for admissions is attached hereto as Exhibit Q.

20.     A true and correct copy of ETBO's response to the first set of SEC interrogatories is attached hereto as Exhibit R.

21.     A true and correct copy of BO Systems's response to the first set of SEC interrogatories is attached hereto as <u>Exhibit S.</u>

22.     A true and correct copy of the SEC's Rule 30(b)(6) notice of deposition of the four corporate defendants, dated June 17, 2014, is attached hereto as <u>Exhibit T.</u>

Executed on October 8, 2014, in Los Angeles, California.

<u>/s/ John W. Berry</u>
John W. Berry

# EXHIBIT A

REDACTED

# EXHIBIT B

REDACTED

# EXHIBIT C

BBinary - Letter from the CEO



# BANC DE BINARY

- Email
- Password
- Submit Query

Forgot Password? Click Here

- --
-  :
- --
-  :
- --

- ...synchronizing...

## world. wisdom. profit.
Home Page

- Trading
    - Pro Trader Platform
    - Fast Trader Platform
    - Trade By Phone
    - Platform Asset Index
    - Option Expired Rates
- Open Account
    - Open Account
    - Open Demo Account
    - Security And Privacy
    - FAQ
- Banking
    - Deposit Methods
    - Wire Transfer Instructions
    - About Credit Card Deposits
    - Withdrawal Methods
    - Banking FAQ
    - Safety Of Funds
    - Taxation
- Education
    - Binary Options FAQ
    - Glossary
    - FAQ
    - Help/User Manual
    - How To Trade
    - Trading Terminology
    - About One Touch Options
    - About Option Trading
    - About Forex Trading
- Tools



EXHIBIT
2
Laurent 7.2.14

Exhibit C Page 298

BBinary - Letter from the CEO

- Analyst Recommendation
- Weekly Review
- Previous Week Recap
- Analyst Daily Outlook
- Technical & Fundamental
- Global Markets
- Customer Service
  - Customer Service Center
  - Software Walk Through
  - Online Support Ticket
  - Book a Call Back
  - Contact Us
- About Us
  - Company Profile
  - Our Identity and Mission
  - Our Values
  - Letter From The CEO
  - Executive Team
  - Board Of Directors
  - Investor Relations
  - Our Platform
  - Press Releases
  - Careers
  - Coroporate Responsibility
  - Contact Us

- **USD/JPY 82.815** (16:00 06.10) ☑
- **AUD/USD 0.97801** (16:00 06.10) ☑
- **GOLD 1348.338** (16:00 06.10) ☑
- **SILVER 23.049** (16:00 06.10) ☑
- **PLATINUM 1707.300** (16:00 06.10) ☑
- **USD/CAD 1.00734** (16:00 06.10) ☑
- **EUR/JPY 115.302** (16:00 06.10) ☑
- **NASDAQ 2386.26** (16:00 06.10) ☑
- **EUR/GBP 0.87552** (16:00 06.10) ☑
- **SUGAR (11) 23.675** (16:00 06.10) ☑
- **S&P 500 1160.300** (16:00 06.10) ☑
- **EUR/USD 1.39229** (16:00 06.10) ☑
- **GBP/USD 1.59024** (16:00 06.10) ☑
- **DOW 10961.70** (16:00 06.10) ☑
- **APPLE 288.440** (16:00 06.10) ☑
- **GOOGLE 533.745** (16:00 06.10) ☑
- **COCA COLA 59.485** (16:00 06.10) ☑
- **WHEAT 662.750** (16:00 06.10) ☑
- **OIL 83.740** (16:00 06.10) ☑
- **NASDAQ FUTURE 2007.120** (16:00 06.10) ☑
- **EXXON MOBIL 63.635** (16:00 06.10) ☑
- **BIDU 99.950** (16:00 06.10) ☑
- **USD/CHF 0.96048** (16:00 06.10) ☑
- **COFFEE 176.375** (16:00 06.10) ☑
- **AIG 40.835** (16:00 06.10) ☑
- **BANK OF AMERICA 13.565** (16:00 06.10) ☑
- **CISCO 22.335** (16:00 06.10) ☑
- **GOLDMAN SACHS 152.145** (16:00 06.10) ☑
- **CITI 4.135** (16:00 06.10) ☑
- **USD/BRL 1.67260** (16:00 06.10) ☑

Exhibit C Page 299

BBinary - Letter from the CEO



Letter from the CEO



## Letter From The CEO

How many times have you heard that option trading is like an online casino? How often have you heard this from those not affiliated with the finance industry? How many times have you heard that same line from professionals who are involved in the finance industry, but who have limited or no knowledge of option trading? How often have you explained that option trading does not resemble a casino, but just couldn't convince them?

The casino comparison indicates a lack of understanding. When used by professionals in the finance sector, it can only indicate ignorance. Option trading is a business, just like any other, with expenses on one side with income on the other. Like many other businesses, it might have no physical goods, but will have buying and selling operations.

Option trading is no more like a casino than any other business. If you have no knowledge of the field you are entering, then any business has the potential of feeling like a casino. On the other hand, if one has knowledge and tools of the trade in this particular field, one will understand how money is earned or lost. I wonder if the same uneducated financial advisors who are labeling option trading as dangerous are advising their clients to ignore other investment opportunities, such as opening a business.

Consider restaurants. Currently 80-90% of all restaurants that open will fail within the first three to five years. A financial advisor would probably explain to their client that it's a risky endeavor, especially if this investor has no knowledge of the restaurant business.

Why, may I ask, is option trading a casino, and opening a restaurant is not? The answer must lie here: The two industries seem similar insofar as you place your investment and play against the odds. But if neither offers any services or goods, then what kind of businesses it, and what does it provide?

The entire financial sector is one large business. This business is complete with expenses and income, good days and bad. For that business to be successful, those overseeing its operations must learn and understand the field, understand the market and be knowledgeable of all major factors to ensure its success.

Buying and selling dollars and pounds just like that, without that business knowledge and understanding, is in fact gambling. Opening a restaurant, hiring a kitchen and wait staff and all other overhead involved is a gamble, a risk – and thus, a casino. But it is also an investment.

Don't understand option trading? Read about it, learn about it, become as knowledgeable as you can before investing your money. Then and only then are your chances of succeeding higher than your chances of failure.

Exhibit C Page 300

BBinary - Letter from the CEO

**Remember, the only real casinos are in Las Vegas.**



**Oren Laurent**

CEO

Banc De Binary

(Oren can be reached at info@bbinary.com)

To view our Executive Team, click here.



 

About Us

- Company Profile
- Our Identity and Mission
- Our Values
- Letter From The CEO
- Executive Team
- Board Of Directors
- Investor Relations
- Our Platform
- Press Releases

Exhibit C Page 301

BBinary - Letter from the CEO

- Careers
- Coroporate Responsibility
- Contact Us

How To Trade

- 1

  Select any asset which

  you want to trade.

- 2

  Click "Up" if you think its price will rise above the current level.

  Click "Down" if you expect the price to fall below the current level.

- 3

  Choose the amount which you want to trade and click **"Apply"**.



Live Financial News

- Forex: EUR/USD breaks above 1.3900
- Forex: USD/CHF hits fresh record low
- Forex: GBP/USD trims losses
- Forex: EUR/USD hits fresh 8-month highs above 1.3880
- US stocks mixed following glum ADP figures
- The US EIA Crude Oil Stocks change rises significantly
- US EIA Crude Oil Stocks change rises to 3.1M.
- Forex: USD/CAD slides following strong Canadian PMI
- Forex: EUR/USD testing 1.3880 after bouncing at 1.3800
- Canadian Ivey PMI soars
- Canada Sep Ivey PMI Index surges to 70.3; consensus, 62.0
- Forex: AUD/USD focusing on 0.9850 and then 0.9907 - Commerzbank
- Forex: EUR/GBP returns to 22-week high
- "Trichet will remain bullish on Ireland, Spain and Greece" - Jeremy Cook
- "BoE will wait until the Fed's meeting" - Adam Narczewski
- Forex: USD/CHF reaches all-time low just ahead of ADP release
- Forex: GBP/USD retreat extends to 1.5840 low after ADP
- Forex: USD/JPY spikes down to 82.75 after grim ADP data
- US ADP Employment Change plunges
- US ADP Employment Change: -39K
- US: MBA Mortgage Applications drop slightly over the week
- US MBA Mortgage Applications decrease 0.2% in the 1st Oct week
- Forex: GBP/USD rejected at 1.5940, eases to 1.5880 session low

Exhibit C Page 302

BBinary - Letter from the CEO

- European stocks track Wall Street higher Wednesday
- Forex: USD/JPY tests levels below 83.00
- Forex: EUR/USD pushing higher, approaches 1.3900
- Forex: EUR/GBP jumps to 0.8730 following German factory orders
- German Factory Orders jump over expectations
- Germany Factory Orders increase 3.4% in August; 24% up on the year
- The European Union's GDP expands as forecasted
- Forex: USD/CAD edging lower, finding support around 1.0120
- EU GDP rose 1% in Q2; 1.9% on the year, unchanged from previous estimate
- Forex: USD/JPY hovering right above 83.00
- Forex: AUD/USD continues bullish, at 26-month high
- Forex: GBP/USD Looking set to re-test 1.6000 - Mizuho
- Forex: EUR/GBP remains near 5-month high
- Forex: EUR/USD ticks up to 1.3870, 6-month high
- Forex: NZD/USD testing 11-month high at 0.7500
- Forex: USD/CHF below 0.9642, next target, at 0.9500 - Commerzbank
- Forex: EUR/JPY pushing 115.30/35 resistance area

 

- Site Map
- Banking
- IB's
- Affiliates
- Training
- Market Review
- VIP
- Terms Of Use
- Privacy Policy



The ultimate trading experience
JOIN TODAY

**Step 1** Personal Details

Register
>
2
Log In
>
3
Deposit

| First Name | |
| Last Name | |
| Phone | |
| Email | |

Exhibit C Page 303

BBinary - Letter from the CEO

## Thank You. Processing Your Request. One Moment Please.

Next



+70%

The ultimate trading experience
JOIN TODAY

+70%

**Step 2** Log In Information

[1]
Register
>
[2]
Log In
>
[3]
Deposit

| | |
|---|---|
| Password | |
| Please Repeat Password | |
| Currency | EUR |
| Please Copy Code | | 155542 |

☐ Please Accept Our Terms and Conditions: Site Terms & Conditions and Risk Disclaimer

submit

## Thank You. Processing Your Request. One Moment Please.

Back   Next

Give Feedback

Exhibit C Page 304

# EXHIBIT D

BBinary - Executive Team



# BANC DE BINARY

- Email
- Password
- Submit Query

Forgot Password? Click Here

- --
  :
- --
  :
- --

- ...synchronizing...

## world. wisdom. profit.
Home Page

- Trading
    - Pro Trader Platform
    - Fast Trader Platform
    - Trade By Phone
    - Platform Asset Index
    - Option Expired Rates
- Open Account
    - Open Account
    - Open Demo Account
    - Security And Privacy
    - FAQ
- Banking
    - Deposit Methods
    - Wire Transfer Instructions
    - About Credit Card Deposits
    - Withdrawal Methods
    - Banking FAQ
    - Safety Of Funds
    - Taxation
- Education
    - Binary Options FAQ
    - Glossary
    - FAQ
    - Help/User Manual
    - How To Trade
    - Trading Terminology
    - About One Touch Options
    - About Option Trading
    - About Forex Trading
- Tools



EXHIBIT
3
hurrent 7-8-14

Exhibit D Page 305

BBinary - Executive Team

- Analyst Recommendation
  - Weekly Review
  - Previous Week Recap
  - Analyst Daily Outlook
  - Technical & Fundamental
  - Global Markets
- Customer Service
  - Customer Service Center
  - Software Walk Through
  - Online Support Ticket
  - Book a Call Back
  - Contact Us
- About Us
  - Company Profile
  - Our Identity and Mission
  - Our Values
  - Letter From The CEO
  - Executive Team
  - Board Of Directors
  - Investor Relations
  - Our Platform
  - Press Releases
  - Careers
  - Coroporate Responsibility
  - Contact Us

- **USD/JPY 82.815** (16:00 06.10) ☑
- **AUD/USD 0.97801** (16:00 06.10) ☑
- **GOLD 1348.338** (16:00 06.10) ☑
- **SILVER 23.049** (16:00 06.10) ☑
- **PLATINUM 1707.300** (16:00 06.10) ☑
- **USD/CAD 1.00734** (16:00 06.10) ☑
- **EUR/JPY 115.302** (16:00 06.10) ☑
- **NASDAQ 2386.26** (16:00 06.10) ☑
- **EUR/GBP 0.87552** (16:00 06.10) ☑
- **SUGAR (11) 23.675** (16:00 06.10) ☑
- **S&P 500 1160.300** (16:00 06.10) ☑
- **EUR/USD 1.39229** (16:00 06.10) ☑
- **GBP/USD 1.59024** (16:00 06.10) ☑
- **DOW 10961.70** (16:00 06.10) ☑
- **APPLE 288.440** (16:00 06.10) ☑
- **GOOGLE 533.745** (16:00 06.10) ☑
- **COCA COLA 59.485** (16:00 06.10) ☑
- **WHEAT 662.750** (16:00 06.10) ☑
- **OIL 83.740** (16:00 06.10) ☑
- **NASDAQ FUTURE 2007.120** (16:00 06.10) ☑
- **EXXON MOBIL 63.635** (16:00 06.10) ☑
- **BIDU 99.950** (16:00 06.10) ☑
- **USD/CHF 0.96048** (16:00 06.10) ☑
- **COFFEE 176.375** (16:00 06.10) ☑
- **AIG 40.835** (16:00 06.10) ☑
- **BANK OF AMERICA 13.565** (16:00 06.10) ☑
- **CISCO 22.335** (16:00 06.10) ☑
- **GOLDMAN SACHS 152.145** (16:00 06.10) ☑
- **CITI 4.135** (16:00 06.10) ☑
- **USD/BRL 1.67260** (16:00 06.10) ☑

Exhibit D Page 306

BBinary - Executive Team



Executive Team

 **Executive Team**

Our assets are our people, capital and reputation. If any one of these is damaged, our reputation is the most difficult to restore. Banc De Binary embraces the laws, rules, and ethical principals that oversee our operations, because our continued success depends upon your complete satisfaction.

**Oren Laurent**

Chief Executive Officer

As a co-founder of Banc De Binary, Mr. Laurent specializes in eCommerce involving multi-currency solutions. He has a strong background in banking, and is an expert in international trading and hedging. Prior to Banc De Binary, he managed large customer investment accounts for various investment firms around the world. He has been a driving force in developing and implementing the global strategies that have made Banc De Binary a leader in Binary Options.

**Aaron Capelouto**
Vice President of Business Development

As vice president of business development, Mr. Capelouto has helped Banc De Binary grow and expand by reaching new customers. He specializes in developing new business areas and in conducting wide-ranging research pertaining to channel development, product development and product distribution. He is a key developer and implementer of Banc De Binary.

**Fredric Patrick**
Vice President of Technology

Mr. Patrick has years of experience in dealing with international technology products as well as heading software R&D groups. Since the founding of Banc De Binary, he has led the development of our unique trading platform. As vice president of technology, he is focused on building the corporate infrastructure needed to meet the company's needs as an industry leader, and on ensuring the quality and security of all the company's systems.

To view our Board of Directors, click here.

Exhibit D Page 307

BBinary - Executive Team



 

About Us

- Company Profile
- Our Identity and Mission
- Our Values
- Letter From The CEO
- Executive Team
- Board Of Directors
- Investor Relations
- Our Platform
- Press Releases
- Careers
- Coroporate Responsibility
- Contact Us

How To Trade

- 1

  Select any asset which

  you want to trade.

- 2

  Click "Up" if you think its price will rise above the current level.

  Click "Down" if you expect the price to fall below the current level.

- 3

  Choose the amount which you want to trade and click "**Apply**".

Exhibit D Page 308

BBinary - Executive Team



**Live Financial News**

- Forex: EUR/USD breaks above 1.3900
- Forex: USD/CHF hits fresh record low
- Forex: GBP/USD trims losses
- Forex: EUR/USD hits fresh 8-month highs above 1.3880
- US stocks mixed following glum ADP figures
- The US EIA Crude Oil Stocks change rises significantly
- US EIA Crude Oil Stocks change rises to 3.1M.
- Forex: USD/CAD slides following strong Canadian PMI
- Forex: EUR/USD testing 1.3880 after bouncing at 1.3800
- Canadian Ivey PMI soars
- Canada Sep Ivey PMI Index surges to 70.3; consensus, 62.0
- Forex: AUD/USD focusing on 0.9850 and then 0.9907 - Commerzbank
- Forex: EUR/GBP returns to 22-week high
- "Trichet will remain bullish on Ireland, Spain and Greece" - Jeremy Cook
- "BoE will wait until the Fed's meeting" - Adam Narczewski
- Forex: USD/CHF reaches all-time low just ahead of ADP release
- Forex: GBP/USD retreat extends to 1.5840 low after ADP
- Forex: USD/JPY spikes down to 82.75 after grim ADP data
- US ADP Employment Change plunges
- US ADP Employment Change: -39K
- US: MBA Mortgage Applications drop slightly over the week
- US MBA Mortgage Applications decrease 0.2% in the 1st Oct week
- Forex: GBP/USD rejected at 1.5940, eases to 1.5880 session low
- European stocks track Wall Street higher Wednesday
- Forex: USD/JPY tests levels below 83.00
- Forex: EUR/USD pushing higher, approaches 1.3900
- Forex: EUR/GBP jumps to 0.8730 following German factory orders
- German Factory Orders jump over expectations
- Germany Factory Orders increase 3.4% in August; 24% up on the year
- The European Union's GDP expands as forecasted
- Forex: USD/CAD edging lower, finding support around 1.0120
- EU GDP rose 1% in Q2; 1.9% on the year, unchanged from previous estimate
- Forex: USD/JPY hovering right above 83.00
- Forex: AUD/USD continues bullish, at 26-month high
- Forex: GBP/USD Looking set to re-test 1.6000 - Mizuho
- Forex: EUR/GBP remains near 5-month high
- Forex: EUR/USD ticks up to 1.3870, 6-month high
- Forex: NZD/USD testing 11-month high at 0.7500
- Forex: USD/CHF below 0.9642, next target, at 0.9500 - Commerzbank
- Forex: EUR/JPY pushing 115.30/35 resistance area

  

- Site Map

Exhibit D Page 309

BBinary - Executive Team

- Banking
- IB's
- Affiliates
- Training
- Market Review
- VIP
- Terms Of Use
- Privacy Policy

Today 11:00 GMT   1.3916   +70%

The ultimate trading experience
JOIN TODAY

**Step 1** Personal Details

[1]
Register
>
[2]
Log In
>
[3]
Deposit

| First Name | |
| Last Name | |
| Phone | |
| Email | |

## Thank You. Processing Your Request. One Moment Please.

Next

Today 11:00 GMT   1.3916   +70%

The ultimate trading experience
JOIN TODAY

**Step 2** Log In Information

[1]
Register
>
[2]
Log In
>
[3]
Deposit

| Password | |
| Please Repeat Password | |
| Currency | EUR |

Exhibit D Page 310

BBinary - Executive Team

Please Copy Code  [                    ]  619943

☐ Please Accept Our Terms and Conditions: Site Terms & Conditions and Risk Disclaimer

submit

## Thank You. Processing Your Request. One Moment Please.



Back   Next

Exhibit D Page 311

# EXHIBIT E

BBinary - Board of Directors



# BANC DE BINARY

- Email
- Password
- Submit Query

Forgot Password? Click Here

- 16
- 14
- 37
- **GMT time**
  Wednesday
  06.10.10

## world. wisdom. profit.

Home Page

- Trading
  - Pro Trader Platform
  - Fast Trader Platform
  - Trade By Phone
  - Platform Asset Index
  - Option Expired Rates
- Open Account
  - Open Account
  - Open Demo Account
  - Security And Privacy
  - FAQ
- Banking
  - Deposit Methods
  - Wire Transfer Instructions
  - About Credit Card Deposits
  - Withdrawal Methods
  - Banking FAQ
  - Safety Of Funds
  - Taxation
- Education
  - Binary Options FAQ
  - Glossary
  - FAQ
  - Help/User Manual
  - How To Trade
  - Trading Terminology
  - About One Touch Options
  - About Option Trading



BBinary - Board of Directors

- About Forex Trading
- Tools
    - Analyst Recommendation
    - Weekly Review
    - Previous Week Recap
    - Analyst Daily Outlook
    - Technical & Fundamental
    - Global Markets
- Customer Service
    - Customer Service Center
    - Software Walk Through
    - Online Support Ticket
    - Book a Call Back
    - Contact Us
- About Us
    - Company Profile
    - Our Identity and Mission
    - Our Values
    - Letter From The CEO
    - Executive Team
    - Board Of Directors
    - Investor Relations
    - Our Platform
    - Press Releases
    - Careers
    - Coroporate Responsibility
    - Contact Us

- **USD/JPY 82.815** (16:00 06.10)
- **AUD/USD 0.97801** (16:00 06.10)
- **GOLD 1348.338** (16:00 06.10)
- **SILVER 23.049** (16:00 06.10)
- **PLATINUM 1707.300** (16:00 06.10)
- **USD/CAD 1.00734** (16:00 06.10)
- **EUR/JPY 115.302** (16:00 06.10)
- **NASDAQ 2386.26** (16:00 06.10)
- **EUR/GBP 0.87552** (16:00 06.10)
- **SUGAR (11) 23.675** (16:00 06.10)
- **S&P 500 1160.300** (16:00 06.10)
- **EUR/USD 1.39229** (16:00 06.10)
- **GBP/USD 1.59024** (16:00 06.10)
- **DOW 10961.70** (16:00 06.10)
- **APPLE 288.440** (16:00 06.10)
- **GOOGLE 533.745** (16:00 06.10)
- **COCA COLA 59.485** (16:00 06.10)
- **WHEAT 662.750** (16:00 06.10)
- **OIL 83.740** (16:00 06.10)
- **NASDAQ FUTURE 2007.120** (16:00 06.10)
- **EXXON MOBIL 63.635** (16:00 06.10)
- **BIDU 99.950** (16:00 06.10)
- **USD/CHF 0.96048** (16:00 06.10)
- **COFFEE 176.375** (16:00 06.10)
- **AIG 40.835** (16:00 06.10)
- **BANK OF AMERICA 13.565** (16:00 06.10)
- **CISCO 22.335** (16:00 06.10)
- **GOLDMAN SACHS 152.145** (16:00 06.10)
- **CITI 4.135** (16:00 06.10)
- **USD/BRL 1.67260** (16:00 06.10)

BBinary - Board of Directors



Board of Directors



Banc De Binary's board of directors provides a wide range of experience and knowledge to the company. The board's paramount duty is to oversee the CEO and other senior management in the competent and ethical operation of the company on a day-to-day basis, in addition to monitoring Banc De Binary's financial performance and evaluating overall corporate strategy.

The directors take a proactive, focused approach to their position, and set standards to ensure that the company is committed to business success through maintenance of the highest standards of responsibility and ethics.

**Directors' Responsibilities**

The following are the major responsibilities of Banc De Binary directors:

To select competent executive officers—It is a primary duty of a board of directors to select and appoint executive officers who are qualified to administer the firm's affairs effectively and soundly.

It is also the responsibility of the board to dispense with services of officers who prove unable to meet reasonable standards of executive ability and efficiency.

To effectively supervise the firm's affairs—The charter and degree of supervision required of a firm's board of directors to assure a soundly managed firm involves reasonable business judgment and competence, and sufficient time to become informed about the firm's affairs. Directors cannot avoid responsibility for their firm's sound management or its problems. If supervisory negligence is involved, a director's responsibility may extend to personal financial responsibility. The responsibility of directors to supervise the firm's affairs may not be delegated to the active executive officers. Directors may delegate certain authority to executive officers but not the primary responsibility to maintain the firm and its policies on a sound and legal basis.

To adopt and follow sound policies and objectives—The directors must provide a clear framework of objectives and policies within which the chief executive officer must operate and administer the firm's affairs. Such objectives and policies should cover all areas. Some of the more important areas would be investments, loans, asset and liability management, profit planning and budgeting, capital planning, and personnel policies.

When the directors lack adequate knowledge of examination techniques and procedures, they are encouraged to employ outside auditors to make some or all of the examination on their behalf. Such an examination, performed by an outside firm, is much more beneficial to the directors if the examining committee or the entire board plays an active role in it. Directors should participate at least to the extent of

BBinary - Board of Directors

appraising policies, obtaining an understanding of the procedures to be employed by the auditor, and reviewing
the audit report with the auditors. Before concluding the review, directors should understand thoroughly
the significance of all of the details contained in the report. When outside auditing firms are utilized, the scope
of the examination should include direct confirmation of a representative number of the firm's loans and deposits.

To observe financial laws, rulings, and regulations—Directors must exercise care to see that financial laws are
not violated. That duty may involve a financial responsibility for losses arising out of illegal actions.

To read about our Investor Relations, click here.



 

About Us

- Company Profile
- Our Identity and Mission
- Our Values
- Letter From The CEO
- Executive Team
- Board Of Directors
- Investor Relations
- Our Platform
- Press Releases
- Careers
- Coroporate Responsibility
- Contact Us

How To Trade

- 1

  Select any asset which

  you want to trade.

BBinary - Board of Directors

2

Click "Up" if you think its price will rise above the current level.

Click "Down" if you expect the price to fall below the current level.

.

3

Choose the amount which you want to trade and click **"Apply"**.



LIVE SUPPORT
24 HOURS
WITH TRADING EXPERTS

★★★★★

Live Financial News

- Forex: EUR/USD breaks above 1.3900
- Forex: USD/CHF hits fresh record low
- Forex: GBP/USD trims losses
- Forex: EUR/USD hits fresh 8-month highs above 1.3880
- US stocks mixed following glum ADP figures
- The US EIA Crude Oil Stocks change rises significantly
- US EIA Crude Oil Stocks change rises to 3.1M.
- Forex: USD/CAD slides following strong Canadian PMI
- Forex: EUR/USD testing 1.3880 after bouncing at 1.3800
- Canadian Ivey PMI soars
- Canada Sep Ivey PMI Index surges to 70.3; consensus, 62.0
- Forex: AUD/USD focusing on 0.9850 and then 0.9907 - Commerzbank
- Forex: EUR/GBP returns to 22-week high
- "Trichet will remain bullish on Ireland, Spain and Greece" - Jeremy Cook
- "BoE will wait until the Fed's meeting" - Adam Narczewski
- Forex: USD/CHF reaches all-time low just ahead of ADP release
- Forex: GBP/USD retreat extends to 1.5840 low after ADP
- Forex: USD/JPY spikes down to 82.75 after grim ADP data
- US ADP Employment Change plunges
- US ADP Employment Change: -39K
- US: MBA Mortgage Applications drop slightly over the week
- US MBA Mortgage Applications decrease 0.2% in the 1st Oct week
- Forex: GBP/USD rejected at 1.5940, eases to 1.5880 session low
- European stocks track Wall Street higher Wednesday
- Forex: USD/JPY tests levels below 83.00
- Forex: EUR/USD pushing higher, approaches 1.3900
- Forex: EUR/GBP jumps to 0.8730 following German factory orders
- German Factory Orders jump over expectations
- Germany Factory Orders increase 3.4% in August; 24% up on the year
- The European Union's GDP expands as forecasted
- Forex: USD/CAD edging lower, finding support around 1.0120
- EU GDP rose 1% in Q2; 1.9% on the year, unchanged from previous estimate
- Forex: USD/JPY hovering right above 83.00
- Forex: AUD/USD continues bullish, at 26-month high
- Forex: GBP/USD Looking set to re-test 1.6000 - Mizuho
- Forex: EUR/GBP remains near 5-month high
- Forex: EUR/USD ticks up to 1.3870, 6-month high

BBinary - Board of Directors

- Forex: NZD/USD testing 11-month high at 0.7500
- Forex: USD/CHF below 0.9642, next target, at 0.9500 - Commerzbank
- Forex: EUR/JPY pushing 115.30/35 resistance area

 

- Site Map
- Banking
- IB's
- Affiliates
- Training
- Market Review
- VIP
- Terms Of Use
- Privacy Policy



The ultimate trading experience
JOIN TODAY

**Step 1** Personal Details



Register
>



Log In
>



Deposit

| First Name | |
|------------|--|
| Last Name | |
| Phone | |
| Email | |

## Thank You. Processing Your Request. One Moment Please.



Next

The ultimate trading experience
JOIN TODAY

**Step 2** Log In Information



Register
>



BBinary - Board of Directors

Log In
>

Deposit

| | |
|---|---|
| Password | |
| Please Repeat Password | |
| Currency | EUR |
| Please Copy Code | 375613 |

☐ Please Accept Our Terms and Conditions: Site Terms & Conditions and Risk Disclaimer

submit

## Thank You. Processing Your Request. One Moment Please.

Back    Next

Give Feedback

# EXHIBIT F

EXHIBIT

5

Laurent 7-7-14

world. wisdom. profit.



**BANC DE BINARY**

| Trading | Open Account | Banking | Education | Tools |
|---|---|---|---|---|
| Customer Service | | About Us | | |



USD/3R

- AUD/USD 0.97801 (16:00 06.10)
- GOLD 1348.338 (16:00 06.10)
- SILVER 23.049 (16:00 06.10)
- PLATINUM 1707.300 (16:00 06.10)
- USD/CAD 1.00734 (16:00 06.10)
- EUR/JPY 115.302 (16:00 06.10)
- NASDAQ 2386.26 (16:00 06.10)
- EUR/GBP 0.87552 (16:00 06.10)
- SUGAR (11) 23.675 (16:00 06.10)
- S&P 500 1160.300 (16:00 06.10)
- EUR/USD 1.39229 (16:00 06.10)
- GBP/USD 1.590 24 (16:00 06.10)
- DOW 10961.70 (16:00 06.10)
- APPLE 288.440 (16:00 06.10)
- GOOGLE 533.745 (16:00 06.10)
- COCA COLA 59.485 (16:00 06.10)
- WHEAT 662.750 (16:00 06.10)
- OIL 83.740 (16:00 06.10)
- NASDAQ FUTURE 2007.120 (16:00 06.10)
- EXXON MOBIL 63.635 (16:00 06.10)
- BIDU 99.950 (16:00 06.10)
- USD/CHF 0.96048 (16:00 06.10)
- COFFEE 176.375 (16:00 06.10)
- AIG 40.835 (16:00 06.10)
- BANK OF AMERICA 13.565 (16:00 06.10)

Give Feedback

BBinary - Company Profile

- **CISCO 22.335** (16:00 06.10)
- **GOLDMAN SACHS 152.145** (16:00 06.10)
- **CITI 4.135** (16:00 06.10)
- **USD/BRL 1.67260** (16:00 06.10)

**DEPOSIT AND WIN**
MORE DETAILS



- Company Profile
- Our Identity and Mission
- Our Values
- Letter From The CEO
- Executive Team
- Board Of Directors
- Investor Relations
- Our Platform
- Press Releases
- Careers
- Corporate Responsibility
- Contact Us

**How To Trade**

1
Select any asset which you want to trade.

2
Click "Up" if you think its price will rise above the current level.
Click "Down" if you expect the price to fall below the current level.

3
Choose the amount which you want to trade and click 'Apply'.



**LIVE SUPPORT 24 HOURS**
WITH TRADING EXPERTS
★★★★★

## Company Profile

### Company Profile

Banc De Binary was founded by veterans of the global financial industry for the purpose of bringing the average investor into the Binary Options market, a market once thought to be exclusively for the elite investors. Banc De Binary has its roots in the stock market and foreign exchange.

Having put together a board of directors that represents multiple facets of the financial world, Banc De Binary has pioneered an innovative method of trading Binary Options. This unique platform stands alone in its capabilities, providing investors the finest and most efficient method of trade with exceptional results.

Banc De Binary system of commerce is governed by strict regulations and a business philosophy set on exceeding the goals of clients. These regulations ensure that all broker trading firms operate under a fair and impartial principle of trade. Our board of directors has established, and maintains, the uppermost standards – complying with the most stringent regulations in the financial world.

Headquartered at 40 Wall Street, New York, with satellite offices around the globe, we have become one of the world's leaders in Binary Options.

*Banc De Binary. Where technology and the markets meet.*

### Our Identity & Mission

From our beginnings, Banc De Binary has been committed to revolutionizing online trading. Simplifying the process was just the beginning. With our education offerings and exceptional customer service, Banc De Binary has become the premiere Binary Options broker for every online investor.

Our constant corporate mission is to exceed the expectations of our investors, not only in our services but in our client relations. Our strong sense of corporate responsibility benefits everyone – today and in the long run.

### Banc De Binary Values

1. Our clients' interests always come first.  We know from experience that, if we serve our clients well, our own success will follow.
2. Our assets are our people, capital and reputation. If any one of these is damaged, our reputation is the most difficult to restore.  Banc De Binary embraces the laws, rules and ethical principles that oversee our operations, because our continued success depends upon your complete satisfaction.
3. We take great pride in the professional quality of our work, and in the fortitude that allows us to achieve excellence in every aspect of



8Binary - Company Profile

our business.

4. Though we have a global presence with a heavy volume of traders, it is more important for us to be the best than the biggest.

5. Although our performance is measured in millions of dollars, it is imperative that we select our personnel one by one, because without the best people, we cannot achieve the best results.

6. We are committed to continuous improvement of our practices, processes and technology in meeting the changing needs of our clients. Markets don't stand still, and neither does Banc De Binary, in seeking the latest and best methods for achieving excellence.

7. Integrity and honesty are at the heart of our business. Our people maintain the highest of ethical standards in everything they do.

8. Banc De Binary believes in building long-lasting and trusting relationships with our clients. Providing first-rate education, service and proficiency are at the epicenter of our business philosophy.

To view our Identity & Mission, click here.

**Live Financial News**

- Forex: USD/CHF hits fresh record low

- Forex: GBP/USD trims losses

- Forex: EUR/USD hits fresh 8-month highs above 1.3880

- US stocks mixed following glum ADP figures

- The US EIA Crude Oil Stocks change rises significantly

- US EIA Crude Oil Stocks change rises to 3.1M.

- Forex: USD/CAD slides following strong Canadian PMI

- Forex: EUR/USD testing 1.3880 after bouncing at 1.3800

- Canadian Ivey PMI soars

- Canada Sep Ivey PMI Index surges to 70.3; consensus, 62.0

- Forex: AUD/USD focusing on 0.9850 and then 0.9907 - Commerzbank

- Forex: EUR/GBP returns to 22-week high

- "Trichet will remain bullish on Ireland, Spain and Greece" - Jeremy Cook

- "BoE will wait until the Fed's meeting" - Adam Narczewski

- Forex: USD/CHF reaches all-time low just ahead of ADP release

- Forex: GBP/USD retreat extends to 1.5846 low after ADP

- Forex: USD/JPY spikes down to 82.75 after grim ADP data

- US ADP Employment Change plunges

- US ADP Employment Change: -39K

- US: MBA Mortgage Applications drop slightly over the week

- US MBA Mortgage Applications decrease 0.2% in the 1st Oct week

- Forex: GBP/USD rejected at 1.5940, eases to 1.5880 session low

BBinary - Company Profile

- European stocks track Wall Street higher Wednesday

- Forex: USD/JPY tests levels below 83.00

- Forex: EUR/USD pushing higher, approaches 1.3900

- Forex: EUR/GBP jumps to 0.8730 following German factory orders

- German Factory Orders jump over expectations

- Germany Factory Orders increase 3.4% in August; 24% up on the year

- The European Union's GDP expands as forecasted

- Forex: USD/CAD edging lower, finding support around 1.0120

- EU GDP rose 1% in Q2; 1.9% on the year, unchanged from previous estimate

- Forex: USD/JPY hovering right above 83.00

- Forex: AUD/USD continues bullish, at 26-month high

- Forex: GBP/USD Looking set to re-test 1.6000 - Mizuho

- Forex: EUR/GBP remains near 5-month high

- Forex: EUR/USD ticks up to 1.3870, 6-month high

- Forex: NZD/USD testing 11-month high at 0.7500

- Forex: USD/CHF below 0.9642, next target, at 0.9560 - Commerzbank

- Forex: EUR/JPY pushing 115.30/35 resistance area

- Forex: USD/CHF threatens historic low at 0.9535



Exhibit F Page 322

BBinary - Compare Profile

Site Map
Banking
IB's
Affiliates
Training
Market Review

VIP

Terms Of Use

Privacy Policy

http://www.BBinary.com/Compare/%20Profile (5 of 5) [30/6/2010 12:03:56 PM]

# EXHIBIT G

Banc De Binary's CEO Talks Business



# BANC DE BINARY
### PRIVATE OPTION BANKERS



A World Finance 100 Company

Email      Password      **Login**

Forgot Password? Click Here To Recover Password or Call Us at +1(800)656 6162 For Live Help (24/7)

**Open an Account**

| Trading Platform | Accounts | Trading | Banking & Security | Education | Market Data | About Us |
|---|---|---|---|---|---|---|
| GBP/USD 1.62232 (17:15 25.09) | EUR/JPY 100.900 (17:15 25.09) | AUD/USD 1.04260 (17:15 25.09) | EUR/USD 1.29471 (17:10 25.09) | FACEBOOK 20.7550 (17:00 25.09) | | |



24/7 Live Chat with Financial Experts

**Call**   **Skype**

Have an agent call you back now

## HOW TO TRADE

1. Select the asset you wish to trade.

   Click **UP** if you think the price will rise above the current level.
   Click **DOWN** if you expect the price to fall below the current level.

2. Choose the investment

## Letter from CEO

Dear Valued Customer,

### Welcome to our Banc De Binary community.

I'd like to take this opportunity to share my enthusiasm and excitement for the innovative trading and banking enterprise that we have embarked on.

Over the past few years it has become apparent that the old ways of doing business in this increasingly interconnected financial world are no longer viable. Hundreds of banks, brokerages, and investment houses have suffered from the devaluation of assets and equity, and been held responsible for the widespread chaos impacting the world economy and individual investors. To this day we continue to see bank failures, defaults, and the depreciating value of many of the biggest names in banking of the past 50 years.

At Banc De Binary, we understand and have acted on the changes in global economics and trading. Our senior staff come from the old world of traditional investments. They are passionate about the need for a trading revolution, and together have the knowledge and skills to deliver it.



**EXHIBIT**
**6**
Lawant 28414

www.bbinary.com Web Capture 9-15-2012

Banc De Binary's CEO Talks Business



amount you wish to trade with – along with an expiry time of your choice and click **APPLY**.

Wait for the option to expire.

Download Audio Book

Download Ebook

Download iTrading

We are firmly committed to developing cutting edge trading services and financial security. We are here to cater for the needs of the modern investor and trader. You will notice that the trading platforms, customer service and educational tools at Banc De Binary are evolving on an almost daily basis. In the world of binary option trading, our global reach and commitment to innovation set us apart.

By maintaining a constant focus on advancements in technology, communications, and new product development, we are confident that our future is bright, inspiring, and awesome in its potential. And we want you to share it with us.

Please know that we highly value each and every Banc De Binary customer as an individual. We are here to serve you 24/7 with regards to any and all of your banking and trading needs.

Sincerely,
Oren Laurent
oren@bbinary.com

TRADING PLATFORM

ACCOUNTS
Open Trading Account
Account Types
Account FAQs
Demo Accounts
Trading Benefits

TRADING
Why Banc De Binary
How to trade Binary Options
Trading Platforms
Asset Index
Option Expiry Rates
iTrading

BANKING & SECURITY
Deposit Methods
Withdrawal Methods
Security and Privacy
Compliance
Banking and Security FAQs

EDUCATION
Binary Option Basics
Analysis Techniques
Glossary
Binary Option FAQs
Software Walkthrough
Advanced Articles
Downloads

MARKET DATA
Daily Market Review
BDB Radio
Live Market Hours
Market Schedule

ABOUT US
Letter from the CEO
Our Personnel
Awards
Press
Customer Testimonials
Contact Us



www.bbinary.com Web Capture

Exhibit G Page 325

Banc De Binary's CEO Talks Business

9/25/12

www.bbinary.com Web Capture 9-12-2013

# EXHIBIT H

ur Greatest Asset - Banc De Binary





# BANC DE BINARY
### PRIVATE OPTION BANKERS

Email   Password   **Login**

Forgot Password? Click Here To Recover Password o
Call Us at +1(800)656 6163 For Live Help (24/7)

**Open an Account**

| Trading Platform | Accounts | Trading | Banking & Security | Education | Market Data | About Us |

5 25.09) | EUR/JPY 100.900 (17:15 25.09) | AUD/USD 1.04260 (17:15 25.09) | EUR/USD 1.29471 (17:10 25.09) | FACEBOOK 20.7550 (17:00 25.09) | CAD/CHF 0.95552 |

A World Finance 100
Company





24/7 Live Chat
with Financial Experts

Call   Skype

Have an agent
call you back now

**HOW TO TRADE**

Select the asset you wish
to trade.

Click **UP** if you think the
price will rise above the
current level.

Click **DOWN** if you expect
the price to fall below the
current level.

**Our Personnel**

Dedicated. Experienced. Professional. Our people are our greatest asset.

The Executive Team   Senior Brokers   Senior Analysts

## Our Executive Team

**Oren Laurent**
Chief Executive Officer
oren@bbinary.com

As co-founder, Mr. Laurent has used his vast expertize in international trading and hedging to develop the global
strategies that have made Banc De Binary the world leader in binary options.



EXHIBIT
7
www.bbinary.com Web Capture 3-12-2012

9.25-2012

...ur Greatest Asset - Banc De Binary



Choose the investment amount you wish to trade with - along with an expiry time of your choice and click **APPLY.**

Wait for the option to expire.

Download Audio Book

Download Ebook

Download iTrading

**David Braun**
Vice President of Business Development
david@bbinary.com

A specialist in business and product development, Mr. Braun is responsible for Banc De Binary's growth and customer outreach.

**Jack Caine**
Vice President of Technology
jack@bbinary.com
Extention 1004

Building on his wealth of experience in technological products and software, Mr. Caine has led the development of Banc De Binary's unique trading platforms and ensures the quality and security of all company systems.

**Mike Lowe**
Vice President of Customer Relations
mike@bbinary.com
Extension 12001

Joining us from the traditional banking sector and with a commitment to customer satisfaction, Mr. Lowe has helped Banc De Binary create new industry standards for customer service.

**John Kroeger**
Vice President of Accounting and Compliance
johnk@bbinary.com
Extension 5001

With over 10 years experience in the Forex industry, Mr. Kroeger manages company finances and ensures that customer accounts are handled in the most professional and timely manner.

**Yotam Derai**

ur Greatest Asset - Banc De Binary

Vice President of Marketing
ethan@bbinary.com
Extension 7001

An internet marketing expert, Mr. Derai takes responsibility for Banc De Binary's affiliate management and PPC campaigns.

**Sophie May**
Director of Public Relations
sophie@bbinary.com
Extension 7002

Ms. May brings her experience in political and non-profit PR to Banc De Binary, and is responsible for maintaining our high standards of transparency and accessibility.

Hide This Box

# Senior Brokers

Banc De Binary's highly qualified brokers handle investments and monitor their clients' portfolios. Our brokers rely on the work of the in-house financial analysts to provide accurate reports on the market and see that customers benefit from the most up-to-date trading advice.

**Niko Galis**
Head Broker
niko@bbinary.com
Extension 12000

**Andy Nicolas Williams**
Asian Desk Manager

**Derek Kater**
Senior Broker
derek.k@bbinary.com
Extension 12002

**Chris Martin**
Senior Broker

**Rabih Nour**
Senior Broker
rabih.n@bbinary.com
Extension 12003

**Dean Ashton**
Senior Broker

**Alexander Elias**
Senior Broker
alexander@bbinary.con
Extension 12004

**Eric Doukas**
Senior Broker

Exhibit H Page 329

Our Team is Our Greatest Asset - Banc De Binary



andyw@bbinary.com
Extension 12005

**George Papas**
Senior Broker
george@bbinary.com
Extension 12009

**Jim Anderson**
Senior Broker
jim@bbinary.com
Extension 12013

**Richard LeBlanc**
Senior Broker
richard@bbinary.com
Extension 12017

**Tom Penn**
Senior Broker
tom@bbinary.com
Extension 12021

**Eliana Karam**
Senior Broker
eliana.k@bbinary.com
Extension 12025

**Mohamad Attar**
Senior Broker
mohamad.a@bbinary.com
Extension 12031

**David Knight**
Senior Broker
david.k@bbinary.com
Extension 12035

**Daniela Jenson**
Senior Broker
daniela.j@bbinary.com
Extension 12039

**Rasha Fathy**
Senior Broker
rasha.f@bbinary.com

chris@bbinary.com
Extension 12006

**Ian Berg**
Senior Broker
ian@bbinary.com
Extension 12010

**Leonard Moore**
Senior Broker
leo@bbinary.com
Extension 12014

**Ronald Gonzales**
Senior Broker
ronald@bbinary.com
Extension 12018

**Travis Parker**
Senior Broker
travis@bbinary.com
Extension 12022

**Najib Kassis**
Senior Broker
najib.k@bbinary.com
Extension 12027

**Danny Abdullah**
Senior Broker
danny.a@bbinary.com
Extension 12032

**George Franco**
Senior Broker
george.f@bbinary.com
Extension 12036

**Zack Robins**
Senior Broker
zack@bbinary.com
Extension 12040

**Maja Elitz**
Senior Broker
maja.e@bbinary.com

dean@bbinary.com
Extension 12007

**James Wharton**
Senior Broker
james@bbinary.com
Extension 12011

**Paul Walters**
Senior Broker
paul@bbinary.com
Extension 12015

**Shaun Taylor**
Senior Broker
shaun@bbinary.com
Extension 12019

**Warren King**
Senior Broker
warren@bbinary.com
Extension 12023

**Elie Fadel**
Senior Broker
elie.f@bbinary.com
Extension 12028

**Haysam Mansour**
Senior Broker
haysam.m@bbinary.com
Extension 12033

**John Waters**
Senior Broker
john.w@bbinary.com
Extension 12037

**Peter Griffin**
Senior Broker
peter@bbinary.com
Extension 12041

**Adel Al Hariri**
Senior Broker
adel.a@bbinary.com

eric@bbinary.com
Extension 12008

**Jay Goldman**
Senior Broker
jay@bbinary.com
Extension 12012

**Raymond Regean**
Senior Broker
raymond@bbinary.com
Extension 12016

**Simon Sachs**
Senior Broker
simon@bbinary.com
Extension 12020

**Samer Soufan**
Senior Broker
samer.s@bbinary.com
Extension 12024

**Youssef Abdellah**
Senior Broker
youssef.a@bbinary.com
Extension 12030

**Adrian Mills**
Senior Broker
adrian.m@bbinary.com
Extension 12034

**Stephen Brooke**
Senior Broker
stephen.b@bbinary.com
Extension 12038

**Fred Delorme**
Senior Broker
fred@bbinary.com
Extension 12042

**Daniel Demos**
Senior Broker
daniel.d@bbinary.com

www.bbinary.com Web Capture 12-2013

Our Team is Our Greatest Asset - Banc De Binary

| Extension 12043 | Extension 12044 | Extension 12045 | Extension 12046 |
|---|---|---|---|
| **Harry Jefferson** | **Zoe Sullivan** | **Alexandra Bailey** | |
| Senior Broker | Senior Broker | Senior Broker | |
| harry.j@bbinary.com | zoe.s@bbinary.com | alexandra.b@bbinary.com | |
| Extension 12047 | Extension 12048 | Extension 12049 | |

Hide This Box

9.25.2012
www.bbinary.com Web Capture 9-12-2013

Exhibit H Page 331

Our Team is Our Greatest Asset - Banc De Binary

www.bbinary.com Web Capture 3-12-2013

**TRADING PLATFORM**

**ACCOUNTS**
Open Trading Account
Account Types
Account FAQs
Demo Accounts
Trading Benefits

**TRADING**
Why Banc De Binary
How to Trade Binary Options
Trading Platforms
Asset Index
Option Expiry Rates
Trading

**BANKING & SECURITY**
Deposit Methods
Withdrawal Methods
Security and Privacy
Compliance
Banking and Security FAQs

**EDUCATION**
Binary Option Basics
Analysis Techniques
Glossary
Binary Option FAQs
Software Walkthrough
Advanced Articles
Downloads

**MARKET DATA**
Daily Market Review
BDB Radio
Live Market Hours
Market Schedule

**ABOUT US**
Letter from the CEO
Our Personnel
Awards
Press
Customer Testimonials
Contact Us

WWW.BBINARY.COM  |  COPYRIGHT @ 2012 BANC DE BINARY  |  DISCLAIMER  |  RISK WARNING  |  PRIVACY POLICY  |  TERMS OF USE  |  CONTACT BDB  |  AFFILIAT

Exhibit H Page 332

# EXHIBIT I

## Whois Record for 2010-02-23

« Previous (1999-11-22)

EXHIBIT
PENGAD 800-631-6989
19
7-9-14

Next (2010-04-22) »

**Domain:**

bbinary.com

| | |
|---|---|
| **Record Date:** | 2010-02-23 |
| **Registrar:** | GODADDY.COM, INC. |
| **Server:** | whois.godaddy.com |
| **Created:** | 2010-02-21 |
| **Updated:** | 2010-02-21 |
| **Expires:** | 2011-02-21 |

**Reverse Whois:**

orenshabat@gmail.com

```
Registrant:
   Oren Shabat Cohen
   Redacted
    ;

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: BBINARY.COM
     Created on: 21-Feb-10
     Expires on: 21-Feb-11
     Last Updated on: 21-Feb-10

   Administrative Contact:
     Shabat Cohen, Oren
     Redacted
     Israel
                     Fax --

   Technical Contact:
     Shabat Cohen, Oren        i
     Redacted
     Israel
                     Fax --

   Domain servers in listed order:
     NS19.DOMAINCONTROL.COM
     NS20.DOMAINCONTROL.COM
```

Exhibit I Page 333

## Whois Record for 2010-04-22

« Previous (2010-02-23)                                                        Next (2010-11-10) »

**Domain:**

bbinary.com

**Record Date:** 2010-04-22

**Registrar:** GODADDY.COM, INC.

**Server:** whois.godaddy.com

**Created:** 2010-02-21

**Updated:** 2010-04-21

**Expires:** 2011-02-21

Reverse Whois:

Redacted

```
Registrant:
    Oren Shabat Cohen
    Redacted

    Israel

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: BBINARY.COM
        Created on: 21-Feb-10
        Expires on: 21-Feb-11
        Last Updated on: 21-Apr-10

    Administrative Contact:
        Shabat Cohen, Oren
        Redacted

        Israel
                        Fax --

    Technical Contact:
        Shabat Cohen, Oren
        Redacted         Israel
        Israel
                        Fax --

    Domain servers in listed order:
        NS.RACKSPACE.COM
        NS2.RACKSPACE.COM
```

Exhibit I Page 334

## Whois Record for 2013-05-08

« Previous (2013-03-06)                                    Next (2013-06-26) »

**Domain:**

bbinary.com

**Record Date:** 2013-05-08

**Registrar:** GODADDY.COM, LLC

**Server:** whois.godaddy.com

**Created:** 2010-02-21

**Updated:** 2011-12-10

**Expires:** 2021-02-21

**Reverse Whois:**

jak@bbinary.com

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: BBINARY.COM
   Created on: 21-Feb-10
   Expires on: 21-Feb-21
   Last Updated on: 10-Dec-11

Registrant:
Banc De Binary
12 Arch. Makariou III
Floor 3
Limassol, Cyprus 4000
Cyprus

Administrative Contact:
   Giveon, Jak   jak@bbinary.com
   Banc De Binary
   12 Arch. Makariou III
   Floor 3
   Limassol, Cyprus 4000
   Cyprus
   +357.22232365

Technical Contact:
   Giveon, Jak   jak@bbinary.com
   Banc De Binary
   12 Arch. Makariou III
   Floor 3
   Limassol, Cyprus 4000
   Cyprus
   +357.22232365

Domain servers in listed order:
   NS10.DNSMADEEASY.COM
   NS11.DNSMADEEASY.COM
   NS12.DNSMADEEASY.COM
   NS13.DNSMADEEASY.COM
   NS14.DNSMADEEASY.COM
```

Exhibit I Page 335

NS15.DNSMADEEASY.COM

Exhibit I Page 336

## Whois Record for 2014-03-11

« Previous (2014-02-09)                                                          Next (2014-03-30) »

**Domain:**

bbinary.com

**Record Date:**  2014-03-11

**Registrar:**      GODADDY.COM, LLC

**Server:**         whois.godaddy.com

**Created:**        2010-02-21

**Updated:**        2013-07-14

**Expires:**        2021-02-21

**Reverse Whois:**

jak@bbinary.com        abuse@godaddy.com

```
Domain Name: BBINARY.COM
Registry Domain ID: 1586211789_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-07-14 05:19:07
Creation Date: 2010-02-21 19:18:04
Registrar Registration Expiration Date: 2021-02-21 19:18:04
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: ok
Registry Registrant ID:
Registrant Name: Jak Giveon
Registrant Organization: Banc De Binary
Registrant Street: 12 Arch. Makariou III
Registrant Street: Floor 3
Registrant City: Limassol
Registrant State/Province: Cyprus
Registrant Postal Code: 4000
Registrant Country: Cyprus
Registrant Phone: +357.25246400
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: jak@bbinary.com
Registry Admin ID:
Admin Name: Jak Giveon
Admin Organization: Banc De Binary
Admin Street: 12 Arch. Makariou III
Admin Street: Floor 3
Admin City: Limassol
Admin State/Province: Cyprus
Admin Postal Code: 4000
Admin Country: Cyprus
Admin Phone: +357.25246400
Admin Phone Ext:
```

Exhibit I Page 337

```
Admin Fax:
Admin Fax Ext:
Admin Email: jak@bbinary.com
Registry Tech ID:
Tech Name: Jak Giveon
Tech Organization: Banc De Binary
Tech Street: 12 Arch. Makariou III
Tech Street: Floor 3
Tech City: Limassol
Tech State/Province: Cyprus
Tech Postal Code: 4000
Tech Country: Cyprus
Tech Phone: +357.25246400
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: jak@bbinary.com
Name Server: NS0.DNSMADEEASY.COM
Name Server: NS1.DNSMADEEASY.COM
Name Server: NS2.DNSMADEEASY.COM
Name Server: NS3.DNSMADEEASY.COM
Name Server: NS4.DNSMADEEASY.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

Exhibit I Page 338


**DOMAINTOOLS**

WHOIS LOOKUP

> bbinary.com

MENU ≡

Home Whois Lookup bBinary.com

## Whois Record for bBinary.com

How does this work?

**Whois & Quick Stats**

| | |
|---|---|
| **Email** | abuse@godaddy.com is associated with ~45,776,068 domains |
| | bbinary.com@domainsbyproxy.com |
| **Registrant Org** | Domains By Proxy, LLC is associated with ~493 other domains |
| **Registrar** | GODADDY.COM, LLC |
| **Registrar Status** | ok |
| **Dates** | Created on 2010-02-21 - Expires on 2021-02-21 - Updated on 2014-05-25 |
| **IP Address** | 192.230.67.6 - 144 other sites hosted on this server |
| **Name Server(s)** | ALEX.NS.CLOUDFLARE.COM (has 447,132 domains) |
| | ERIN.NS.CLOUDFLARE.COM (has 447,132 domains) |
| **IP Location** | - Delaware - Dover - Incapsula Inc |
| **ASN** | AS19551 INCAPSULA - Incapsula Inc,US (registered Jan 12, 2011) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 104 records have been archived since 1999-11-22 |
| **IP History** | 32 changes on 17 unique IP addresses over 7 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 10 changes on 8 unique name servers over 8 years |
| **Whois Server** | whois.godaddy.com |

Website

Exhibit I Page 339

| | |
|---|---|
| **Website Title** | 👥 BBinary |
| **Server Type** | AmazonS3 |
| **Response Code** | 200 |
| **SEO Score** | 80% |
| **Terms** | 1755 (Unique: 643, Linked: 11) |
| **Images** | 6 (Alt tags missing: 6) |
| **Links** | 6   (Internal: 1, Outbound: 0) |

**Whois Record** ( last updated on 2014-07-09 )

```
Domain Name: BBINARY.COM
Registry Domain ID: 1586211789_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-07-14 05:19:07
Creation Date: 2010-02-21 19:18:04
Registrar Registration Expiration Date: 2021-02-21 19:18:04
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: ok
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: bbinary.com@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: bbinary.com@domainsbyproxy.com
```

Exhibit I Page 340

Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: bbinary.com@domainsbyproxy.com
Name Server: ALEX.NS.CLOUDFLARE.COM
Name Server: ERIN.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

Exhibit I Page 341

# EXHIBIT J

**Whois Record for 2010-04-28**

*Previous*

EXHIBIT

20

7-9-14

PENGAD 800-631-6889

Next (2010-11-02) »

**Domain:**

bancdebinary.com

**Record Date:**   2010-04-28

**Registrar:**   GODADDY.COM, INC.

**Server:**   whois.godaddy.com

**Created:**   2010-02-22

**Updated:**   2010-02-22

**Expires:**   2011-02-22

**Reverse Whois:**

Redacted

```
Registrant:
  Oren Shabat Cohen
    Redacted
                Israel
    Israel

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: BANCDEBINARY.COM
      Created on: 22-Feb-10
      Expires on: 22-Feb-11
      Last Updated on: 22-Feb-10

    Administrative Contact:
      Shabat Cohen, Oren
      Redacted
                Israel
      Israel
                    Fax --

    Technical Contact:
      Shabat Cohen, Oren
       Redacted
                Israel
      Israel
                    Fax --

    Domain servers in listed order:
      NS19.DOMAINCONTROL.COM
      NS20.DOMAINCONTROL.COM
```

## Whois Record for 2013-10-29

« Previous (2013-07-26)                                                         Next (2014-01-04) »

**Domain:**

bancdebinary.com

**Record Date:** 2013-10-29

**Registrar:** GODADDY.COM, LLC

**Server:** whois.godaddy.com

**Created:** 2010-02-22

**Updated:** 2013-07-25

**Expires:** 2014-02-22

**Reverse Whois:**

admin@bancdebinary.com          admin@bancedebinary.com

```
Domain Name: BANCDEBINARY.COM
Registrar URL: http://www.godaddy.com
Updated Date: 2012-07-15 06:27:34
Creation Date: 2010-02-22 18:03:17
Registrar Expiration Date: 2014-02-22 18:03:17
Registrar: GoDaddy.com, LLC
Registrant Name: Oren Shabat Cohen
Registrant Organization: Banc De Binary Ltd
Registrant Street: 12 Arch. Makariou III
Registrant City: Limassol
Registrant State/Province:
Registrant Postal Code: 4000
Registrant Country: Cyprus
Admin Name: Oren Shabat Cohen
Admin Organization: Banc De Binary Ltd
Admin Street: 12 Arch. Makariou III
Admin City: Limassol
Admin State/Province:
Admin Postal Code: 4000
Admin Country: Cyprus
Admin Phone: +357.25246300
Admin Fax:
Admin Email: admin@bancedebinary.com
Tech Name: Oren Shabat Cohen
Tech Organization: Banc De Binary Ltd
Tech Street: 12 Arch. Makariou III
Tech City: Limassol
Tech State/Province:
Tech Postal Code: 4000
Tech Country: Cyprus
Tech Phone: +357.25246300
Tech Fax:
Tech Email: admin@bancdebinary.com
Name Server: NS0.DNSMADEEASY.COM
Name Server: NS1.DNSMADEEASY.COM
Name Server: NS2.DNSMADEEASY.COM
Name Server: NS3.DNSMADEEASY.COM
```

Name Server: NS4.DNSMADEEASY.COM

## Whois Record for 2014-01-04

« Previous (2013-10-29)                                                    Next (2014-01-10) »

**Domain:**

bancdebinary.com

**Record Date:** 2014-01-04

**Registrar:**     GODADDY.COM, LLC

**Server:**        whois.godaddy.com

**Created:**       2010-02-22

**Updated:**       2013-07-25

**Expires:**       2014-02-22

**Reverse Whois:**

admin@bancdebinary.com        abuse@godaddy.com        admin@bancedebinary.com

```
Domain Name: BANCDEBINARY.COM
Registry Domain ID: 1586327030_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2012-07-15 06:27:34
Creation Date: 2010-02-22 18:03:17
Registrar Registration Expiration Date: 2014-02-22 18:03:17
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Oren Shabat Cohen
Registrant Organization: Banc De Binary Ltd
Registrant Street: 12 Arch. Makariou III
Registrant City: Limassol
Registrant State/Province:
Registrant Postal Code: 4000
Registrant Country: Cyprus
Registrant Phone: +357.25246300
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@bancdebinary.com
Registry Admin ID:
Admin Name: Oren Shabat Cohen
Admin Organization: Banc De Binary Ltd
Admin Street: 12 Arch. Makariou III
Admin City: Limassol
Admin State/Province:
Admin Postal Code: 4000
Admin Country: Cyprus
Admin Phone: +357.25246300
```

```
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@bancedebinary.com
Registry Tech ID:
Tech Name: Oren Shabat Cohen
Tech Organization: Banc De Binary Ltd
Tech Street: 12 Arch. Makariou III
Tech City: Limassol
Tech State/Province:
Tech Postal Code: 4000
Tech Country: Cyprus
Tech Phone: +357.25246300
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@bancdebinary.com
Name Server: NS0.DNSMADEEASY.COM
Name Server: NS1.DNSMADEEASY.COM
Name Server: NS2.DNSMADEEASY.COM
Name Server: NS3.DNSMADEEASY.COM
Name Server: NS4.DNSMADEEASY.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

## Whois Record for 2014-01-10

« Previous (2014-01-04)                                    Next (2014-02-09) »

**Domain:**

bancdebinary.com

**Record Date:** 2014-01-10

**Registrar:** GODADDY.COM, LLC

**Server:** whois.godaddy.com

**Created:** 2010-02-22

**Updated:** 2013-07-25

**Expires:** 2014-02-22

**Reverse Whois:**

admin@bancdebinary.com      abuse@godaddy.com      admin@bancedebinary.com

```
Domain Name: BANCDEBINARY.COM
Registry Domain ID: 1586327030_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2012-07-15 06:27:34
Creation Date: 2010-02-22 18:03:17
Registrar Registration Expiration Date: 2014-02-22 18:03:17
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Oren Shabat Cohen
Registrant Organization: Banc De Binary Ltd
Registrant Street: 12 Arch. Makariou III
Registrant City: Limassol
Registrant State/Province:
Registrant Postal Code: 4000
Registrant Country: Cyprus
Registrant Phone: +357.25246300
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@bancdebinary.com
Registry Admin ID:
Admin Name: Oren Shabat Cohen
Admin Organization: Banc De Binary Ltd
Admin Street: 12 Arch. Makariou III
Admin City: Limassol
Admin State/Province:
Admin Postal Code: 4000
Admin Country: Cyprus
Admin Phone: +357.25246300
```

```
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@bancedebinary.com
Registry Tech ID:
Tech Name: Oren Shabat Cohen
Tech Organization: Banc De Binary Ltd
Tech Street: 12 Arch. Makariou III
Tech City: Limassol
Tech State/Province:
Tech Postal Code: 4000
Tech Country: Cyprus
Tech Phone: +357.25246300
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@bancdebinary.com
Name Server: NS0.DNSMADEEASY.COM
Name Server: NS1.DNSMADEEASY.COM
Name Server: NS2.DNSMADEEASY.COM
Name Server: NS3.DNSMADEEASY.COM
Name Server: NS4.DNSMADEEASY.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

## Whois Record for 2014-03-11

« Previous (2014-03-05)                                   Next (2014-05-13) »

**Domain:**

bancdebinary.com

**Record Date:** 2014-03-11

**Registrar:** GODADDY.COM, LLC

**Server:** whois.godaddy.com

**Created:** 2010-02-22

**Updated:** 2014-01-15

**Expires:** 2016-02-22

**Reverse Whois:**

admin@bancdebinary.com        abuse@godaddy.com        admin@bancedebinary.com

```
Domain Name: BANCDEBINARY.COM
Registry Domain ID: 1586327030_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-01-15 04:19:55
Creation Date: 2010-02-22 18:03:17
Registrar Registration Expiration Date: 2016-02-22 18:03:17
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Oren Shabat Cohen
Registrant Organization: Banc De Binary Ltd
Registrant Street: 12 Arch. Makariou III
Registrant City: Limassol
Registrant State/Province:
Registrant Postal Code: 4000
Registrant Country: Cyprus
Registrant Phone: +357.25246300
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: admin@bancdebinary.com
Registry Admin ID:
Admin Name: Oren Shabat Cohen
Admin Organization: Banc De Binary Ltd
Admin Street: 12 Arch. Makariou III
Admin City: Limassol
Admin State/Province:
Admin Postal Code: 4000
Admin Country: Cyprus
Admin Phone: +357.25246300
```

```
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: admin@bancedebinary.com
Registry Tech ID:
Tech Name: Oren Shabat Cohen
Tech Organization: Banc De Binary Ltd
Tech Street: 12 Arch. Makariou III
Tech City: Limassol
Tech State/Province:
Tech Postal Code: 4000
Tech Country: Cyprus
Tech Phone: +357.25246300
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: admin@bancdebinary.com
Name Server: NS0.DNSMADEEASY.COM
Name Server: NS1.DNSMADEEASY.COM
Name Server: NS2.DNSMADEEASY.COM
Name Server: NS3.DNSMADEEASY.COM
Name Server: NS4.DNSMADEEASY.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

# Whois Record for BancDebinaRy.com

How does this work?

## Whois & Quick Stats

| | |
|---|---|
| **Email** | abuse@godaddy.com is associated with ~45,776,068 domains<br>bancdebinary.com@domainsbyproxy.com |
| **Registrant Org** | Domains By Proxy, LLC is associated with ~493 other domains |
| **Registrar** | GODADDY.COM, LLC |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientL |
| **Dates** | Created on 2010-02-22 - Expires on 2016-02-22 - Updated on 2014-06-29 |
| **IP Address** | 190.93.246.239 is hosted on a dedicated server |
| **Name Server(s)** | ALEX.NS.CLOUDFLARE.COM (has 447,132 domains)<br>ERIN.NS.CLOUDFLARE.COM (has 447,132 domains) |
| **IP Location** | - Virginia - West Mclean - Cloudflare Latin America S.r.l |
| **ASN** | AS13335 CLOUDFLARENET - CloudFlare, Inc.,US (registered Jul 14, 201( |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 82 records have been archived since 2010-02-24 |
| **IP History** | 10 changes on 9 unique IP addresses over 4 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 4 changes on 5 unique name servers over 4 years |
| **Whois Server** | whois.godaddy.com |

## Website

| | |
|---|---|
| **Website Title** | Binary Options Mobile Trading \| Banc De Binary |
| **Server Type** | Apache/6.6.6 |
| **Response Code** | 200 |
| **Alexa Rank** | #15,224: for the last three months. |
| **SEO Score** | 92% |
| **Terms** | 400 (Unique: 227, Linked: 17) |

**Images**          17 (Alt tags missing: 5)

**Links**           12   (Internal: 7, Outbound: 3)

◀                                                                                              ▶

**Whois Record ( last updated on 2014-07-09 )**

```
Domain Name: BANCDEBINARY.COM
Registry Domain ID: 1586327030_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-01-15 04:19:55
Creation Date: 2010-02-22 18:03:17
Registrar Registration Expiration Date: 2016-02-22 18:03:17
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14747 N Northsight Blvd Suite 111, PMB 309
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: United States
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: bancdebinary.com@domainsbyproxy.com
Registry Admin ID:
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14747 N Northsight Blvd Suite 111, PMB 309
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: United States
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: bancdebinary.com@domainsbyproxy.com
Registry Tech ID:
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
```

Tech Street: 14747 N Northsight Blvd Suite 111, PMB 309
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: United States
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: bancdebinary.com@domainsbyproxy.com
Name Server: ALEX.NS.CLOUDFLARE.COM
Name Server: ERIN.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

# EXHIBIT K



**BANC DE BINARY LIMITED**
ORGANISATIONAL STRUCTURE



SEC-BdBLtdProduction0345

## BANC DE BINARY LIMITED
### ORGANISATIONAL STRUCTURE

1. **Board of Directors**
   Mr. Uri Katz: Executive Director (full time, part of "4-Eyes", Risk Manager, MLCO, CY-based)
   Mr. Oren Shabat Lorent: Executive Director (full time, part of "4-Eyes", CY-based)
   Mr. Yehezkel Shabat: Independent, Non-Executive Director (Israel-based)
   Mr. Soteris Strakotta Flourentzos: Independent, Non-Executive Director (CY-based)
   Mr. Akis Hajipieris: Independent, Non-Executive Director (CY-based)

2. **Chief Executive Officer (CEO)**
   Mr. Oren Shabat Lorent (full time, part of "4-Eyes", CY-based)

3. **Internal Auditor**
   K. Treppides & Co Ltd (outsourced, CY-based)

4. **Compliance Officer**
   Mr. Vassos Paraskeva (full time, CY-based)

5. **Risk Manager**
   Mr. Uri Katz (full time, CY-based)

6. **Money Laundering Compliance Officer (MLCO)**
   Mr. Uri Katz (full time, CY-based)

7. **Investment Committee**
   To be appointed following authorization (full time, CY-based)

8. **Dealing Room (Reception, Transmission and Execution Department)**
   Mr. George Miltiadous (full time, CY-based)

9. **Portfolio Management Department**
   To be appointed following authorization (full time, CY-based)

10. **Investment Advice Department**
    To be appointed following authorization (full time, CY-based)

11. **Granting Credits or Loans Department**
    Mr. Yossi Elmliach (full time, Israel -based)

12. **Finance & Accounting Department**
    Mr. Yossi Elmliach (full time, Israel -based)

13. **Safekeeping Department**
    Mr. Yossi Elmliach (full time, Israel-based)

14. **Back Office/Account Opening Department**
    Mr. Kamal Masri (full time, CY-based)

15. **IT Department**
    Chrisons Innovative Solutions Ltd (outsourced, CY-based)

16. **Marketing Department**
    E.T Binary Options Ltd (outsourced, Israel-based)

17. **Administration**
    Indre Miceviciute: Administrative Manager (full time, CY-based)
    Michael Franzis: Administrative Assistant (full time, CY-based)
    Malek Osman: Admin– Arabic Translator (full time, CY-based)

18. **Sales Desks**
    Mishja Van Der Linden: IB Manager (full time, CY-based)
    Tarek Abou Khater: USA Desksales Manager (full time, CY-based)
    Stephen Dyer: Broker / Sales Desk (full time, CY-based)
    Nektarios Georgiou: Broker / Sales Desk (full time, CY-based)
    David Anthony Lewis: Broker / Sales Desk (full time, CY-based)
    Dimos Daniel Danner: Broker / Sales Desk (full time, CY-based)
    Zoi Kaloyirou: Broker / Sales Desk (full time, CY-based)
    Charalambos Hadjisofocli: Broker / Sales Desk (full time, CY-based)
    Alexandra Dinu: Broker / Sales Desk (full time, CY-based)
    Damianos Damianou: Broker / Sales Desk (full time, CY-based)
    Alexandru Oprisan: Broker / Sales Desk (full time, CY-based)
    James Michael Cabrera: Broker / Sales Desk (full time, CY-based)
    Mark George Smith: Broker / Sales Desk (full time, CY-based)
    Rebecca Claire Hodgson: Broker / Sales Desk (full time, CY-based)
    David King: Broker / Sales Desk (full time, CY-based)
    Christopher Smilas: Broker / Sales Desk (full time, CY-based)
    Holly Fitzgerald: Broker / Sales Desk (full time, CY-based)
    Francois Maxime: Broker / Sales Desk (full time, CY-based)
    Keith Ioakim: Broker / Sales Desk (full time, CY-based)
    Amir Daoud: Broker / Sales Desk (full time, CY-based)
    Sarah Fenwick: Broker / Sales Desk (full time, CY-based)
    Flora Anna Antoniades: Broker / Sales Desk (full time, CY-based)
    Athina Socratous: Broker / Sales Desk (full time, CY-based)
    Liam Patrick Fletcher: Broker / Sales Desk (full time, CY-based)
    Shir Gad-El: Broker / Sales Desk (full time, CY-based)

19. **Office Cleaner**
    Linda Jane Polycarpou: Office Cleaner (full time, CY-based)


**Total number of Cyprus-based Employees:** 33

SEC-BdBLtdProduction0347
Exhibit K Page 356

# EXHIBIT L



**BANC DE BINARY LIMITED**
ORGANISATIONAL STRUCTURE



SEC-BdBLtdProduction0080

Exhibit L Page 357

## BANC DE BINARY LIMITED
### ORGANISATIONAL STRUCTURE

1. **Board of Directors**
   Mr. Uri Katz: Executive Director (full time, part of "4-Eyes", Risk Manager, MLCO, CY-based)
   Mr. Oren Shabat Lorent: Executive Director (full time, part of "4-Eyes", CY-based)
   Mr. Yehezkel Shabat: Non-Executive Director (Israel-based)
   Mr. Soteris Strakotta Flourentzos: Independent, Non-Executive Director (CY-based)
   Mr. Akis Hajipieris: Independent, Non-Executive Director (CY-based)

2. **Chief Executive Officer (CEO)**
   Mr. Oren Shabat Lorent (full time, part of "4-Eyes", CY-based)

3. **General Manager**
   Roy Ogen (full time, CY based)

4. **Internal Auditor**
   K. Treppides & Co Ltd (outsourced, CY-based)

5. **Compliance Officer**
   Fiduserve Management Limited (Mr. Vassos Paraskeva) (full time, CY-based)

6. **Risk Manager**
   Mr. Uri Katz (full time, CY-based)

7. **Money Laundering Compliance Officer (MLCO)**
   Mr. Uri Katz (full time, CY-based)

8. **Investment Committee**

9. **Dealing Room (Reception, Transmission and Execution Department)**
   Mr. George Miltiadous (full time, CY-based)

10. **Portfolio Management Department**
    To be appointed following authorization (full time, CY-based)

11. **Investment Advice Department**
    To be appointed following authorization (full time, CY-based)

12. **Granting Credits or Loans Department**
    Ms. Irene Stylianou (full time, CY based)

13. **Finance & Accounting Department**
    Ms. Irene Stylianou (full time, CY based)

14. **Safekeeping Department**
    Ms. Irene Stylianou (full time, CY based)

15. **Back Office/Account Opening Department**
    Mr. Keith Ioakim (full time, CY based)

16. <u>IT Department</u>
Phidias Panagiotou (full time, CY-based)

17. <u>Marketing Department</u>
E.T Binary Options Ltd (outsourced, Israel-based)

18. <u>Administration</u>
Indre Miceviciute: Administrative Manager (full time, CY-based)
Michael Franzis: Administrative Assistant (full time, CY-based)

19. <u>Sales Desks/ Customer Service</u>
Oprisan Alexandru
Zoe Kaloyirou
Daniel Danner
Alexandra Dinu
James Cabrera
Joseph Elia
Dimitri Thomaidis
Nicolas Capetanis
Alex Pavlides
Carolina Matzalos
Amir Daoud
Evelina Smaliukaite
Ian Johnson
Angelina Xydia
Thekli Hairettini
Konstantinos Theodorou
Athena Socratous
John Louisides
Nectarios Georgiou (George)
Peter Polydorou
Stelios Kontos
Yiannis Moraitis
Orestis Laos
Noreddine Elamarti (Nour)
Malek Osman
George Miltiadous
Stephanos Christofi
Marina Ellina
Melina Matsouki
James Hobson
Athen Christodoulidou
Sandra Leveratto
Nikos Kininis
Marianna Christofidou
Nancy Maraache
Nana Ungureanu
Athina Drakopoulos
Eleni Avgoustis

20. <u>Office Cleaner</u>
Linda Jane Polycarpou: Office Cleaner (full time, CY-based)

SEC-BdBLtdProduction0083
Exhibit L Page 360

# EXHIBIT M

6/4/13                                    Account FAQs | Banc De Binary

English          Open Account | Regulation | Live Chat | Contact Us | FAQs | Binary Option Education | Asset Index | Expiry Rates



Email          Password

Forgot Password? Click Here To Recover (24/7)

**Open an Account**

**Trading Platform**      **Accounts**      **Trading**      **Banking & Security**      **Education**      **Market Data**      **About BDB**

ID/USD 0.96406 (02:45 05.06)      USD/JPY 100.076 (02:45 05.06)      SHENZHEN 300 2561.210 (02:30 05.06)      KOSPI 1971.74 (02:30 05.06)      AUD/CAD 0.9965 (02:30 05.06)



**LIVE SUPPORT**
**24 HOURS**
WITH TRADING EXPERTS

**SPEAK TO**
**FINANCIAL**
**EXPERTS**

## HOW TO TRADE

1  Select the asset you
   wish to trade.

2  Click **UP** if you think
   the price will rise
   above the current
   level. Click **DOWN** if
   you expect the price
   to fall below the
   current level.

3  Choose the
   investment amount
   you wish to trade with
   - along with an expiry
   time of your choice
   and click APPLY.

4  Wait for the option to
   expire.

**BANC DE BINARY**
New Video Center

**Click Here**

### Account FAQs

#### How do I open an account?

Please click 'Open an Account' at the top of the page and enter your details. A Banc De Binary broker will then contact you and help you further.

#### Do you offer Bonuses on deposits?

Yes, from our Standard Account upwards, we offer you up to a 100% sign-up bonus.

#### Do you offer a Demo Account?

Yes, these are available to all customers. Simply open a live account with $250 or more, and you will be entitled to the demo account from Banc De Binary. We recommend that those new to binary options take advantage to build their confidence and trading techniques. You are free to withdraw the initial $250 at a later date without spending a real cent.

#### How do I fund my account with Banc De Binary?

Depositing funds into your trading account is fast and secure. We offer VISA, MASTERCARD, American Express, MoneyBookers and Wire Transfer options. Please refer to the Banking menu for more details.

#### How do I withdraw funds from Banc De Binary?

Login to your account, click on the 'My Account' tab on the tool bar at the top of the page, then select 'Withdrawal Requests' on the drop-down menu. You may then choose your preferred withdrawal method. Please refer to the Banking menu for more details.

#### What is the smallest amount possible to open an account?

The Micro Account is the smallest account possible, starting at just $250.

#### What are the differences between all the accounts?

With all our accounts, we guarantee you access to our award-winning trading platform, our full range of assets, our dedicated 24/7 customer support team and our daily market analysis. The higher value accounts also give you direct access to your own personal broker, trading signals and financial guidance. In addition, benefit from VIP global concierge services with our most elite account. For more details, please see the Account Types page.

If you have any further questions, please contact our 24/7 customer support staff.

| TRADING PLATFORM | ACCOUNTS | TRADING | BANKING & SECURITY | EDUCATION | MARKET DATA | ABOUT US |
|---|---|---|---|---|---|---|
| | Open Trading Account | Why Banc De Binary | Deposit Methods | Binary Option Basics | Daily Market Review | Letter from the CEO |
| | Account Types | How to trade Binary Options | Withdrawal Methods | Analysis Techniques | BDB Radio | Letter from Head Analyst |
| | Account FAQs | Trading Platforms | Security and Privacy | Glossary | Live Market Hours | Awards |
| | Demo Accounts | Asset Index | Compliance | Binary Option FAQs | Market Schedule | Press |
| | Trading Benefits | Option Expiry rates | Banking and Security FAQs | Software Walkthrough | | Customer Testimonials |
| | | iTrading | | Advanced Articles | | Contact Us |
| | | | | Downloads | | |

Exhibit M Page 361

Account FAQs | Banc De Binary

REGULATION: Banc De Binary is a Financial Services Company authorized and regulated by the Cyprus Securities Exchange Commission (CySEC) under license no. 188/13 and is registered with global regulatory authorities including the FSA, FSB and other EEA financial licensing bodies. For specific information regarding the regulation of Banc De Binary, please click here.

HIGH RISK INVESTMENT WARNING: Trading Binary Options is highly speculative, carries a level of risk and may not be suitable for all investors. You may lose some or all of your invested capital, therefore you should not speculate with capital that you cannot afford to lose. You should be aware of all of the risks associated with trading Binary Options. Please click here to read a full risk warning. Banc De Binary is a trading name of Banc De Binary Limited, a Financial Services Company authorized and regulated by the Cyprus Securities Exchange Commission (CySEC) under license no. 188/13 and is registered with regulatory authorities in Austria, Belgium, Bulgaria, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hungary, Iceland, Ireland, Italy, Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Norway, Poland, Portugal, Romania, Slovak Republic, Slovenia, Spain, Sweden, Netherlands and United Kingdom. Banc De Binary is located at 12 Arch. Makarios III, Kronelina Tower, 3rd Floor, Mesa Yeitosia, Limassol, Cyprus, 4000.

   

What are binary options? Binary options - also known as Fixed Return Options (FROs) - differ from traditional investments in that investors are only required to correctly predict the direction of an asset movement to complete a successful trade (the magnitude of a price movement is completely irrelevant). With binary options there are only two possible outcomes, "Up" or "Down".

Why Banc De Binary? With game-changing returns of up to 900% and an average return on investment of over 80%, trading binary options with Banc De Binary is by far the easiest way to turn an understanding of events that influence global markets into highly profitable investments. Banc De Binary's innovative, user-friendly trading platforms offer a wide range of unique, proprietary features that make it simple for experienced and novice investors alike to make manage risk and make informed and timely trades. With over 90 tradable assets, including currency pairs, stocks, indices and commodities, 24/7 uptime, and the ability to fine-tune every detail of every trade, binary options are taking the financial world by storm and are rapidly replacing traditional methods of investing.

0



1

Share

WWW.BBINARY.COM | COPYRIGHT ©2012 BANC DE BINARY | TERMS OF USE | CONTACT BDB | AFFILIATES

BONUS POLICY | PRIVACY POLICY | WITHDRAWAL POLICY | CLIENT CATEGORISATION | ORDER EXECUTION | RISK DISCLOSURE | CONFLICT OF INTERESTS | INVESTOR COMPENSATION FUNDS

Exhibit M Page 362

# EXHIBIT N

6/4/13                                 Support Center - Contact Us 24/7 | Banc De Binary

English        Open Account | Regulation | Live Chat | Contact Us | FAQs | Binary Option Education | Asset Index | Expiry Rates

**EXHIBIT**
**39**
7/10/14

Email        Password

Forgot Password? Click To Recover (24/7)

**Open an Account**

| Trading Platform | Accounts | Trading | Banking & Security | Education | Market Data | About BDB |

/CAD 0.9975 (04:30 05.06)    NZD/JPY 80.31550 (04:30 05.06)    EUR/AUD 1.35663 (04:30 05.06)    ASX FUTURE 4851.500 (04:30 05.06)    BHP-AU 33.9150 (04:30 05.06)

LIVE SUPPORT
**24 HOURS**
WITH TRADING EXPERTS

SPEAK TO
**FINANCIAL
EXPERTS**

**HOW TO TRADE**

1  Select the asset you
   wish to trade.

2  Click **UP** if you think
   the price will rise
   above the current
   level. Click **DOWN** if
   you expect the price
   to fall below the
   current level.

3  Choose the
   investment amount
   you wish to trade with
   - along with an expiry
   time of your choice
   and click APPLY.

4  Wait for the option to
   expire.

**BANC DE BINARY**
New Video Center

**Click Here**

**Contact Us**

TELEPHONE SUPPORT

EMAIL SUPPORT

LIVE CHAT SUPPORT

SKYPE SUPPORT

GENERAL INQUIRIES

TECHNICAL INQUIRIES

AFFILIATES & IB's

Representative Office

**Worldwide Office Numbers:**

| | |
|---|---|
| Cyprus | 357-8009-4543 |
| North America | 1-212-710-5905 |
| United Kingdom Toll Free | 0-800-051-5780 |
| France Toll Free | 0800-915329 |
| Germany Toll Free | 0800-182-5829 |
| Switzerland Toll Free | 0800-802-541 |
| Italy Toll Free | 800-788-612 |
| Spain Toll Free | 900-838-329 |

**Department Extensions**
After dialing one of the numbers above, dial the extension of the department you
would like to reach

| | |
|---|---|
| Customer Support | Ext. 14500 |
| Accounting | Ext. 5001 |
| Compliance | Ext. 6001 |
| Marketing | Ext. 7001 |
| Public Relations | Ext. 7002 |
| IT | Ext. 1010 |
| Brokerage | Ext. 12000 |

| TRADING PLATFORM | ACCOUNTS | TRADING | BANKING & SECURITY | EDUCATION | MARKET DATA | ABOUT US |
|---|---|---|---|---|---|---|
| | Open Trading Account | Why Banc De Binary | Deposit Methods | Binary Option Basics | Daily Market Review | Letter from the CEO |
| | Account Types | How to trade Binary Options | Withdrawal Methods | Analysis Techniques | BDB Radio | Letter from Head Analyst |
| | Account FAQs | Trading Platforms | Security and Privacy | Glossary | Live Market Hours | Awards |
| | Demo Accounts | Asset Index | Compliance | Binary Option FAQs | Market Schedule | Press |
| | Trading Benefits | Option Expiry rates | Banking and Security FAQs | Software Walkthrough | | Customer Testimonials |
| | | iTrading | | Advanced Articles | | Contact Us |
| | | | | Downloads | | |

Exhibit N Page 363

6/4/13                                          Support Center - Contact Us 24/7 | Banc De Binary

REGULATION: Banc De Binary is a Financial Services Company authorized and regulated by the Cyprus Securities Exchange Commission (CySEC) under license no. 188/13 and is registered with global regulatory authorities including the FSA, FSB and other EEA financial licensing bodies. For specific information regarding the regulation of Banc De Binary, please click here.

HIGH RISK INVESTMENT WARNING: Trading Binary Options is highly speculative, carries a level of risk and may not be suitable for all investors. You may lose some or all of your invested capital, therefore you should not speculate with capital that you cannot afford to lose. You should be aware of all of the risks associated with trading Binary Options. Please click here to read a full risk warning. Banc De Binary is a trading name of Banc De Binary Limited, a Financial Services Company authorized and regulated by the Cyprus Securities Exchange Commission (CySEC) under license no. 188/13 and is registered with regulatory authorities in Austria, Belgium, Bulgaria, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hungary, Iceland, Ireland, Italy, Latvia, Lichtenstein, Lithuania, Luxembourg, Malta, Norway, Poland, Portugal, Romania, Slovak Republic, Solvenia, Spain, Sweden, Netherlands and United Kingdom. Banc De Binary is located at 12 Arch. Makariou III, Kristelina Tower, 3rd Floor, Mesa Yeitonia, Limassol, Cyprus, 4000.

   

What are binary options? Binary options - also known as Fixed Return Options (FROs) - differ from traditional investments in that investors are only required to correctly predict the direction of an asset movement to complete a successful trade (the magnitude of a price movement is completely irrelevant). With binary options there are only two possible outcomes, "Up" or "Down".

Why Banc De Binary? With game-changing returns of up to 900% and an average return on investment of over 80%, trading binary options with Banc De Binary is by far the easiest way to turn an understanding of events that influence global markets into highly profitable investments. Banc De Binary's innovative, user-friendly trading platforms offer a wide range of unique, proprietary features that make it simple for experienced and novice investors alike to make manage risk and make informed and timely trades. With over 90 tradable assets, including currency pairs, stocks, indices and commodities, 24/7 uptime, and the ability to fine tune every detail of every trade, binary options are taking the financial world by storm and are rapidly replacing traditional methods of investing.

1                                                    2

                                 Share

**WWW.BBINARY.COM | COPYRIGHT © 2012 BANC DE BINARY | TERMS OF USE | CONTACT BDB | AFFILIATES**

BONUS POLICY | PRIVACY POLICY | WITHDRAWAL POLICY | CLIENT CATEGORISATION | ORDER EXECUTION | RISK DISCLOSURE | CONFLICT OF INTERESTS | INVESTOR COMPENSATION FUNDS

Exhibit N Page 364

# EXHIBIT O



Email      Password      [Submit]

Forgot Password? Click Here To Recover Password or
Call Us at +1(800)656 6163 For Live Help (24/7)

**Open an Account**

| Trading Platform | Accounts | Trading | Banking & Security | Education | Market Data | About Us |
|---|---|---|---|---|---|---|



FACEBOOK 20.2450 (17:30.25.00)    GOLD/EUR 1361.973 (17:30.25.00)    LINKEDIN 121.3000 (17:30.25.00)    McDonald's 93.4450 (17:30.25.00)

**Contact Us**

### HOW TO TRADE

Select the asset you wish
to trade.

Click **UP** if you think the
price will rise above the
current level.
Click **DOWN** if you expect
the price to fall below the
current level.

Choose the investment
amount you wish to trade
with - along with an
expiry time of your choice
and click **APPLY.**

Wait for the option to
expire.

TELEPHONE SUPPORT

EMAIL SUPPORT

LIVE CHAT SUPPORT

SKYPE SUPPORT

GENERAL INQUIRIES

TECHNICAL INQUIRIES

OFFICE LOCATIONS

AFFILIATES & IB's

**Main Office Locations:**

**North America Headquarters**
40 Wall Street
New York, NY 10005
USA

**Middle East / Europe Headquarters**
12 Arch. Makariou III, Kristelina Tower
3rd Floor Office 301,
Mesa Yeitonia, Limassol

**Satellite Locations:**

**Luxembourg Office**
5 Rue Jean Monney
LU - 2180, Luxembourg

**Istanbul Office**
Sun Plaza
Maslak Mahallesi Bilim Sokak No: 5 Sisli
Istanbul 34298
Turkey

**Paris Office**
28 rue de l'amiral Hamelin
Paris 75016
France

| TRADING PLATFORM | ACCOUNTS | TRADING | BANKING & SECURITY | EDUCATION | MARKET DATA | ABOUT US |
|---|---|---|---|---|---|---|
| | Open Trading Account | Why Banc De Binary | Deposit Methods | Binary Option Basics | Daily Market Review | Letter from the CEO |
| | Account Types | How to trade Binary Options | Withdrawal Methods | Analysis Techniques | BDB Radio | Our Personnel |
| | Account FAQs | Trading Platforms | Security and Privacy | Glossary | Live Market Hours | Awards |
| | Demo Accounts | Asset Index | Compliance | Binary Option FAQs | Market Schedule | Press |
| | Trading Benefits | Option Expiry Rates | Banking and Security FAQs | Software Walkthrough | | Customer Testimonials |
| | | iTrading | | Advanced Articles | | Contact Us |
| | | | | Downloads | | |



WWW.BBINARY.COM | COPYRIGHT © 2012 BANC DE BINARY | DISCLAIMER | RISK WARNING | PRIVACY POLICY | TERMS OF USE | CONTACT BDB | AFFILIATES



# EXHIBIT P

1

A. Jeff Ifrah
2  (*Admitted Pro Hac Vice*)
David B. Deitch
3  *(Admitted Pro Hac Vice)*
Rachel Hirsch
4  (*Admitted Pro Hac Vice*)
IFRAH PLLC
5  1717 Pennsylvania Avenue
Suite 650
6  Washington, D.C. 20006
Telephone:  202-524-4140
7  Facsimile:  202-521-4141
Email:  jeff@ifrahlaw.com
8        ddeitch@ifrahlaw.com
        rhirsch@ifrahlaw.com
9

10  Craig S. Denney
Nevada Bar No. 6953
11  Justin Cochran
Nevada Bar No. 11939
12  SNELL & WILMER L.L.P.
50 West Liberty Street
13  Suite 510
Reno, Nevada  89501
14  Telephone:  775-785-5440
Facsimile:  775-785-5441
15  Email:  cdenney@swlaw.com
        jcochran@swlaw.com
16

17  *Attorneys for Defendant ET BINARY OPTIONS LTD.,*

18              UNITED STATES DISTRICT COURT

19                 DISTRICT OF NEVADA

20

21  SECURITIES AND EXCHANGE
    COMMISSION,                          Case No. 2:13-CV-00993-RCJ-VCF
22
                       Plaintiff,        **DEFENDANT ET BINARY OPTIONS**
23                                       **LTD.'S OBJECTIONS TO**
    vs.                                  **PLAINTIFF'S FIRST REQUESTS**
24                                       **FOR ADMISSION**
    BANC DE BINARY LTD., *et al.*
25
                       Defendants.
26

27

28

Ifrah PLLC
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Defendant ET Binary Options Ltd.'s ("ETBO"), by and through its undersigned counsel and in accordance with Rules 26 and 36 of the Federal Rules of Civil Procedure, hereby objects to Plaintiff Securities and Exchange Commission ("SEC") First Requests for Admission as follows:

## GENERAL OBJECTIONS

1.      ETBO objects to the SEC's Requests for Admission to the extent the Requests for Admission purport to impose requirements other than or in addition to the requirements set forth by the Federal Rules of Civil Procedure or the Local Rules of this Court.

2.      ETBO objects to the Requests for Admission to the extent they seek information outside the possession, custody, or control of ETBO.

3.      ETBO objects to Requests for Admission that refer or relate to entities which did not service, transact with, or act as counterparty to U.S. customers (including Banc de Binary Ltd. (Cyprus), as those entities are outside of the SEC's regulatory authority.  By way of explanation, Banc de Binary is a brand name, not a corporate entity.  Prior to May 2012, all customers who accessed and used the Banc de Binary trading platform were customers of ETBO.  Banc de Binary Ltd. ("BDB Cyprus"), was incorporated in February 2012.  BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February 2012.  Starting in May 2012 (and until the point at which Banc de Binary (the brand) ceased to accept new U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.  U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO.  Until recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a financial agent for BO Systems in the form of a blind trust regardless of clients' geographic locations.  BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated territories) and BDB Services

Exhibit P Page 368

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

took over those services.  U.S. clients who had opened accounts from May 2012 until March 2013 remained customers of BO Systems.

4.   ETBO objects to Plaintiff's Requests for Admission to the extent the requests seek information related to non-parties to this litigation and which are not currently represented by undersigned counsel.

5.   ETBO objects to Definition #7 to the extent the term "BdB U.S. investor" means any person or entity that is located in the U.S., because, as written, the phrase can apply to persons beyond the SEC's regulatory authority.

6.   ETBO objects to Definition #10 because, as written, the term "soliciting" is not defined within the broader definition, and the term, therefore, is vague.  "Solicit" is a legal term of art and must be defined.

7.   ETBO objects to Plaintiff's Requests for Admission to the extent the requests are based on information obtained from ETBO and its attorneys as part of confidential settlement agreements protected under FRE 408.

8.   In objecting and responding to the Requests for Admission, ETBO does not concede that any Request for Admission is relevant to this action, admissible during arbitration or in court, or reasonably calculated to lead to the discovery of admissible evidence.  ETBO expressly reserves the right to object to further discovery of any of the Requests for Admission.

9.    ETBO's Responses to the Requests for Admission are based on information now known to ETBO and/or its counsel.  ETBO has not yet completed its discovery of the facts of this lawsuit nor prepared for trial and therefore reserves its rights to amend, modify, or supplement objections if it learns of new information.

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

In addition to the foregoing general objections, which are incorporated into each and every objection to the SEC's Requests for Admission as if fully set forth below, ETBO asserts the following specific objections to the SEC's Requests for Admission:

## REQUESTS FOR ADMISSION

### REQUEST NO. 1:

Admit that, for some or all of the period of time between January 1, 2010 and the present, you offered binary options for sale to persons in the U.S.

### RESPONSE:

See General Objections incorporated herein by reference.  In addition to the general objections, ETBO also objects to Request No. 1 because the phrase "persons in the U.S." is vague.  As written, the phrase can apply to persons beyond the SEC's regulatory authority. Furthermore, ETBO objects to Request No. 1 to the extent it seeks information relating to non-securities based transactions, which are outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, ETBO admits, that, from September 2010 to May 2012, all customers who accessed and used the Banc de Binary trading platform were customers of ETBO.  BO Systems Ltd. Seychelles (BO Systems) was incorporated in February 2012.  Starting in May 2012 (and until the point at which Banc de Binary (the brand) ceased to accept new U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.

### REQUEST NO. 2:

Admit that, for some or all of the period of time between January 1, 2010 and the present, you sold binary options to persons in the U.S.

### RESPONSE:

See General Objections incorporated herein by reference.  In addition to the general objections, ETBO also objects to Request No. 2 because the phrase "persons in the U.S." is

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

- 4 -

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

vague.  As written, the phrase can apply to persons beyond the SEC's regulatory authority.

Furthermore, ETBO objects to Request No. 2 to the extent it seeks information relating to non-securities based transactions, which are outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, ETBO admits, that prior to May 2012, all customers who accessed and used the Banc de Binary trading platform were customers of ETBO.  BO Systems Ltd. Seychelles (BO Systems) was incorporated in February 2012. Starting in May 2012 (and until the point at which Banc de Binary (the brand) ceased to accept new U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.

**REQUEST NO. 3:**

Admit that, for some or all of the period of time between January 1, 2010 and the present, you have solicited persons in the U.S. to purchase binary options.

**RESPONSE:**

<u>See</u> General Objections incorporated herein by reference.  In addition to the general objections, ETBO objects to Request No. 3 because the phrase "persons in the U.S." is vague.  As written, the phrase can apply to persons beyond the SEC's regulatory authority.  Furthermore, ETBO objects to Request No. 3 because the term "solicited" is vague and undefined and, therefore, subject to multiple interpretations.  "Solicited" is often used as a legal term of art and, therefore, must be defined within this context.  ETBO objects to Request No. 3 to the extent it seeks information relating to non-securities based transactions, which are outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, denied.

**REQUEST NO. 4:**

Admit that, for some or all of the period of time between January 1, 2010 and the present, you have solicited persons in the U.S. to purchase binary options over the internet.

Exhibit P Page 371

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

**RESPONSE:**

    See General Objections incorporated herein by reference.  In addition to the general objections, ETBO objects to Request No. 4 because the phrase "persons in the U.S." is vague.  As written, the phrase can apply to persons beyond the SEC's regulatory authority.  Furthermore, ETBO objects to Request No. 4 because the term "solicited" is vague and undefined and, therefore, subject to multiple interpretations.  "Solicited" is often used as a legal term of art and, therefore, must be defined within this context.  ETBO objects to Request No. 4 to the extent it seeks information relating to non-securities based transactions, which are outside of the SEC's regulatory authority.

    Subject to and without waiving any of its objections, denied.

**REQUEST NO. 5:**

    Admit that, for some or all of the period of time between January 1, 2010 and the present, you have solicited persons in the U.S. to purchase binary options through phone calls.

**RESPONSE:**

    See General Objections incorporated herein by reference.  In addition to the general objections, ETBO objects to Request No. 5 because the phrase "persons in the U.S." is vague.  As written, the phrase can apply to persons beyond the SEC's regulatory authority.  Furthermore, ETBO objects to Request No. 5 because the term "solicited" is vague and undefined and, therefore, subject to multiple interpretations.  "Solicited" is often used as a legal term of art and, therefore, must be defined within this context.  ETBO objects to Request No. 5 to the extent it seeks information relating to non-securities based transactions, which are outside of the SEC's regulatory authority.

    Subject to and without waiving any of its objections, denied.

**REQUEST NO. 6:**

- 6 -

Admit that, for some or all of the period of time between January 1, 2010 and the present, you have solicited persons in the U.S. to purchase binary options through emails.

**RESPONSE:**

See General Objections incorporated herein by reference.  In addition to the general objections, ETBO objects to Request No. 6 because the phrase "persons in the U.S." is vague.  As written, the phrase can apply to persons beyond the SEC's regulatory authority.  Furthermore, ETBO objects to Request No. 6 because the term "solicited" is vague and undefined and, therefore, subject to multiple interpretations.  "Solicited" is often used as a legal term of art and, therefore, must be defined within this context.  ETBO objects to Request No. 6 to the extent it seeks information relating to non-securities based transactions, which are outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, denied.

**REQUEST NO. 7:**

Admit that, for some or all of the period of time between January 1, 2010 and the present, you have solicited persons in the U.S. through YouTube videos.

**RESPONSE:**

See General Objections incorporated herein by reference.  In addition to the general objections, ETBO objects to Request No. 7 because the phrase "persons in the U.S." is vague.  As written, the phrase can apply to persons beyond the SEC's regulatory authority.  Furthermore, ETBO objects to Request No. 7 because the term "solicited" is vague and undefined and, therefore, subject to multiple interpretations.  "Solicited" is often used as a legal term of art and, therefore, must be defined within this context.  Furthermore, ETBO objects to Request No. 7 to the extent it seeks information relating to non-securities based transactions, which are outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, denied.

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit P Page 373

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

**REQUEST NO. 8:**

Admit that you have not registered any securities with the SEC.

**RESPONSE:**

<u>See</u> General Objections incorporated herein by reference.  Subject to and without waiving any of its objections, admitted.

**REQUEST NO. 9:**

Admit that you have not registered any binary options with the SEC.

**RESPONSE:**

<u>See</u> General Objections incorporated herein by reference.  Subject to and without waiving any of its objections, admitted.

**REQUEST NO. 10:**

Admit that you do not qualify for any exemption from registration with the SEC for the offer or sale of any binary options.

**RESPONSE:**

<u>See</u> General Objections incorporated herein by reference.  Subject to and without waiving any of its objections, ETBO's eligibility to qualify for an exemption from registration with the SEC is a legal determination to be made by someone other than ETBO (presumably the SEC).  To the extent a response is required, denied.

**REQUEST NO. 11:**

Admit that you are not registered with the SEC as a broker or a dealer.

**RESPONSE:**

<u>See</u> General Objections incorporated herein by reference.  Subject to and without waiving any of its objections, admitted.

**REQUEST NO. 12:**

Exhibit P Page 374

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Admit that you do not quality for exemption from registration with the SEC as a broker or a dealer for the offer or sale of any binary options.

**RESPONSE:**

See General Objections incorporated herein by reference.  Subject to and without waiving any of its objections, ETBO's eligibility to qualify for an exemption from registration with the SEC is a legal determination to be made by someone other than ETBO (presumably the SEC).  To the extent a response is required, denied.

**REQUEST NO. 13:**

Admit that, for some or all of the period of time between January 1, 2010 and the present, you contracted from the use of the business address 40 Wall Street, New York, NY.

**RESPONSE:**

See General Objections incorporated herein by reference.  Subject to and without waiving any of its objections, ETBO admits that the Banc de Binary brand leased a virtual office at 40 Wall Street, New York, NY from August 2012 to approximately April/May 2013 according to the lease terms.

**REQUEST NO. 14:**

Admit that, for some or all of the period of time between January 1, 2010 and the present, you) operated a binary options trading platform.

**RESPONSE:**

See General Objections incorporated herein by reference.  ETBO further objects to Request No. 14 to the extent it seeks information pertaining to entities beyond the SEC's regulatory authority.

Subject to and without waiving any of its objections, denied.

**REQUEST NO. 15:**

Admit that, for some or all of the period of time between January 1, 2010 and the present, you) maintained bank accounts that accepted funds from the BdB U.S. investors for the purpose of trading binary options.

Exhibit P Page 375

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

**RESPONSE:**

See General Objections incorporated herein by reference. In addition to its general objections, ETBO objects to Request No. 15 because the term "maintained" in this context is vague and undefined, and, therefore, subject to multiple interpretations.

Subject to and without waiving any of its objections, ETBO admits that, prior to May 2012, all customers who accessed and used the Banc de Binary trading platform were customers of ETBO, and ETBO had one bank account in its name during that time period.

**REQUEST NO. 16:**

Admit that, for some or all of the period of time between January 10, 2010 and the present, BdB U.S. investors opened trading accounts on the BdB website.

**RESPONSE:**

See General Objections incorporated herein by reference. Subject to and without waiving any of its objections, to the extent "BdB" website refers to all four websites identified in Definition #6, denied.

**REQUEST NO. 17:**

Admit that, for some or all of the period of time between January 10, 2010 and the present, BdB U.S. investors traded binary options through the BdB website.

**RESPONSE:**

See General Objections incorporated herein by reference. Subject to and without waiving any of its objections, to the extent "BdB" website refers to all four websites identified in Definition #6, denied.

/ / / /

/ / / /

/ / / /

/ / / /

- 10 -

Dated: June 16, 2014                         IFRAH PLLC


By:  _/s/ *Rachel Hirsch* _____
     A. Jeff Ifrah
     (*Admitted Pro Hac Vice*)
     David B. Deitch
     (*Admitted Pro Hac Vice*)
     Rachel Hirsch
     (*Admitted Pro Hac Vice*)
     IFRAH PLLC
     1717 Pennsylvania Avenue
     Suite 650
     Washington, D.C. 20006
     Telephone:  202-524-4140
     Facsimile:  202-521-4141
     Email:  jeff@ifrahlaw.com
               ddeitch@ifrahlaw.com
               rhirsch@ifrahlaw.com


     Craig S. Denney
     Nevada Bar No. 6953
     Snell & Wilmer L.L.P.
     50 West Liberty Street, Suite 510
     Reno, NV  89501
     775-785-5440 (office)
     775-785-5411 (direct)
     775-785-5441 (fax)
     cdenney@swlaw.com


     Attorneys for Defendant
     *ET Binary Options Ltd.*

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit P Page 377

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day June, 2014, a copy of the foregoing was sent

via e-mail and first-class mail, postage pre-paid to:

Attorneys for Plaintiff
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036

John W. Berry (N.Y. Bar No. 2972610)
Regional Trial Counsel
berryj@sec.gov

Amy Jane Longo (Cal. Bar No. 198304)
longoa@sec.gov

Leslie A. Hakala (Cal. Bar. No. 199414)
hakalal@sec.gov


_____/s/ Rachel Hirsch_____
Rachel Hirsch

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit P Page 378

# EXHIBIT Q

A. Jeff Ifrah
(*Admitted Pro Hac Vice*)
David B. Deitch
(*Admitted Pro Hac Vice*)
Rachel Hirsch
(*Admitted Pro Hac Vice*)
IFRAH PLLC
1717 Pennsylvania Avenue
Suite 650
Washington, D.C. 20006
Telephone:  202-524-4140
Facsimile:  202-521-4141
Email:  jeff@ifrahlaw.com
        ddeitch@ifrahlaw.com
        rhirsch@ifrahlaw.com

Craig S. Denney
Nevada Bar No. 6953
Justin Cochran
Nevada Bar No. 11939
SNELL & WILMER L.L.P.
50 West Liberty Street
Suite 510
Reno, Nevada  89501
Telephone:  775-785-5440
Facsimile:  775-785-5441
Email: cdenney@swlaw.com
        jcochran@swlaw.com

*Attorneys for Defendant BO SYSTEMS LTD.*
*(SEYCHELLES),*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:13-CV-00993-RCJ-VCF |
| Plaintiff, | **DEFENDANT BO SYSTEMS LTD.'S (SEYCHELLES) OBJECTIONS TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION** |
| vs. | |
| BANC DE BINARY LTD., *et al.* | |
| Defendants. | |

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Defendant BO Systems Ltd. (Seychelles) ("BO Systems"), by and through its undersigned

counsel and in accordance with Rules 26 and 36 of the Federal Rules of Civil Procedure, hereby

objects to Plaintiff Securities and Exchange Commission ("SEC") First Requests for Admission

as follows:

## GENERAL OBJECTIONS

1.      BO Systems objects to the SEC's Requests for Admission to the extent the

Requests for Admission purport to impose requirements other than or in addition to the

requirements set forth by the Federal Rules of Civil Procedure or the Local Rules of this Court.

2.      BO Systems objects to the Requests for Admission to the extent they seek

information outside the possession, custody, or control of BO Systems.

3.      BO Systems objects to Requests for Admission that refer or relate to entities which

did not service, transact with, or act as counterparty to U.S. customers (including Banc de Binary

Ltd. (Cyprus), as those entities are outside of the SEC's regulatory authority.  By way of

explanation, Banc de Binary is a brand name, not a corporate entity.  Prior to May 2012, all

customers who accessed and used the BDB trading platform were customers of ET Binary

Options Ltd. ("ETBO").  Banc de Binary Ltd. ("BDB Cyprus"), was incorporated in February

2012.  BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February 2012.

Starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new U.S.

customers in July 2013), all new U.S. customers formed their relationship with BO Systems.

U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO.  Until

recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a

financial agent for BO Systems in the form of a blind trust regardless of clients' geographic

locations.  BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and

at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit Q Page 380

territories) and BDB Services took over those services.  U.S. clients who had opened accounts from May 2012 until March 2013 remained customers of BO Systems.

4.      BO Systems objects to Plaintiff's Requests for Admission to the extent the requests seek information related to non-parties to this litigation and which are not currently represented by undersigned counsel.

5.      BO Systems objects to Definition #7 to the extent the term "BdB U.S. investor" means any person or entity that is located in the U.S., because, as written, the phrase can apply to persons beyond the SEC's regulatory authority.

6.      BO Systems objects to Definition #10 because, as written, the term "soliciting" is not defined within the broader definition, and the term, therefore, is vague.  "Solicit" is a legal term of art and must be defined.

7.      BO Systems objects to Plaintiff's Requests for Admission to the extent the requests are based on information obtained from BO Systems and its attorneys as part of confidential settlement agreements protected under FRE 408.

8.      In objecting and responding to the Requests for Admission, BO Systems does not concede that any Request for Admission is relevant to this action, admissible during arbitration or in court, or reasonably calculated to lead to the discovery of admissible evidence.  BO Systems expressly reserves the right to object to further discovery of any of the Requests for Admission.

9.       BO Systems' Responses to the Requests for Admission are based on information now known to BO Systems and/or its counsel.  BO Systems has not yet completed its discovery of the facts of this lawsuit nor prepared for trial and therefore reserves its rights to amend, modify, or supplement objections if it learns of new information.

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

- 3 -

In addition to the foregoing general objections, which are incorporated into each and every objection to the SEC's Requests for Admission as if fully set forth below, BO Systems asserts the following specific objections to the SEC's Requests for Admission:

## REQUESTS FOR ADMISSION

**REQUEST NO. 1:**

Admit that, for some or all of the period of time between January 1, 2010 and the present, you offered binary options for sale to persons in the U.S.

**RESPONSE:**

See General Objections incorporated herein by reference.  In addition to the general objections, BO Systems also objects to Request No. 1 because the phrase "persons in the U.S." is vague.  As written, the phrase can apply to persons beyond the SEC's regulatory authority. Furthermore, BO Systems objects to Request No. 1 to the extent it seeks information relating to non-securities based transactions, which are outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, BO Systems admits that it was incorporated in February 2012.  BO Systems further admits that, starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.

**REQUEST NO. 2:**

Admit that, for some or all of the period of time between January 1, 2010 and the present, you sold binary options to persons in the U.S.

**RESPONSE:**

See General Objections incorporated herein by reference.  In addition to the general objections, BO Systems also objects to Request No. 2 because the phrase "persons in the U.S." is vague.  As written, the phrase can apply to persons beyond the SEC's regulatory authority.

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

- 4 -

Furthermore, BO Systems objects to Request No. 2 to the extent it seeks information relating to non-securities based transactions, which are outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, BO Systems admits that it was incorporated in February 2012.  BO Systems further admits that, starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.

**REQUEST NO. 3:**

Admit that, for some or all of the period of time between January 1, 2010 and the present, you have solicited persons in the U.S. to purchase binary options.

**RESPONSE:**

See General Objections incorporated herein by reference.  In addition to the general objections, BO Systems objects to Request No. 3 because the phrase "persons in the U.S." is vague.  As written, the phrase can apply to persons beyond the SEC's regulatory authority. Furthermore, BO Systems objects to Request No. 3 because the term "solicited" is vague and undefined and, therefore, subject to multiple interpretations.  "Solicited" is often used as a legal term of art and, therefore, must be defined within this context.  BO Systems objects to Request No. 3 to the extent it seeks information relating to non-securities based transactions, which are outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, denied.

**REQUEST NO. 4:**

Admit that, for some or all of the period of time between January 1, 2010 and the present, you have solicited persons in the U.S. to purchase binary options over the internet.

**RESPONSE:**

See General Objections incorporated herein by reference.  In addition to the general objections, BO Systems objects to Request No. 4 because the phrase "persons in the U.S." is

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

- 5 -

vague.  As written, the phrase can apply to persons beyond the SEC's regulatory authority.

Furthermore, BO Systems objects to Request No. 4 because the term "solicited" is vague and

undefined and, therefore, subject to multiple interpretations.  "Solicited" is often used as a legal

term of art and, therefore, must be defined within this context.  BO Systems objects to Request

No. 4 to the extent it seeks information relating to non-securities based transactions, which are

outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, denied.

**REQUEST NO. 5:**

Admit that, for some or all of the period of time between January 1, 2010 and the present,
you have solicited persons in the U.S. to purchase binary options through phone calls.

**RESPONSE:**

See General Objections incorporated herein by reference.  In addition to the general

objections, BO Systems objects to Request No. 5 because the phrase "persons in the U.S." is

vague.  As written, the phrase can apply to persons beyond the SEC's regulatory authority.

Furthermore, BO Systems objects to Request No. 5 because the term "solicited" is vague and

undefined and, therefore, subject to multiple interpretations.  "Solicited" is often used as a legal

term of art and, therefore, must be defined within this context.  BO Systems objects to Request

No. 5 to the extent it seeks information relating to non-securities based transactions, which are

outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, denied.

**REQUEST NO. 6:**

Admit that, for some or all of the period of time between January 1, 2010 and the present,
you have solicited persons in the U.S. to purchase binary options through emails.

**RESPONSE:**

Ifrah PLLC
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit Q Page 384

See General Objections incorporated herein by reference.  In addition to the general objections, BO Systems objects to Request No. 6 because the phrase "persons in the U.S." is vague.  As written, the phrase can apply to persons beyond the SEC's regulatory authority. Furthermore, BO Systems objects to Request No. 6 because the term "solicited" is vague and undefined and, therefore, subject to multiple interpretations.  "Solicited" is often used as a legal term of art and, therefore, must be defined within this context.  BO Systems objects to Request No. 6 to the extent it seeks information relating to non-securities based transactions, which are outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, denied.

**REQUEST NO. 7:**

Admit that, for some or all of the period of time between January 1, 2010 and the present, you have solicited persons in the U.S. through YouTube videos.

**RESPONSE:**

See General Objections incorporated herein by reference.  In addition to the general objections, BO Systems objects to Request No. 7 because the phrase "persons in the U.S." is vague.  As written, the phrase can apply to persons beyond the SEC's regulatory authority. Furthermore, BO Systems objects to Request No. 7 because the term "solicited" is vague and undefined and, therefore, subject to multiple interpretations.  "Solicited" is often used as a legal term of art and, therefore, must be defined within this context.  Furthermore, BO Systems objects to Request No. 7 to the extent it seeks information relating to non-securities based transactions, which are outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, denied.

**REQUEST NO. 8:**

Admit that you have not registered any securities with the SEC.

**RESPONSE:**

Ifrah PLLC
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

- 7 -

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

<u>See</u> General Objections incorporated herein by reference.  Subject to and without waiving any of its objections, admitted.

**REQUEST NO. 9:**

Admit that you have not registered any binary options with the SEC.

**RESPONSE:**

<u>See</u> General Objections incorporated herein by reference.  Subject to and without waiving any of its objections, admitted.

**REQUEST NO. 10:**

Admit that you do not qualify for any exemption from registration with the SEC for the offer or sale of any binary options.

**RESPONSE:**

<u>See</u> General Objections incorporated herein by reference.  Subject to and without waiving any of its objections, BO Systems' eligibility to qualify for an exemption from registration with the SEC is a legal determination to be made by someone other than BO Systems (presumably the SEC).  To the extent a response is required, denied.

**REQUEST NO. 11:**

Admit that you are not registered with the SEC as a broker or a dealer.

**RESPONSE:**

<u>See</u> General Objections incorporated herein by reference.  Subject to and without waiving any of its objections, admitted.

**REQUEST NO. 12:**

Admit that you do not quality for exemption from registration with the SEC as a broker or a dealer for the offer or sale of any binary options.

**RESPONSE:**

- 8 -

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

See General Objections incorporated herein by reference.  Subject to and without waiving any of its objections, BO Systems' eligibility to qualify for an exemption from registration with the SEC is a legal determination to be made by someone other than BO Systems (presumably the SEC).  To the extent a response is required, denied.

**REQUEST NO. 13:**

Admit that, for some or all of the period of time between January 1, 2010 and the present, you contracted from the use of the business address 40 Wall Street, New York, NY.

**RESPONSE:**

See General Objections incorporated herein by reference.  Subject to and without waiving any of its objections, BO Systems admits that the Banc de Binary brand leased a virtual office at 40 Wall Street, New York, NY from August 2012 to approximately April/May 2013 according to the lease terms.

**REQUEST NO. 14:**

Admit that, for some or all of the period of time between January 1, 2010 and the present, you) operated a binary options trading platform.

**RESPONSE:**

See General Objections incorporated herein by reference.  BO Systems further objects to Request No. 14 to the extent it seeks information pertaining to entities beyond the SEC's regulatory authority.

Subject to and without waiving any of its objections, denied.

**REQUEST NO. 15:**

Admit that, for some or all of the period of time between January 1, 2010 and the present, you maintained bank accounts that accepted funds from the BdB U.S. investors for the purpose of trading binary options.

**RESPONSE:**

- 9 -

1

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

<u>See</u> General Objections incorporated herein by reference.  In addition to its general objections, BO Systems objects to Request No. 15 because the term "maintained" in this context is vague and undefined, and, therefore, subject to multiple interpretations.

Subject to and without waiving any of its objections, denied.

**REQUEST NO. 16:**

Admit that, for some or all of the period of time between January 10, 2010 and the present, BdB U.S. investors opened trading accounts on the BdB website.

**RESPONSE:**

<u>See</u> General Objections incorporated herein by reference.  Subject to and without waiving any of its objections, to the extent "BdB" website refers to all four websites identified in Definition #6, denied.

**REQUEST NO. 17:**

Admit that, for some or all of the period of time between January 10, 2010 and the present, BdB U.S. investors traded binary options through the BdB website.

**RESPONSE:**

<u>See</u> General Objections incorporated herein by reference.  Subject to and without waiving any of its objections, to the extent "BdB" website refers to all four websites identified in Definition #6, denied.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

- 10 -

1    Dated: June 16, 2014                          IFRAH PLLC

2

3                                                  By:  /s/  _Rachel Hirsch_____

4                                                      A. Jeff Ifrah
                                                       (*Admitted Pro Hac Vice*)
5                                                      David B. Deitch
                                                       (*Admitted Pro Hac Vice*)
6                                                      Rachel Hirsch
                                                       (*Admitted Pro Hac Vice*)
7                                                      IFRAH PLLC
                                                       1717 Pennsylvania Avenue
                                                       Suite 650
8                                                      Washington, D.C. 20006
                                                       Telephone:  202-524-4140
9                                                      Facsimile:  202-521-4141
                                                       Email:  jeff@ifrahlaw.com
10                                                             ddeitch@ifrahlaw.com
11                                                             rhirsch@ifrahlaw.com

12
                                                       Craig S. Denney
13                                                     Nevada Bar No. 6953
                                                       Snell & Wilmer L.L.P.
14                                                     50 West Liberty Street, Suite 510
                                                       Reno, NV  89501
15                                                     775-785-5440 (office)
                                                       775-785-5411 (direct)
16                                                     775-785-5441 (fax)
17                                                     cdenney@swlaw.com

18
                                                       Attorneys for Defendant
19                                                       *BO Systems Ltd. (Seychelles)*

20

21

22

23

24

25

26

27

28

Ifrah PLLC
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit Q Page 389

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day June, 2014, a copy of the foregoing was sent

via e-mail and first-class mail, postage pre-paid to:

Attorneys for Plaintiff
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036

John W. Berry (N.Y. Bar No. 2972610)
Regional Trial Counsel
berryj@sec.gov

Amy Jane Longo (Cal. Bar No. 198304)
longoa@sec.gov

Leslie A. Hakala (Cal. Bar. No. 199414)
hakalal@sec.gov

_____/s/ Rachel Hirsch_____
Rachel Hirsch

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

- 12 -

# EXHIBIT R



A. Jeff Ifrah
(*Admitted Pro Hac Vice*)
David B. Deitch
*(Admitted Pro Hac Vice)*
Rachel Hirsch
(*Admitted Pro Hac Vice*)
IFRAH PLLC
1717 Pennsylvania Avenue
Suite 650
Washington, D.C. 20006
Telephone:  202-524-4140
Facsimile:  202-521-4141
Email:  jeff@ifrahlaw.com
        ddeitch@ifrahlaw.com
        rhirsch@ifrahlaw.com

Craig S. Denney
Nevada Bar No. 6953
Justin Cochran
Nevada Bar No. 11939
SNELL & WILMER L.L.P.
50 West Liberty Street
Suite 510
Reno, Nevada  89501
Telephone:  775-785-5440
Facsimile:  775-785-5441
Email: cdenney@swlaw.com
       jcochran@swlaw.com

*Attorneys for Defendant BANC DE BINARY LTD.,*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:13-CV-00993-RCJ-VCF |
| Plaintiff, | **DEFENDANT ET BINARY OPTIONS LTD.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |
| vs. | |
| BANC DE BINARY LTD., *et al.* | |
| Defendants. | |

*(sidebar, left margin)* **Ifrah PLLC** 1717 Pennsylvania Ave, NW Suite 650 Washington, DC 20006 (202) 524-4140

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Defendant ET Binary Options Ltd. ("ETBO"), by and through its undersigned counsel and in accordance with Rules 26 and 33 of the Federal Rules of Civil Procedure, hereby objects and responds to Plaintiff  Securities and Exchange Commission's ("SEC") First Set of Interrogatories as follows:

## PRELIMINARY STATEMENT

1.      The information requested in Plaintiff's Interrogatories are provided in accordance with the provisions and intent of the Federal Rules of Civil Procedure, which require the disclosure of non-privileged facts within the recipient's knowledge that may be relevant or lead to the discovery of relevant information.

2.      By providing the information requested, ETBO does not waive objections as to the admissibility of such Answers into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege. The Answers and objections do not imply, and should not be construed as implying, that ETBO considers Plaintiff's Interrogatories or ETBO's Answers to be relevant or material to the subject matter of this action.

3.      ETBO's attorneys drafted these Answers from information obtained from ETBO, public record and other sources commonly reviewed for such purposes and are responsible for their word usage and sentence structure.  These Answers do not purport to employ the precise language of the executing party.

4.      ETBO's Answers to the Interrogatories are based on information now known. ETBO has not yet completed its discovery of the facts of this lawsuit nor prepared for trial and therefore reserves its rights to amend, modify, or supplement objections and Answers if it learns of new information.

Exhibit R Page 392

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

5.      The information supplied in these Answers is not based solely on the knowledge of ETBO, but includes the knowledge of ETBO's agents, representatives, and attorneys, unless privileged.

**GENERAL OBJECTIONS**

1.      ETBO objects to the SEC's Interrogatories to the extent that the Interrogatories purport to impose requirements other than or in addition to the requirements set forth by the Federal Rules of Civil Procedure or the Local Rules of this Court.

2.      ETBO objects to the SEC's Interrogatories to the extent they seek information outside the possession, custody, or control of ETBO.

3.      ETBO objects to Interrogatories that refer or relate to entities which did not service, transact with, or act as counterparty to U.S. customers.  By way of explanation, Banc de Binary is a brand name.  Prior to May 2012, all customers who accessed and used the Banc de Binary trading platform were customers of ET Binary Options Ltd. ("ETBO").  Banc de Binary Ltd. ("BDB Cyprus") was incorporated in February 2012.  BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February 2012.  Starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.  U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO.  Until recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a financial agent for BO Systems in the form of a blind trust regardless of clients' geographic locations.  BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated territories) and BDB Services took over those services.  U.S. clients who had opened accounts from May 2012 until March 2013 remained customers of BO Systems.

Exhibit R Page 393

4.      ETBO objects to Plaintiff's Interrogatories to the extent the Interrogatories seek information to non-securities based trading, which is outside of the SEC's regulatory authority.

5.      ETBO objects to Definition #9 to the extent the term "BdB U.S. investor" means any person or entity that is located in the U.S., because, as written, the phrase can apply to persons beyond the SEC's regulatory authority.

6.      ETBO objects to Definition #12 because, as written, the term "solicitation" is not defined within the broader definition, and the term, therefore, is vague.  "Solicit" is a legal term of art and must be defined.

7.      ETBO objects to the SEC's Interrogatories on the grounds and to the extent compliance would be unduly burdensome.  As used herein, "unduly burdensome" means that the Interrogatories require an unreasonably extensive and/or expensive search for information and documents that are of little or no value to this lawsuit such that the burden and expense of obtaining the information or documents far outweigh the value of their production.

8.      ETBO objects to Plaintiff's Interrogatories to the extent the requests are based on information obtained from ETBO and its attorneys as part of confidential settlement agreements protected under FRE 408.

In addition to the foregoing general objections, which are incorporated into each and every objection to the SEC's Interrogatories as if fully set forth below, ETBO asserts the following specific objections and answers to the SEC's Interrogatories:

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

Identify all binary options solicitations by you at any time in 2010, 2011, 2012 or 2013. In responding to this interrogatory: (a) identify the time period (by month and year) in which each entity you identify engaged in binary options solicitation; and (b) for each response identify document(s) that support your response.

**ANSWER:**

Exhibit R Page 394

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

<u>See</u> General Objections incorporated herein by reference.  Specifically, ETBO asserts General Objection #6 because the term "solicitation" is vague and undefined and, therefore, subject to multiple interpretations.  "Solicit" is often used as a legal term of art and, therefore, must be defined within this context.  Furthermore, ETBO objects to Interrogatory No. 1 to the extent it seeks information related to non-securities based trading, which is outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, ETBO states that, prior to May 2012, all customers who accessed and used the Banc de Binary trading platform were customers of ET Binary Options Ltd. ("ETBO").  Banc de Binary Ltd. ("BDB Cyprus") was incorporated in February 2012.  BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February 2012.  Starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.  U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO.  Until recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a financial agent for BO Systems in the form of a blind trust regardless of clients' geographic locations.  BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated territories) and BDB Services took over those services.  U.S. clients who had opened accounts from May 2012 until March 2013 remained customers of BO Systems.

In support of this Answer, BO Systems identifies the Inter-Company Agreements between BDB Cyprus, ETBO, BO Systems, and BDB Services.  Further, ETBO states that it did not solicit customers in the U.S. Any marketing or advertisements undertaken by the Banc de Binary brand were done without regard to geographic location and were not directed to solicit any specific territorial regions.

Exhibit R Page 395

Discovery is ongoing in this case, as is the identification and production of documents.

ETBO reserves the right to supplement its Answer to Interrogatory No. 1 as discovery continues.

**INTERROGATORY NO. 2:**

Identify all BdB commissions, money, or any other form of compensation you received for binary options trading at any time in 2010, 2011, 2012, or 2013. In responding to this interrogatory: (a) identify the time period (by month and year) in which each entity you identify engaged in binary options solicitation; and (b) for each response identify document(s) that support your response.

**ANSWER:**

See General Objections incorporated herein by reference. In addition, to its general objections, ETBO objects to Interrogatory No. 2 because the phrase "any other form of compensation" is vague and undefined and, therefore, subject to multiple interpretations. ETBO also objects to Interrogatory No. 2 because the term "BdB commissions" does not define the term "BdB" itself. Therefore, it is unclear whether Interrogatory No. 2 is referring to Banc de Binary, the brand, or some other entity or combination of entities. Furthermore, ETBO objects to Interrogatory No. 2 to the extent it seeks information related to non-securities based trading, which is outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, ETBO states that, prior to May 2012, all customers who accessed and used the Banc de Binary trading platform were customers of ET Binary Options Ltd. ("ETBO"). Banc de Binary Ltd. ("BDB Cyprus") was incorporated in February 2012. BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February 2012. Starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems. U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO. Until recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a financial agent for BO Systems in the form of a blind trust regardless of clients' geographic

Exhibit R Page 396

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

locations.  BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and

at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated

territories) and BDB Services took over those services.  U.S. clients who had opened accounts

from May 2012 until March 2013 remained customers of BO Systems.

In support of this Answer, ETBO identifies the Inter-Company Agreements between BDB

Cyprus, ETBO, BO Systems, and BDB Services.  With respect to Interrogatory No. 2, ETBO is in

the process of completing a spreadsheet that it will provide to Plaintiff.

Discovery is ongoing in this case, as is the identification and production of documents.

ETBO reserves the right to supplement its Answer to Interrogatory No. 2 as discovery continues.

**INTERROGATORY NO. 3:**

Identify any BdB U.S. investors to whom you offered, soled or solicited services to related
to the BdB trading platform at any time in 2010, 2011, 2012 or 2013.  In responding to this
interrogatory: (a) identify the time period (by month and year) in which you offered, sold or
solicited services related to the BdB trading platform; and (b) for each response identify
document(s) that support your response.

**ANSWER:**

See General Objections incorporated herein by reference.  Specifically, ETBO asserts

General Objection #5 to the extent the term "BdB U.S. investor" means any person or entity that

is located in the U.S., because, as written, the phrase can apply to persons beyond the SEC's

regulatory authority.  In addition, to its general objections, ETBO objects to Interrogatory No. 3

because the term "solicited" is vague and undefined and, therefore, subject to multiple

interpretations.  "Solicit" is often used as a legal term of art and, therefore, must be defined within

this context.  ETBO also objects to Interrogatory No. 3 because the term "BdB U.S. investor"

does not define the term "BdB" itself.  Therefore, it is unclear whether Interrogatory No. 3 is

referring to Banc de Binary, the brand, or some other entity or combination of entities.

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit R Page 397

Ifrah PLLC
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Furthermore, ETBO objects to Interrogatory No. 3 to the extent it seeks information related to non-securities based trading, which is outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, ETBO states that, prior to May 2012, all customers who accessed and used the Banc de Binary trading platform were customers of ET Binary Options Ltd. ("ETBO").  Banc de Binary Ltd. ("BDB Cyprus") was incorporated in February 2012.  BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February 2012.  Starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.  U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO.  Until recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a financial agent for BO Systems in the form of a blind trust regardless of clients' geographic locations.  BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated territories) and BDB Services took over those services.  U.S. clients who had opened accounts from May 2012 until March 2013 remained customers of BO Systems.

In support of this Answer, ETBO identifies the Inter-Company Agreements between BDB Cyprus, ETBO, BO Systems, and BDB Services.  With respect to Interrogatory No. 3, ETBO is in the process of completing a spreadsheet that it will provide to Plaintiff.

Discovery is ongoing in this case, as is the identification and production of documents.  ETBO reserves the right to supplement its Answer to Interrogatory No. 3 as discovery continues.

**INTERROGATORY NO. 4:**

Identify all of your communications with BdB U.S. investors (or communications by persons communicating with BdB U.S. investors on your behalf), and the purpose of those communications, at any time period (by month and year) in which you communicated with BdB U.S. investors (or had persons communicating with BdB U.S. investors on your behalf); and (b) for each response identify document(s) that support your response.

Exhibit R Page 398

**ANSWER:**

See General Objections incorporated herein by reference.  Specifically, ETBO asserts

General Objection #5 to the extent the term "BdB U.S. investor" means any person or entity that

is located in the U.S., because, as written, the phrase can apply to persons beyond the SEC's

regulatory authority.  In addition, to its general objections, ETBO objects to Interrogatory No. 4

because the term "solicited" is vague and undefined and, therefore, subject to multiple

interpretations.  "Solicit" is often used as a legal term of art and, therefore, must be defined within

this context.  ETBO also objects to Interrogatory No. 4 because the term "BdB U.S. investor"

does not define the term "BdB" itself.  Therefore, it is unclear whether Interrogatory No. 4 is

referring to Banc de Binary, the brand, or some other entity or combination of entities.

Furthermore, ETBO objects to Interrogatory No. 4 to the extent it seeks information related to

non-securities based trading, which is outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, ETBO states that, prior to May 2012,

all customers who accessed and used the Banc de Binary trading platform were customers of ET

Binary Options Ltd. ("ETBO").  Banc de Binary Ltd. ("BDB Cyprus") was incorporated in

February 2012.  BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February

2012.  Starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new

U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.

U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO.  Until

recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a

financial agent for BO Systems in the form of a blind trust regardless of clients' geographic

locations.  BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and

at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit R Page 399

territories) and BDB Services took over those services.  U.S. clients who had opened accounts

from May 2012 until March 2013 remained customers of BO Systems.

In support of this Answer, ETBO identifies the Inter-Company Agreements between BDB

Cyprus, ETBO, BO Systems, and BDB Services.

Discovery is ongoing in this case, as is the identification and production of documents.

ETBO reserves the right to supplement its Answer to Interrogatory No. 4 as discovery continues.

**INTERROGATORY NO. 5:**

Identify any BdB website you operated, managed, owned or ran at any time in 2010, 2011, 2012 or 2013.  In responding to this interrogatory: (a) identify the time period (by month and year) in which you operated, managed, owned or ran any BdB website; (b) identify the website; (c) identify the purpose of that website; and (d) for each response identify document(s) that support your response.

**ANSWER:**

See General Objections incorporated herein by reference.  Specifically, ETBO asserts

General Objection #5 to the extent the term "BdB U.S. investor" means any person or entity that

is located in the U.S., because, as written, the phrase can apply to persons beyond the SEC's

regulatory authority.  In addition, to its general objections, ETBO objects to Interrogatory No. 5

because the term "solicited" is vague and undefined and, therefore, subject to multiple

interpretations.  "Solicit" is often used as a legal term of art and, therefore, must be defined within

this context.  ETBO also objects to Interrogatory No. 5 because the term "BdB U.S. investor"

does not define the term "BdB" itself.  Therefore, it is unclear whether Interrogatory No. 5 is

referring to Banc de Binary, the brand, or some other entity or combination of entities.

Furthermore, ETBO objects to Interrogatory No. 5 to the extent it seeks information related to

non-securities based trading, which is outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, ETBO states that, prior to May 2012,

all customers who accessed and used the Banc de Binary trading platform were customers of ET

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit R Page 400

Binary Options Ltd. ("ETBO").  Banc de Binary Ltd. ("BDB Cyprus"), was incorporated until February 2012.  BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February 2012.  Starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.  U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO.  Until recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a financial agent for BO Systems in the form of a blind trust regardless of clients' geographic locations.  BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated territories) and BDB Services took over those services.  U.S. clients who had opened accounts from May 2012 until March 2013 remained customers of BO Systems.

In support of this Answer, ETBO identifies the Inter-Company Agreements between BDB Cyprus, ETBO, BO Systems, and BDB Services.

To the extent Interrogatory No. 5 refers to all four websites identified in Definition #8, BDB Services, the relevant party to which these Interrogatories are directed, did not own all four websites.  Specifically, ETBO owned www.bbinary.com.  BO Systems owned the website www.bancdebinary.com, which was thereafter taken over by BDB Services. In support of this Answer, ETBO identifies the Inter-Company Agreements between BDB Cyprus, ETBO, BO Systems, and BDB Services.

Discovery is ongoing in this case, as is the identification and production of documents.  ETBO reserves the right to supplement its Answer to Interrogatory No. 5 as discovery continues.

**INTERROGATORY NO. 6:**

Identify all (written or oral) contracts or agreements you entered at any time in 2010, 2011, 2012 or 2013 with BdB U.S. investors, and the purpose or nature of those contracts or agreements.  In responding to this interrogatory: (a) identify the time period (by month and year) in which you

- 11 -

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

entered into contracts or agreements with BdB U.S. investors; and (b) for each response identify document(s) that support your response.

**ANSWER:**

See General Objections incorporated herein by reference.  In addition, to its general objections, ETBO objects to Interrogatory No. 6 to the extent it seeks information related to non-securities based trading, which is outside of the SEC's regulatory authority.

See General Objections incorporated herein by reference.  Specifically, ETBO asserts General Objection #5 to the extent the term "BdB U.S. investor" means any person or entity that is located in the U.S., because, as written, the phrase can apply to persons beyond the SEC's regulatory authority.  In addition, to its general objections, ETBO objects to Interrogatory No. 6 because the term "solicited" is vague and undefined and, therefore, subject to multiple interpretations.  "Solicit" is often used as a legal term of art and, therefore, must be defined within this context.  ETBO also objects to Interrogatory No. 6 because the term "BdB U.S. investor" does not define the term "BdB" itself.  Therefore, it is unclear whether Interrogatory No. 6 is referring to Banc de Binary, the brand, or some other entity or combination of entities.  Furthermore, ETBO objects to Interrogatory No. 6 to the extent it seeks information related to non-securities based trading, which is outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, ETBO states that, prior to May 2012, all customers who accessed and used the BDB trading platform were customers of ET Binary Options Ltd. ("ETBO").  Banc de Binary Ltd. ("BDB Cyprus") was incorporated in February 2012.  BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February 2012.  Starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.  U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO.  Until recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a

Exhibit R Page 402

financial agent for BO Systems in the form of a blind trust regardless of clients' geographic locations. BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated territories) and BDB Services took over those services. U.S. clients who had opened accounts from May 2012 until March 2013 remained customers of BO Systems.

In support of this Answer, ETBO identifies the Inter-Company Agreements between BDB Cyprus, ETBO, BO Systems, and BDB Services. ETBO also identifies the Terms of Use entered into by Banc de Binary (the brand) customers, regardless of geographic location. These Terms of Use were previously produced as part of BDB Cyprus' production of documents, and additional echo-signed copies are also produced contemporaneously herewith.

Discovery is ongoing in this case, as is the identification and production of documents. ETBO reserves the right to supplement its Answer to Interrogatory No. 6 as discovery continues.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

- 13 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

As to Objections:

Dated: June 16, 2014

IFRAH PLLC


By: _/s/___*Rachel Hirsch*_____
   A. Jeff Ifrah
   (*Admitted Pro Hac Vice*)
   David B. Deitch
   (*Admitted Pro Hac Vice*)
   Rachel Hirsch
   (*Admitted Pro Hac Vice*)
   IFRAH PLLC
   1717 Pennsylvania Avenue
   Suite 650
   Washington, D.C. 20006
   Telephone:  202-524-4140
   Facsimile:  202-521-4141
   Email:  jeff@ifrahlaw.com
        ddeitch@ifrahlaw.com
        rhirsch@ifrahlaw.com


   Craig S. Denney
   Nevada Bar No. 6953
   Snell & Wilmer L.L.P.
   50 West Liberty Street, Suite 510
   Reno, NV  89501
   775-785-5440 (office)
   775-785-5411 (direct)
   775-785-5441 (fax)
   cdenney@swlaw.com


   Attorneys for Defendant
   *ET Binary Options Ltd.*

- 14 -

1

**VERIFICATION**

2

I declare, under penalty of perjury, that ET Binary Options Ltd.'s responses to Plaintiff's

3

First Set of Interrogatories, served on the SEC on June 16, 2014, are true and correct to the best of

4

my information, knowledge and belief.

5

6

7   Dated: July 24, 2014 _____

8                                   Oren Shabat Laurent

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit R Page 405

1

## <u>CERTIFICATE OF SERVICE</u>

2

I HEREBY CERTIFY that on this 16th day of June, 2014, a copy of the foregoing was

3

sent via e-mail and first-class mail, postage pre-paid to:

4

Attorneys for Plaintiff

5

Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor

6

Los Angeles, California 90036

7

John W. Berry (N.Y. Bar No. 2972610)
Regional Trial Counsel

8

berryj@sec.gov

9

Amy Jane Longo (Cal. Bar No. 198304)

10

longoa@sec.gov

11

Leslie A. Hakala (Cal. Bar No. 199414)

12

hakalal@sec.gov

13

14

_____*/s/ Rachel Hirsch* _____

Rachel Hirsch

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit R Page 406

# EXHIBIT S

A. Jeff Ifrah
(*Admitted Pro Hac Vice*)
David B. Deitch
(*Admitted Pro Hac Vice*)
Rachel Hirsch
(*Admitted Pro Hac Vice*)
IFRAH PLLC
1717 Pennsylvania Avenue
Suite 650
Washington, D.C. 20006
Telephone:  202-524-4140
Facsimile:  202-521-4141
Email:  jeff@ifrahlaw.com
         ddeitch@ifrahlaw.com
         rhirsch@ifrahlaw.com

Craig S. Denney
Nevada Bar No. 6953
Justin Cochran
Nevada Bar No. 11939
SNELL & WILMER L.L.P.
50 West Liberty Street
Suite 510
Reno, Nevada  89501
Telephone:  775-785-5440
Facsimile:  775-785-5441
Email: cdenney@swlaw.com
         jcochran@swlaw.com

*Attorneys for Defendant BO SYSTEMS LTD.
SEYCHELLES*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:13-CV-00993-RCJ-VCF |
| Plaintiff, | **DEFENDANT BO SYSTEMS LTD. SEYCHELLES' OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |
| vs. | |
| BANC DE BINARY LTD., *et al.* | |
| Defendants. | |

Ifrah PLLC
1717 Pennsylvania Ave. NW Suite 650
Washington, DC 20006
(202) 524-4140

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Defendant BO Systems Ltd. (Seychelles) ("BO Systems"), by and through its undersigned counsel and in accordance with Rules 26 and 33 of the Federal Rules of Civil Procedure, hereby objects and responds to Plaintiff  Securities and Exchange Commission's ("SEC") First Set of Interrogatories as follows:

## PRELIMINARY STATEMENT

1.      The information requested in Plaintiff's Interrogatories are provided in accordance with the provisions and intent of the Federal Rules of Civil Procedure, which require the disclosure of non-privileged facts within the recipient's knowledge that may be relevant or lead to the discovery of relevant information.

2.      By providing the information requested, BO Systems does not waive objections as to the admissibility of such Answers into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege.  The Answers and objections do not imply, and should not be construed as implying, that BO Systems considers Plaintiff's Interrogatories or BO Systems' Answers to be relevant or material to the subject matter of this action.

3.      BO Systems' attorneys drafted these Answers from information obtained from BO Systems, public record and other sources commonly reviewed for such purposes are responsible for their word usage and sentence structure.  These Answers do not purport to employ the precise language of the executing party.

4.      BO Systems' Answers to the Interrogatories are based on information now known.  BO Systems has not yet completed its discovery of the facts of this lawsuit nor prepared for trial and therefore reserves its rights to amend, modify, or supplement objections and Answers if it learns of new information.

Exhibit S Page 408

5.      The information supplied in these Answers is not based solely on the knowledge of

BO Systems, but includes the knowledge of BO Systems' agents, representatives, and attorneys,

unless privileged.

## GENERAL OBJECTIONS

1.      BO Systems objects to the SEC's Interrogatories to the extent that the

Interrogatories purport to impose requirements other than or in addition to the requirements set

forth by the Federal Rules of Civil Procedure or the Local Rules of this Court.

2.      BO Systems objects to the SEC's Interrogatories to the extent they seek

information outside the possession, custody, or control of BO Systems.

3.      BO Systems objects to Interrogatories that refer or relate to entities which did not

service, transact with, or act as counterparty to U.S. customers.  By way of explanation, Banc de

Binary is a brand name.  Prior to May 2012, all customers who accessed and used the Banc de

Binary trading platform were customers of ET Binary Options Ltd. ("ETBO").  Banc de Binary

Ltd. ("BDB Cyprus") was incorporated in February 2012.  BO Systems Ltd. Seychelles (BO

Systems) was also incorporated in February 2012.  Starting in May 2012 (and until the point at

which BDB (the brand) ceased to accept new U.S. customers in July 2013), all new U.S.

customers formed their relationship with BO Systems.  U.S. clients who had opened accounts

prior to May 2012 remained customers of ETBO.  Until recently, BDB Cyprus provided banking

and clearing services to BO Systems, acting solely as a financial agent for BO Systems in the

form of a blind trust regardless of clients' geographic locations.  BDB Services Ltd. Seychelles

("BDB Services") was incorporated in March 2013, and at that time, BO Systems ceased all of its

operations outside of the U.S. (in non-EU-regulated territories) and BDB Services took over those

services.  U.S. clients who had opened accounts from May 2012 until March 2013 remained

customers of BO Systems.

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

- 3 -

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

4.      BO Systems objects to Plaintiff's Interrogatories to the extent the Interrogatories seek information to non-securities based trading, which is outside of the SEC's regulatory authority.

5.      BO Systems objects to Definition #9 to the extent the term "BdB U.S. investor" means any person or entity that is located in the U.S., because, as written, the phrase can apply to persons beyond the SEC's regulatory authority.

6.      BO Systems objects to Definition #12 because, as written, the term "solicitation" is not defined within the broader definition, and the term, therefore, is vague.  "Solicit" is a legal term of art and must be defined.

7.      BO Systems objects to the SEC's Interrogatories on the grounds and to the extent compliance would be unduly burdensome.  As used herein, "unduly burdensome" means that the Interrogatories require an unreasonably extensive and/or expensive search for information and documents that are of little or no value to this lawsuit such that the burden and expense of obtaining the information or documents far outweigh the value of their production.

8.      BO Systems objects to Plaintiff's Interrogatories to the extent the requests are based on information obtained from BO Systems and its attorneys as part of confidential settlement agreements protected under FRE 408.

In addition to the foregoing general objections, which are incorporated into each and every objection to the SEC's Interrogatories as if fully set forth below, BO Systems asserts the following specific objections and answers to the SEC's Interrogatories:

## INTERROGATORIES

## INTERROGATORY NO. 1:

Identify all binary options solicitations by you at any time in 2010, 2011, 2012 or 2013. In responding to this interrogatory: (a) identify the time period (by month and year) in which each entity you identify engaged in binary options solicitation; and (b) for each response identify document(s) that support your response.

- 4 -

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ANSWER:**

See General Objections incorporated herein by reference.  Specifically, BO Systems asserts General Objection #6 because the term "solicitation" is vague and undefined and, therefore, subject to multiple interpretations.  "Solicit" is often used as a legal term of art and, therefore, must be defined within this context.  Furthermore, BO Systems objects to Interrogatory No. 1 to the extent it seeks information related to non-securities based trading, which is outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, BO Systems states that, prior to May 2012, all customers who accessed and used the Banc de Binary trading platform were customers of ET Binary Options Ltd. ("ETBO").  Banc de Binary Ltd. ("BDB Cyprus") was incorporated in February 2012.  BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February 2012.  Starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.  U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO.  Until recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a financial agent for BO Systems in the form of a blind trust regardless of clients' geographic locations.  BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated territories) and BDB Services took over those services.  U.S. clients who had opened accounts from May 2012 until March 2013 remained customers of BO Systems.

In support of this Answer, BO Systems identifies the Inter-Company Agreements between BDB Cyprus, ETBO, BO Systems, and BDB Services.  Further, BO Systems states that it did not solicit customers in the U.S.  Any marketing or advertisements undertaken by the Banc de Binary

Exhibit S Page 411

brand were done without regard to geographic location and were not directed to solicit any

specific territorial regions.

Discovery is ongoing in this case, as is the identification and production of documents.

BO Systems reserves the right to supplement its Answer to Interrogatory No. 1 as discovery

continues.

**INTERROGATORY NO. 2:**

Identify all BdB commissions, money, or any other form of compensation you received
for binary options trading at any time in 2010, 2011, 2012, or 2013.  In responding to this
interrogatory: (a) identify the time period (by month and year) in which each entity you identify
engaged in binary options solicitation; and (b) for each response identify document(s) that support
your response.

**ANSWER:**

See General Objections incorporated herein by reference.  In addition, to its general

objections, BO Systems objects to Interrogatory No. 2 because the phrase "any other form of

compensation" is vague and undefined and, therefore, subject to multiple interpretations.  BO

Systems also objects to Interrogatory No. 2 because the term "BdB commissions" does not define

the term "BdB" itself.  Therefore, it is unclear whether Interrogatory No. 2 is referring to Banc de

Binary, the brand, or some other entity or combination of entities.  Furthermore, BO Systems

objects to Interrogatory No. 2 to the extent it seeks information related to non-securities based

trading, which is outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, BO Systems states that, prior to May

2012, all customers who accessed and used the Banc de Binary trading platform were customers

of ET Binary Options Ltd. ("ETBO").  Banc de Binary Ltd. ("BDB Cyprus") was incorporated in

February 2012.  BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February

2012.  Starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new

U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

- 6 -

U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO.  Until recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a financial agent for BO Systems in the form of a blind trust regardless of clients' geographic locations.  BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated territories) and BDB Services took over those services.  U.S. clients who had opened accounts from May 2012 until March 2013 remained customers of BO Systems.

In support of this Answer, BO Systems identifies the Inter-Company Agreements between BDB Cyprus, ETBO, BO Systems, and BDB Services.  With respect to Interrogatory No. 2, BO Systems is in the process of completing a spreadsheet that it will provide to Plaintiff.

Discovery is ongoing in this case, as is the identification and production of documents. BO Systems reserves the right to supplement its Answer to Interrogatory No. 2 as discovery continues.

**INTERROGATORY NO. 3:**

Identify any BdB U.S. investors to whom you offered, soled or solicited services to related to the BdB trading platform at any time in 2010, 2011, 2012 or 2013.  In responding to this interrogatory: (a) identify the time period (by month and year) in which you offered, sold or solicited services related to the BdB trading platform; and (b) for each response identify document(s) that support your response.

**ANSWER:**

See General Objections incorporated herein by reference.  Specifically, BO Systems asserts General Objection #5 to the extent the term "BdB U.S. investor" means any person or entity that is located in the U.S., because, as written, the phrase can apply to persons beyond the SEC's regulatory authority.  In addition, to its general objections, BO Systems objects to Interrogatory No. 3 because the term "solicited" is vague and undefined and, therefore, subject to multiple interpretations.  "Solicit" is often used as a legal term of art and, therefore, must be

Exhibit S Page 413

defined within this context.  BO Systems also objects to Interrogatory No. 3 because the term

"BdB U.S. investor" does not define the term "BdB" itself.  Therefore, it is unclear whether

Interrogatory No. 3 is referring to Banc de Binary, the brand, or some other entity or combination

of entities.  Furthermore, BO Systems objects to Interrogatory No. 3 to the extent it seeks

information related to non-securities based trading, which is outside of the SEC's regulatory

authority.

Subject to and without waiving any of its objections, BO Systems states that, prior to May

2012, all customers who accessed and used the Banc de Binary trading platform were customers

of ET Binary Options Ltd. ("ETBO").  Banc de Binary Ltd. ("BDB Cyprus") was incorporated in

February 2012.  BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February

2012.  Starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new

U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.

U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO.  Until

recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a

financial agent for BO Systems in the form of a blind trust regardless of clients' geographic

locations.  BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and

at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated

territories) and BDB Services took over those services.  U.S. clients who had opened accounts

from May 2012 until March 2013 remained customers of BO Systems.

In support of this Answer, BO Systems identifies the Inter-Company Agreements

between BDB Cyprus, ETBO, BO Systems, and BDB Services.  With respect to Interrogatory

No. 3, BO Systems is in the process of completing a spreadsheet that it will provide to Plaintiff.

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

- 8 -

Discovery is ongoing in this case, as is the identification and production of documents. BDB Services reserves the right to supplement its Answer to Interrogatory No. 3 as discovery continues.

**INTERROGATORY NO. 4:**

Identify all of your communications with BdB U.S. investors (or communications by persons communicating with BdB U.S. investors on your behalf), and the purpose of those communications, at any time period (by month and year) in which you communicated with BdB U.S. investors (or had persons communicating with BdB U.S. investors on your behalf); and (b) for each response identify document(s) that support your response.

**ANSWER:**

See General Objections incorporated herein by reference. Specifically, BDB Services asserts General Objection #5 to the extent the term "BdB U.S. investor" means any person or entity that is located in the U.S., because, as written, the phrase can apply to persons beyond the SEC's regulatory authority. In addition, to its general objections, BO Systems objects to Interrogatory No. 4 because the term "solicited" is vague and undefined and, therefore, subject to multiple interpretations. "Solicit" is often used as a legal term of art and, therefore, must be defined within this context. BO Systems also objects to Interrogatory No. 4 because the term "BdB U.S. investor" does not define the term "BdB" itself. Therefore, it is unclear whether Interrogatory No. 4 is referring to Banc de Binary, the brand, or some other entity or combination of entities. Furthermore, BO Systems objects to Interrogatory No. 4 to the extent it seeks information related to non-securities based trading, which is outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, BO Systems states that, prior to May 2012, all customers who accessed and used the Banc de Binary trading platform were customers of ET Binary Options Ltd. ("ETBO"). Banc de Binary Ltd. ("BDB Cyprus") was incorporated in February 2012. BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

- 9 -

2012.  Starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems. U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO.  Until recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a financial agent for BO Systems in the form of a blind trust regardless of clients' geographic locations.  BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated territories) and BDB Services took over those services.  U.S. clients who had opened accounts from May 2012 until March 2013 remained customers of BO Systems.

In support of this Answer, BO Systems identifies the Inter-Company Agreements between BDB Cyprus, ETBO, BO Systems, and BDB Services.

Discovery is ongoing in this case, as is the identification and production of documents. BDB Services reserves the right to supplement its Answer to Interrogatory No. 4 as discovery continues.

**INTERROGATORY NO. 5:**

Identify any BdB website you operated, managed, owned or ran at any time in 2010, 2011, 2012 or 2013.  In responding to this interrogatory: (a) identify the time period (by month and year) in which you operated, managed, owned or ran any BdB website; (b) identify the website; (c) identify the purpose of that website; and (d) for each response identify document(s) that support your response.

**ANSWER:**

See General Objections incorporated herein by reference.  Specifically, BO Systems asserts General Objection #5 to the extent the term "BdB U.S. investor" means any person or entity that is located in the U.S., because, as written, the phrase can apply to persons beyond the SEC's regulatory authority.  In addition, to its general objections, BO Systems objects to Interrogatory No. 5 because the term "solicited" is vague and undefined and, therefore, subject to

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit S Page 416

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

multiple interpretations.  "Solicit" is often used as a legal term of art and, therefore, must be defined within this context.  BO Systems also objects to Interrogatory No. 5 because the term "BdB U.S. investor" does not define the term "BdB" itself.  Therefore, it is unclear whether Interrogatory No. 5 is referring to Banc de Binary, the brand, or some other entity or combination of entities.  Furthermore, BO Systems objects to Interrogatory No. 5 to the extent it seeks information related to non-securities based trading, which is outside of the SEC's regulatory authority.

Subject to and without waiving any of its objections, BO Systems states that, prior to May 2012, all customers who accessed and used the Banc de Binary trading platform were customers of ET Binary Options Ltd. ("ETBO").  Banc de Binary Ltd. ("BDB Cyprus"), was incorporated until February 2012.  BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February 2012.  Starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.  U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO.  Until recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a financial agent for BO Systems in the form of a blind trust regardless of clients' geographic locations.  BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated territories) and BDB Services took over those services.  U.S. clients who had opened accounts from May 2012 until March 2013 remained customers of BO Systems.

In support of this Answer, BO Systems identifies the Inter-Company Agreements between BDB Cyprus, ETBO, BO Systems, and BDB Services.

To the extent Interrogatory No. 5 refers to all four websites identified in Definition #8, BO Systems, the relevant party to which these Interrogatories are directed, did not own all four

- 11 -

websites.  Specifically, BO Systems did not own www.bbinary.com (owned by ETBO).  BO

Systems owned the website www.bancdebinary.com, which was thereafter taken over by BDB

Services.   In support of this Answer, BO Systems identifies the Inter-Company Agreements

between BDB Cyprus, ETBO, BO Systems, and BDB Services.

Discovery is ongoing in this case, as is the identification and production of documents.

BO Systems reserves the right to supplement its Answer to Interrogatory No. 5 as discovery

continues.

**INTERROGATORY NO. 6:**

Identify all (written or oral) contracts or agreements you entered at any time in 2010, 2011, 2012 or 2013 with BdB U.S. investors, and the purpose or nature of those contracts or agreements. In responding to this interrogatory: (a) identify the time period (by month and year) in which you entered into contracts or agreements with BdB U.S. investors; and (b) for each response identify document(s) that support your response.

**ANSWER:**

See General Objections incorporated herein by reference.  In addition, to its general

objections, BO Systems objects to Interrogatory No. 6 to the extent it seeks information related to

non-securities based trading, which is outside of the SEC's regulatory authority.

See General Objections incorporated herein by reference.  Specifically, BO Systems

asserts General Objection #5 to the extent the term "BdB U.S. investor" means any person or

entity that is located in the U.S., because, as written, the phrase can apply to persons beyond the

SEC's regulatory authority.  In addition, to its general objections, BO Systems objects to

Interrogatory No. 6 because the term "solicited" is vague and undefined and, therefore, subject to

multiple interpretations.  "Solicit" is often used as a legal term of art and, therefore, must be

defined within this context.  BO Systems also objects to Interrogatory No. 6 because the term

"BdB U.S. investor" does not define the term "BdB" itself.  Therefore, it is unclear whether

Interrogatory No. 6 is referring to Banc de Binary, the brand, or some other entity or combination

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit S Page 418

of entities.  Furthermore, BO Systems objects to Interrogatory No. 6 to the extent it seeks

information related to non-securities based trading, which is outside of the SEC's regulatory

authority.

Subject to and without waiving any of its objections, BO Systems states that, prior to May

2012, all customers who accessed and used the Banc de Binary trading platform were customers

of ET Binary Options Ltd. ("ETBO").  Banc de Binary Ltd. ("BDB Cyprus") was incorporated in

February 2012.  BO Systems Ltd. Seychelles (BO Systems) was also incorporated in February

2012.  Starting in May 2012 (and until the point at which BDB (the brand) ceased to accept new

U.S. customers in July 2013), all new U.S. customers formed their relationship with BO Systems.

U.S. clients who had opened accounts prior to May 2012 remained customers of ETBO.  Until

recently, BDB Cyprus provided banking and clearing services to BO Systems, acting solely as a

financial agent for BO Systems in the form of a blind trust regardless of clients' geographic

locations.  BDB Services Ltd. Seychelles ("BDB Services") was incorporated in March 2013, and

at that time, BO Systems ceased all of its operations outside of the U.S. (in non-EU-regulated

territories) and BDB Services took over those services.  U.S. clients who had opened accounts

from May 2012 until March 2013 remained customers of BO Systems.

In support of this Answer, BO Systems identifies the Inter-Company Agreements between

BDB Cyprus, ETBO, BO Systems, and BDB Services.  BO Systems also identifies the Terms of

Use entered into by Banc de Binary (the brand) customers, regardless of geographic location.

These Terms of Use were previously produced as part of BDB Cyprus' production of documents,

and additional echo-signed copies are also produced contemporaneously herewith.

Discovery is ongoing in this case, as is the identification and production of documents.

BO Systems reserves the right to supplement its Answer to Interrogatory No. 6 as discovery

continues.

Ifrah PLLC
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit S Page 419

1

As to Objections:

2      Dated: June 16, 2014                    IFRAH PLLC

3

4

By:  /s/   _Rachel Hirsch_____

5            A. Jeff Ifrah
             (*Admitted Pro Hac Vice*)

6           David B. Deitch
             (*Admitted Pro Hac Vice*)

7            Rachel Hirsch
             (*Admitted Pro Hac Vice*)

8           IFRAH PLLC
            1717 Pennsylvania Avenue

9           Suite 650
            Washington, D.C. 20006

10          Telephone:  202-524-4140
            Facsimile:  202-521-4141

11          Email:  jeff@ifrahlaw.com
                    ddeitch@ifrahlaw.com

12                  rhirsch@ifrahlaw.com

13

14          Craig S. Denney
             Nevada Bar No. 6953

15           Snell & Wilmer L.L.P.
             50 West Liberty Street, Suite 510

16           Reno, NV  89501
             775-785-5440 (office)

17           775-785-5411 (direct)
             775-785-5441 (fax)

18           cdenney@swlaw.com

19

20          Attorneys for Defendant
             *BO Systems Ltd. (Seychelles)*

21

22

23

24

25

26

27

28

**Ifrah PLLC**
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

- 14 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**VERIFICATION**

I declare, under penalty of perjury, that BO Systems Ltd.'s responses to Plaintiff's First Set of Interrogatories, served on the SEC on June 16, 2014, are true and correct to the best of my information, knowledge and belief.

Dated: July 24, 2014

_____
Oren Shabat Laurent

Ifrah PLLC
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June, 2014, a copy of the foregoing was

sent via e-mail and first-class mail, postage pre-paid to:

Attorneys for Plaintiff
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036

John W. Berry (N.Y. Bar No. 2972610)
Regional Trial Counsel
berryj@sec.gov

Amy Jane Longo (Cal. Bar No. 198304)
longoa@sec.gov

Leslie A. Hakala (Cal. Bar. No. 199414)
hakalal@sec.gov


_____*/s/ Rachel Hirsch*_____
Rachel Hirsch

Ifrah PLLC
1717 Pennsylvania Ave, NW Suite 650
Washington, DC 20006
(202) 524-4140

Exhibit S Page 422

# EXHIBIT T

1  JOHN W. BERRY (N.Y. Bar No. 2972610) (admitted *pro hac vice*)
   Email:  berryj@sec.gov
2  AMY JANE LONGO (Cal. Bar No. 198304) (admitted *pro hac vice*)
   Email:  longoa@sec.gov
3  LESLIE A. HAKALA (Cal. Bar No. 199414) (admitted *pro hac vice*)
   Email:  hakalal@sec.gov
4
   Attorneys for Plaintiff
5  Securities and Exchange Commission
   Michele Wein Layne, Regional Director
6  Lorraine Echavarria, Associate Regional Director
   John W. Berry, Regional Trial Counsel
7  5670 Wilshire Boulevard, 11th Floor
   Los Angeles, California 90036
8  Telephone:  (323) 965-3998
   Facsimile:   (323) 965-3908

9

10

11                     UNITED STATES DISTRICT COURT

12                         DISTRICT OF NEVADA

13

14

15  SECURITIES AND EXCHANGE              Case No.:  2:13-cv-00993-RCJ-VCF
    COMMISSION,
16                                       **PLAINTIFF SECURITIES AND**
            Plaintiff,                    **EXCHANGE COMMISSION'S THIRD**
17                                       **AMENDED NOTICE OF DEPOSITION**
            vs.                          **OF BANC DE BINARY LTD. PURSUANT**
18                                       **TO FEDERAL RULE OF CIVIL**
    BANC DE BINARY LTD and OREN SHABAT   **PROCEDURE 30(b)(6)**
19  LAURENT (f/k/a OREN SHABAT),
                                         Date:      July 8, 2014
20          Defendants.

21                                       Time:      3:30 p.m.

22
                                         Place:     U.S. SEC. Headquarters
23                                                   100 F. Street, NE
                                                     Washington, DC 20549
24                                                   (202) 942-8088

25

26          PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

27  Procedure, Plaintiff Securities and Exchange Commission (the "SEC") will take the deposition of

28  Defendant Banc de Binary Ltd. ("BdB") on July 8, 2014, beginning at 3:30 p.m., at the U.S.

Securities and Exchange Commission, 100 F. Street, NE, Washington, DC 20549.  The deposition

shall continue from day to day, as necessary, until completed.  The deposition will be taken upon

oral examination before an officer authorized to administer oaths and take testimony in accordance

with the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that the SEC intends to record this deposition by

stenographic, audio and/or videotape transcription.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of

Civil Procedure, BdB shall designate one or more of its directors, officers, employees, or other

persons who will testify on its behalf as to all information known or reasonably available to BdB

regarding the matters for examination listed in Exhibit A to this notice.  BdB's Rule 30(b)(6)

designee(s) shall be the person(s) with the most knowledge regarding the matters listed in **Exhibit**

**A**.  In addition, BdB shall identify all witnesses designated in response to this notice, and shall state

the topics for which each such corporate representative witness is designated, no less than three

business days prior to the deposition.


Dated:  June 17, 2014                             */s/  John W. Berry*
                                                  John W. Berry
                                                  Amy Jane Longo
                                                  Leslie A. Hakala
                                                  Attorneys for Plaintiff
                                                  Securities and Exchange Commission

**EXHIBIT A**

**I.**     **DEFINITIONS**

Unless the context indicates otherwise, the following words and phrases have the meanings given, regardless of whether the term is capitalized:

1.     The term "communications" means and refers to written, oral or electronic communications or discussions, including, but not limited to, questions, answers, conversations, e-mails, letters, memoranda, notes, reports, or compilations of any communications or discussions.

2.     The term "BdB" means Banc de Binary Ltd., and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, directors, employees, officials, attorneys, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

3.     The term "ETBO" means E.T. Binary Options Ltd., and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, attorneys, directors, employees, officials, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

4.     The term "BO Systems" means B.O. Systems Ltd. Seychelles, and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, attorneys, directors, employees, officials, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

5.     The term "BdB Services" means BdB Services Ltd. Seychelles, and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, attorneys, directors, employees, officials, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

6.     The term "BdB website" means any website operated by or on behalf of you, ETBO, BO Systems, BdB Services or any affiliates thereof, including www.bancdebinary.com, www.bbinary.com, www.bbinary.net,  and www.bancdebinary.net.

7.      The term "BdB U.S. investor" means any person or entity located in, resides in, is based in or otherwise transacts business in the United States, whom you or any of your affiliates solicited to buy or trade in binary options trading, or who provided funds to you or any of your affiliates or opened a trading account with you or any of your affiliates for binary options trading or for the purpose of purchasing binary options.

8.      The term "binary options" has the meaning provided on the BdB website.  For example, the BdB website states:  "Binary options – also known as Fixed Return Options (FROs) – differ from traditional investments in that investors are only required to correctly predict the direction of an asset movement to complete a successful trade (the magnitude of a price movement is completely irrelevant).  With binary options there are only two possible outcomes.  'Up' or 'Down'."

9.      The term "binary options trading" means the trading, sale or purchase of binary options by BdB U.S. investors, and activities related thereto, including but not limited to withdrawal requests, bonus programs, trading signals, account management, customer deposits, trade executions, and solicitations or advertising.

10.     The term "binary options solicitation" means offering, soliciting or encouraging of any BdB U.S. investor to engage in binary options trading, or attempting to offer, solicit or encourage any person or entity to engage in binary options trading, including advertisements or commercials of any sort.

11.     The term "BdB trading platform" means the online "trading platforms" offered by you or any of your affiliates and described and defined on the BdB website.

## II.     TOPICS FOR EXAMINATION

1.      The offer and/or sale of binary options to BdB U.S. investors by BdB, ETBO, BO Systems, BdB Services, or any of their affiliates, at any time during the period from 2010 to the present.

2.      Any binary options solicitation by BdB, ETBO, BO Systems, BdB Services, or any of their affiliates, at any time during the period from 2010 to the present, including but not limited to through the internet, by phone call, by email, or by YouTube videos.

3.      Any binary options trading platform(s) owned, managed or operated by BdB, ETBO, BO Systems, BdB Services, or any of their affiliates, at any time during the period from 2010 to the present.

4.      Any commissions, money or any other form of compensation from binary options trading, received from or paid to BdB, ETBO, BO Systems, BdB Services, or any of their affiliates from BdB U.S. investors at any time during the time period from 2010 to the present.

5.      Any bank accounts in the name of BdB, ETBO, BO Systems, BdB Services, or any of their affiliates, that received funds, directly or indirectly, from BdB U.S. investors at any time during the period from 2010 to the present.

6.      The operation, management and/or ownership of any BdB website(s) where BdB U.S. investors opened trading accounts and/or traded binary options at any time during the period from 2010 to the present.

7.      Communications between or among BdB, ETBO, BO Systems, BdB Services, or any of their affiliates, or anyone on their behalf, and the Cypress Securities and Exchange Commission, at any time during the period from 2010 to the present.

8.      The substance and content of what was stated, under oath, by Tomer Raz in Mr. Raz's declaration, dated July 9, 2013 and filed with the Court as Dkt. No. 19-1, a copy of which is attached hereto as Exhibit B.

**<u>EXHIBIT B</u>**

(Declaration of Tomer Raz, dated July 9, 2013 (Dkt. No. 19-1))

Case 2:13-cv-00893-RCJ-VCF Document 19-1 Filed 07/17/13 Page 3 of 4

# DECLARATION OF TOMER RAZ

# EXHIBIT 1

1. My name is Tomer Raz, graduate from Technion Institute of Science (Haifa, Israel) holding a B.Sc. (Dean's list) in Information Technologies Engineering. I am over the age of 18 years, and I make this declaration of my own personal knowledge.

2. I have 18 years of experience working at various technology companies in different positions, including development engineer, system analyst, software architect, etc. I currently hold a position as Chief of Technologies Officer (CTO) at E.T. Binary Options Ltd (E.T). I have held this position for the past 7 months.

3. Geo IP detection is based on a constantly updated global database of IP addresses and the geographic location in which an internet user's ISP (Internet Service Provider) operates.

4. To effectuate its Geo IP detection of persons who access its website, E.T uses the premium service of MaxMind Inc. (www.maxmind.com). Founded in 2002, MaxMind is a U.S.-based, industry-leading provider of IP intelligence and online fraud detection tools.

5. MaxMind uses the Geo IP location database maintained by the Internet Corporation for Assigned Names and Numbers (ICANN). ICANN's database is the most accurate and most frequently updated database in the world.

6. Using the MaxMind service, E.T. is able to, and does, block access to users seeking to access its website from the United States. The block takes place on the server side code, even before the visitor request has reached the site. Therefore, when a user seeks to access E.T.'s website from the United States, E.T. redirects the visitor to a designated restricted page showing a message that we cannot accept visitors from the United States. A copy of the web page to which United States visitors are redirected is attached hereto as Exhibit 1. E.T. has employed this technology since January 2013.

7. Furthermore, E.T. uses a service called MinFraud, also provided by MaxMind. This is an anti-fraud service, which determines the likelihood that a transaction is fraudulent, based on many factors, including whether an online transaction comes from a high risk IP address or anonymizing proxy. Therefore, E.T. also has in place substantial safeguards which reject transactions that might be using anonymizing proxies which might be used to circumvent traditional Geo IP detection technology. E.T. has employed this service since June 2013.

8. Additionally, as part of the MinFraud service, E.T uses the MinFraud Network, which detects suspicious activities from IP addresses and flags them as high risk throughout the entire minFraud Network in real-time, again enabling E.T to detect and repel attempts to circumvent traditional Geo IP detection and blocking technology.

9. E.T began using the MaxMind services after employing quality assurance tests to several potential service providers, and having determined that MaxMind provides the best protection against access by users in regions, including the United States, with whom E.T. does not wish to interact.

10. MaxMind updates its database records daily, to reflect updates to ISP records. For example, a new service provider in the UK appeared on MaxMind's records only a few hours after start of operation. We have discovered no errors whatsoever with their GeoIP reports in all of our tests.

11. E.T does not knowingly conduct business with users accessing its website from the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 9, 2013.

_____
Tomer Raz

4850-0190-2868, v. 1



# BANC DE BINARY

Dear Visitor,

PLEASE TAKE NOTICE OF THE STATEMENT BELOW.

We are writing to inform you that Banc De Binary is voluntarily discontinuing its operations in the United States. The United States Commodity Futures Trading Commission and Securities and Exchange Commission have asserted that Banc De Binary is not permitted to offer its binary option products to U.S. residents without registering with those agencies. We are currently in discussions with the CFTC and SEC about these issues, but in the interim, we have discontinued all business with U.S. residents. For that reason, Banc De Binary is no longer accepting new U.S. customers, and will no longer permit existing U.S. customers to execute trades.

Please know that we do appreciate your business and hope that you found that all of our services met the high standards we set for ourselves. At this point, we intend to process refunds from the accounts of existing customers.

If you have satisfied the preconditions to which you agreed when you accepted any bonuses (for example, to trade at least a certain minimum aggregate volume), we will refund the entire balance remaining in your account.

Otherwise, we will subtract the amount of bonus(es) that you have accepted from the balance in your account, and will refund any remaining positive amount. We will process that refund via the same payment method you used to make your deposits. Depending on the payment method, the transfer should take no more than a few business days. We request that you reply to accounting@bbinary.com to confirm when you have received the refund.

Thank you for your understanding. We are committed to complying with any and all applicable laws and regulations if we choose to do business in the United States. If we recommence our services here, we look forward to welcoming you back as a customer at that time.



EXHIBIT 1

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648
Telephone No.  (323) 965-3213; Facsimile No.  (323) 965-3908.

On June 17, 2014, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S THIRD AMENDED NOTICE OF DEPOSITION OF BANC DE BINARY LTD. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**  on all the parties to this action addressed as stated on the attached service list:

☒     **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☒     **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐     **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐     **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐     **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒     **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐     **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐     **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  June 17, 2014                                    */s/  Amy Jane Longo*_____
                                                                    Amy Jane Longo

Exhibit T Page 433

**SEC v. Banc de Binary Ltd, et al.**
**United States District Court – District of Nevada**
**Case No. 2:13-cv-00993-RCJ-VCF**

**SERVICE LIST**

A. Jeff Ifrah, Esq.
David B. Deitch, Esq.
Rachel Hirsch, Esq.
Ifrah PLLC
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006-2004
jeff@ifrahlaw.com
ddeitch@ifrahlaw.com
rhirsch@ifrahlaw.com
Tel: (202) 524-4147


Craig S. Denney, Esq.
Justin Cochran
SNELL & WILMER L.L.P
50 West Liberty Street
Suite 510
Reno, Nevada 89501
cdenney@swlaw.com
jcochran@swlaw.com
Tel: (775) 785-5440

*Attorneys for Defendants*

2

JOHN W. BERRY (N.Y. Bar No. 2972610) (admitted *pro hac vice*)
Email:  berryj@sec.gov
AMY JANE LONGO (Cal. Bar No. 198304) (admitted *pro hac vice*)
Email:  longoa@sec.gov
LESLIE A. HAKALA  (Cal. Bar No. 199414) (admitted *pro hac vice*)
Email:  hakalal@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone:  (323) 965-3998
Facsimile:  (323) 965-3908

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>                vs.<br><br>BANC DE BINARY LTD, OREN SHABAT LAURENT (f/k/a OREN SHABAT), ET BINARY OPTIONS LTD., BO SYSTEMS LTD. SEYCHELLES and BDB SERVICES LTD. SEYCHELLES,<br><br>             Defendants. | Case No.:  2:13-cv-00993-RCJ-VCF<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AMENDED NOTICE OF DEPOSITION OF ET BINARY OPTIONS LTD. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**<br><br>Date:       July 8, 2014<br><br>Time:       9:30 a.m.<br><br>Place:      U.S. SEC. Headquarters<br>               100 F. Street, NE<br>               Washington, DC 20549<br>               (202) 942-8088 |

          PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Plaintiff Securities and Exchange Commission (the "SEC") will take the deposition of

1  Defendant ET Binary Options Ltd. ("ETBO") on July 8, 2014, beginning at 9:30 a.m., at the U.S.

2  Securities and Exchange Commission, 100 F. Street, NE, Washington, DC 20549.  The deposition

3  shall continue from day to day, as necessary, until completed.  The deposition will be taken upon

4  oral examination before an officer authorized to administer oaths and take testimony in accordance

5  with the Federal Rules of Civil Procedure.

6        PLEASE TAKE FURTHER NOTICE that the SEC intends to record this deposition by

7  stenographic, audio and/or videotape transcription.

8        PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of

9  Civil Procedure, ETBO shall designate one or more of its directors, officers, employees, or other

10  persons who will testify on its behalf as to all information known or reasonably available to ETBO

11  regarding the matters for examination listed in Exhibit A to this notice.  ETBO's Rule 30(b)(6)

12  designee(s) shall be the person(s) with the most knowledge regarding the matters listed in **Exhibit**

13  **A**.  In addition, ETBO shall identify all witnesses designated in response to this notice, and shall

14  state the topics for which each such corporate representative witness is designated, no less than

15  three business days prior to the deposition.

16

17  Dated:  June 17, 2014                    */s/  John W. Berry*

18                                        John W. Berry

19                                        Amy Jane Longo

20                                        Leslie A. Hakala

                                      Attorneys for Plaintiff

                                      Securities and Exchange Commission

21

22

23

24

25

26

27

28

**EXHIBIT A**

**I.**   **DEFINITIONS**

Unless the context indicates otherwise, the following words and phrases have the meanings given, regardless of whether the term is capitalized:

1.    The term "communications" means and refers to written, oral or electronic communications or discussions, including, but not limited to, questions, answers, conversations, e-mails, letters, memoranda, notes, reports, or compilations of any communications or discussions.

2.    The term "ETBO" means ET Binary Options Ltd., and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, directors, employees, officials, attorneys, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

3.    The term "BdB Ltd" means Banc de Binary Ltd, and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, attorneys, directors, employees, officials, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

4.    The term "BO Systems" means BO Systems Ltd. Seychelles, and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, attorneys, directors, employees, officials, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

5.    The term "BDB Services" means BDB Services Ltd. Seychelles, and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, attorneys, directors, employees, officials, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

6.    The term "BdB website" means any website operated by or on behalf of you, BdB Ltd, BO Systems, BDB Services or any affiliates thereof, including www.bancdebinary.com, www.bbinary.com, www.bbinary.net,  and www.bancdebinary.net.

7.      The term "BdB U.S. investor" means any person or entity located in, resides in, is based in or otherwise transacts business in the United States, whom you or any of your affiliates solicited to buy or trade in binary options trading, or who provided funds to you or any of your affiliates or opened a trading account with you or any of your affiliates for binary options trading or for the purpose of purchasing binary options.

8.      The term "binary options" has the meaning provided on the BdB website.  For example, the BdB website states:  "Binary options – also known as Fixed Return Options (FROs) – differ from traditional investments in that investors are only required to correctly predict the direction of an asset movement to complete a successful trade (the magnitude of a price movement is completely irrelevant).  With binary options there are only two possible outcomes.  'Up' or 'Down'."

9.      The term "binary options trading" means the trading, sale or purchase of binary options by BdB U.S. investors, and activities related thereto, including but not limited to withdrawal requests, bonus programs, trading signals, account management, customer deposits, trade executions, and solicitations or advertising.

10.     The term "binary options solicitation" means offering, soliciting or encouraging of any BdB U.S. investor to engage in binary options trading, or attempting to offer, solicit or encourage any person or entity to engage in binary options trading, including advertisements or commercials of any sort.

11.     The term "BdB trading platform" means the online "trading platforms" offered by you or any of your affiliates and described and defined on the BdB website.

## II.     TOPICS FOR EXAMINATION

1.      The offer and/or sale of binary options to BdB U.S. investors by ETBO, BdB Ltd, BO Systems, BDB Services, or any of their affiliates, at any time during the period from 2010 to the present.

2.      Any binary options solicitation by ETBO, BdB Ltd, BO Systems, BDB Services, or any of their affiliates, at any time during the period from 2010 to the present, including but not limited to through the internet, by phone call, by email, or by YouTube videos.

3.      Any binary options trading platform(s) owned, managed or operated by ETBO, BdB Ltd, BO Systems, BDB Services, or any of their affiliates, at any time during the period from 2010 to the present.

4.      Any commissions, money or any other form of compensation from binary options trading, received from or paid to ETBO, BdB Ltd, BO Systems, BDB Services, or any of their affiliates from BdB U.S. investors at any time during the time period from 2010 to the present.

5.      Any bank accounts in the name of ETBO, BdB Ltd, BO Systems, BDB Services, or any of their affiliates, that received funds, directly or indirectly, from BdB U.S. investors at any time during the period from 2010 to the present.

6.      The operation, management and/or ownership of any BdB website(s) where BdB U.S. investors opened trading accounts and/or traded binary options at any time during the period from 2010 to the present.

7.      Communications between or among ETBO, BdB Ltd, BO Systems, BDB Services, or any of their affiliates, or anyone on their behalf, and the Cypress Securities and Exchange Commission, at any time during the period from 2010 to the present.

8.      The substance and content of what was stated, under oath, by Tomer Raz in Mr. Raz's declaration, dated July 9, 2013 and filed with the Court as Dkt. No. 19-1, a copy of which is attached hereto as Exhibit B.

**<u>EXHIBIT B</u>**

(Declaration of Tomer Raz, dated July 9, 2013 (Dkt. No. 19-1))

Case 2:13-cv-00893-RCJ-VCF Document 19-1 Filed 07/17/13 Page 1 of 4

# DECLARATION OF TOMER RAZ

# EXHIBIT 1

1. My name is Tomer Raz, graduate from Technion Institute of Science (Haifa, Israel) holding a B.Sc. (Dean's list) in Information Technologies Engineering. I am over the age of 18 years, and I make this declaration of my own personal knowledge.

2. I have 18 years of experience working at various technology companies in different positions, including development engineer, system analyst, software architect, etc. I currently hold a position as Chief of Technologies Officer (CTO) at E.T. Binary Options Ltd (E.T). I have held this position for the past 7 months.

3. Geo IP detection is based on a constantly updated global database of IP addresses and the geographic location in which an internet user's ISP (Internet Service Provider) operates.

4. To effectuate its Geo IP detection of persons who access its website, E.T uses the premium service of MaxMind Inc. (www.maxmind.com). Founded in 2002, MaxMind is a U.S.-based, industry-leading provider of IP intelligence and online fraud detection tools.

5. MaxMind uses the Geo IP location database maintained by the Internet Corporation for Assigned Names and Numbers (ICANN). ICANN's database is the most accurate and most frequently updated database in the world.

6. Using the MaxMind service, E.T. is able to, and does, block access to users seeking to access its website from the United States. The block takes place on the server side code, even before the visitor request has reached the site. Therefore, when a user seeks to access E.T.'s website from the United States, E.T. redirects the visitor to a designated restricted page showing a message that we cannot accept visitors from the United States. A copy of the web page to which United States visitors are redirected is attached hereto as Exhibit 1. E.T. has employed this technology since January 2013.

7. Furthermore, E.T. uses a service called MinFraud, also provided by MaxMind. This is an anti-fraud service, which determines the likelihood that a transaction is fraudulent, based on many factors, including whether an online transaction comes from a high risk IP address or anonymizing proxy. Therefore, E.T. also has in place substantial safeguards which reject transactions that might be using anonymizing proxies which might be used to circumvent traditional Geo IP detection technology. E.T. has employed this service since June 2013.

8. Additionally, as part of the MinFraud service, E.T uses the MinFraud Network, which detects suspicious activities from IP addresses and flags them as high risk throughout the entire minFraud Network in real-time, again enabling E.T to detect and repel attempts to circumvent traditional Geo IP detection and blocking technology.

9.  E.T began using the MaxMind services after employing quality assurance tests to several potential service providers, and having determined that MaxMind provides the best protection against access by users in regions, including the United States, with whom E.T. does not wish to interact.

10. MaxMind updates its database records daily, to reflect updates to ISP records. For example, a new service provider in the UK appeared on MaxMind's records only a few hours after start of operation. We have discovered no errors whatsoever with their GeoIP reports in all of our tests.

11. E.T does not knowingly conduct business with users accessing its website from the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 9, 2013.

_____
Tomer Raz

4850-0190-2868, v. 1

7/9/13
Case 2:13-cv-00993-RCJ-VCF Document 79-3 Filed 10/08/14 Page 173 of 201
Case 2:13-cv-00993-RCJ-VCF Document 19-1 Filed 07/17/13 Page 3 of 4



# BANC DE BINARY

Dear Visitor,

PLEASE TAKE NOTICE OF THE STATEMENT BELOW.

We are writing to inform you that Banc De Binary is voluntarily discontinuing its operations in the United States. The United States Commodity Futures Trading Commission and Securities and Exchange Commission have asserted that Banc De Binary is not permitted to offer its binary option products to U.S. residents without registering with those agencies. We are currently in discussions with the CFTC and SEC about these issues, but in the interim, we have discontinued all business with U.S. residents. For that reason, Banc De Binary is no longer accepting new U.S. customers, and will no longer permit existing U.S. customers to execute trades.

Please know that we do appreciate your business and hope that you found that all of our services met the high standards we set for ourselves. At this point, we intend to process refunds from the accounts of existing customers.

If you have satisfied the preconditions to which you agreed when you accepted any bonuses (for example, to trade at least a certain minimum aggregate volume), we will refund the entire balance remaining in your account.

Otherwise, we will subtract the amount of bonus(es) that you have accepted from the balance in your account, and will refund any remaining positive amount. We will process that refund via the same payment method you used to make your deposits. Depending on the payment method, the transfer should take no more than a few business days. We request that you reply to accounting@bbinary.com to confirm when you have received the refund.

Thank you for your understanding. We are committed to complying with any and all applicable laws and regulations if we choose to do business in the United States. If we recommence our services here, we look forward to welcoming you back as a customer at that time.



EXHIBIT 1

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648
Telephone No.  (323) 965-3213; Facsimile No.  (323) 965-3908.

On June 17, 2014, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AMENDED NOTICE OF DEPOSITION OF ET BINARY OPTIONS LTD. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☒ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  June 17, 2014                    */s/  Amy Jane Longo*
                                         Amy Jane Longo

1

1

2

**SEC v. Banc de Binary Ltd, et al.**
**United States District Court – District of Nevada**
**Case No. 2:13-cv-00993-RCJ-VCF**

3

**SERVICE LIST**

4

5

6

7

8

9

A. Jeff Ifrah, Esq.
David B. Deitch, Esq.
Rachel Hirsch, Esq.
Ifrah PLLC
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006-2004
jeff@ifrahlaw.com
ddeitch@ifrahlaw.com
rhirsch@ifrahlaw.com
Tel: (202) 524-4147

10

11

12

13

14

15

16

Craig S. Denney, Esq.
Justin Cochran
SNELL & WILMER L.L.P
50 West Liberty Street
Suite 510
Reno, Nevada 89501
cdenney@swlaw.com
jcochran@swlaw.com
Tel: (775) 785-5440

17

*Attorneys for Defendants*

18

19

20

21

22

23

24

25

26

27

28

2

JOHN W. BERRY (N.Y. Bar No. 2972610) (admitted *pro hac vice*)
Email:  berryj@sec.gov
AMY JANE LONGO (Cal. Bar No. 198304) (admitted *pro hac vice*)
Email:  longoa@sec.gov
LESLIE A. HAKALA  (Cal. Bar No. 199414) (admitted *pro hac vice*)
Email:  hakalal@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone:  (323) 965-3998
Facsimile:  (323) 965-3908

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.:  2:13-cv-00993-RCJ-VCF |
| Plaintiff, | **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AMENDED NOTICE OF DEPOSITION OF BO SYSTEMS   LTD. SEYCHELLES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)** |
| vs. | |
| BANC DE BINARY LTD, OREN SHABAT LAURENT (f/k/a OREN SHABAT), ET BINARY OPTIONS LTD., BO SYSTEMS LTD. SEYCHELLES and BDB SERVICES LTD. SEYCHELLES, | Date:       July 8, 2014 |
| Defendants. | Time:       11:30 a.m. |
| | Place:      U.S. SEC. Headquarters
100 F. Street, NE
Washington, DC 20549
(202) 942-8088 |

        PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Plaintiff Securities and Exchange Commission (the "SEC") will take the deposition of

Defendant BO Systems Ltd. Seychelles ("BO Systems") on July 8, 2014, beginning at 11:30 a.m., at the U.S. Securities and Exchange Commission, 100 F. Street, NE, Washington, DC 20549.  The deposition shall continue from day to day, as necessary, until completed.  The deposition will be taken upon oral examination before an officer authorized to administer oaths and take testimony in accordance with the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that the SEC intends to record this deposition by stenographic, audio and/or videotape transcription.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, BO Systems shall designate one or more of its directors, officers, employees, or other persons who will testify on its behalf as to all information known or reasonably available to BO Systems regarding the matters for examination listed in Exhibit A to this notice.  BO Systems' Rule 30(b)(6) designee(s) shall be the person(s) with the most knowledge regarding the matters listed in **Exhibit A**.  In addition, BO Systems shall identify all witnesses designated in response to this notice, and shall state the topics for which each such corporate representative witness is designated, no less than three business days prior to the deposition.

Dated:  June 17, 2014                          */s/  John W. Berry*
                                                John W. Berry
                                                Amy Jane Longo
                                                Leslie A. Hakala
                                                Attorneys for Plaintiff
                                                Securities and Exchange Commission

**EXHIBIT A**

**I.    DEFINITIONS**

   Unless the context indicates otherwise, the following words and phrases have the meanings given, regardless of whether the term is capitalized:

   1.  The term "communications" means and refers to written, oral or electronic communications or discussions, including, but not limited to, questions, answers, conversations, e-mails, letters, memoranda, notes, reports, or compilations of any communications or discussions.

   2.  The term "ETBO" means ET Binary Options Ltd., and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, directors, employees, officials, attorneys, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

   3.  The term "BdB Ltd" means Banc de Binary Ltd, and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, attorneys, directors, employees, officials, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

   4.  The term "BO Systems" means BO Systems Ltd. Seychelles, and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, attorneys, directors, employees, officials, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

   5.  The term "BDB Services" means BDB Services Ltd. Seychelles, and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, attorneys, directors, employees, officials, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

   6.  The term "BdB website" means any website operated by or on behalf of you, ETBO, BdB Ltd, BDB Services or any affiliates thereof, including www.bancdebinary.com, www.bbinary.com, www.bbinary.net,  and www.bancdebinary.net.

7.      The term "BdB U.S. investor" means any person or entity located in, resides in, is based in or otherwise transacts business in the United States, whom you or any of your affiliates solicited to buy or trade in binary options trading, or who provided funds to you or any of your affiliates or opened a trading account with you or any of your affiliates for binary options trading or for the purpose of purchasing binary options.

8.      The term "binary options" has the meaning provided on the BdB website.  For example, the BdB website states:  "Binary options – also known as Fixed Return Options (FROs) – differ from traditional investments in that investors are only required to correctly predict the direction of an asset movement to complete a successful trade (the magnitude of a price movement is completely irrelevant).  With binary options there are only two possible outcomes.  'Up' or 'Down'."

9.      The term "binary options trading" means the trading, sale or purchase of binary options by BdB U.S. investors, and activities related thereto, including but not limited to withdrawal requests, bonus programs, trading signals, account management, customer deposits, trade executions, and solicitations or advertising.

10.     The term "binary options solicitation" means offering, soliciting or encouraging of any BdB U.S. investor to engage in binary options trading, or attempting to offer, solicit or encourage any person or entity to engage in binary options trading, including advertisements or commercials of any sort.

11.     The term "BdB trading platform" means the online "trading platforms" offered by you or any of your affiliates and described and defined on the BdB website.

## II.      TOPICS FOR EXAMINATION

1.      The offer and/or sale of binary options to BdB U.S. investors by BO Systems, ETBO, BdB Ltd, BDB Services, or any of their affiliates, at any time during the period from 2010 to the present.

2.      Any binary options solicitation by BO Systems, ETBO, BdB Ltd, BDB Services, or any of their affiliates, at any time during the period from 2010 to the present, including but not limited to through the internet, by phone call, by email, or by YouTube videos.

3.      Any binary options trading platform(s) owned, managed or operated by BO Systems, ETBO, BdB Ltd, BDB Services, or any of their affiliates, at any time during the period from 2010 to the present.

4.      Any commissions, money or any other form of compensation from binary options trading, received from or paid to BO Systems, ETBO, BdB Ltd, BDB Services, or any of their affiliates from BdB U.S. investors at any time during the time period from 2010 to the present.

5.      Any bank accounts in the name of BO Systems, ETBO, BdB Ltd, BDB Services, or any of their affiliates, that received funds, directly or indirectly, from BdB U.S. investors at any time during the period from 2010 to the present.

6.      The operation, management and/or ownership of any BdB website(s) where BdB U.S. investors opened trading accounts and/or traded binary options at any time during the period from 2010 to the present.

7.      Communications between or among BO Systems, ETBO, BdB Ltd, BDB Services, or any of their affiliates, or anyone on their behalf, and the Cypress Securities and Exchange Commission, at any time during the period from 2010 to the present.

8.      The substance and content of what was stated, under oath, by Tomer Raz in Mr. Raz's declaration, dated July 9, 2013 and filed with the Court as Dkt. No. 19-1, a copy of which is attached hereto as Exhibit B.

1

**<u>EXHIBIT B</u>**

2

(Declaration of Tomer Raz, dated July 9, 2013 (Dkt. No. 19-1))

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF TOMER RAZ

# EXHIBIT 1

1. My name is Tomer Raz, graduate from Technion Institute of Science (Haifa, Israel) holding a B.Sc. (Dean's list) in Information Technologies Engineering. I am over the age of 18 years, and I make this declaration of my own personal knowledge.

2. I have 18 years of experience working at various technology companies in different positions, including development engineer, system analyst, software architect, etc. I currently hold a position as Chief of Technologies Officer (CTO) at E.T. Binary Options Ltd (E.T). I have held this position for the past 7 months.

3. Geo IP detection is based on a constantly updated global database of IP addresses and the geographic location in which an internet user's ISP (Internet Service Provider) operates.

4. To effectuate its Geo IP detection of persons who access its website, E.T uses the premium service of MaxMind Inc. (www.maxmind.com). Founded in 2002, MaxMind is a U.S.-based, industry-leading provider of IP intelligence and online fraud detection tools.

5. MaxMind uses the Geo IP location database maintained by the Internet Corporation for Assigned Names and Numbers (ICANN). ICANN's database is the most accurate and most frequently updated database in the world.

6. Using the MaxMind service, E.T. is able to, and does, block access to users seeking to access its website from the United States. The block takes place on the server side code, even before the visitor request has reached the site. Therefore, when a user seeks to access E.T.'s website from the United States, E.T. redirects the visitor to a designated restricted page showing a message that we cannot accept visitors from the United States. A copy of the web page to which United States visitors are redirected is attached hereto as Exhibit 1. E.T. has employed this technology since January 2013.

7. Furthermore, E.T. uses a service called MinFraud, also provided by MaxMind. This is an anti-fraud service, which determines the likelihood that a transaction is fraudulent, based on many factors, including whether an online transaction comes from a high risk IP address or anonymizing proxy. Therefore, E.T. also has in place substantial safeguards which reject transactions that might be using anonymizing proxies which might be used to circumvent traditional Geo IP detection technology. E.T. has employed this service since June 2013.

8. Additionally, as part of the MinFraud service, E.T uses the MinFraud Network, which detects suspicious activities from IP addresses and flags them as high risk throughout the entire minFraud Network in real-time, again enabling E.T to detect and repel attempts to circumvent traditional Geo IP detection and blocking technology.

9. E.T began using the MaxMind services after employing quality assurance tests to several potential service providers, and having determined that MaxMind provides the best protection against access by users in regions, including the United States, with whom E.T. does not wish to interact.

10. MaxMind updates its database records daily, to reflect updates to ISP records. For example, a new service provider in the UK appeared on MaxMind's records only a few hours after start of operation. We have discovered no errors whatsoever with their GeoIP reports in all of our tests.

11. E.T does not knowingly conduct business with users accessing its website from the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 9, 2013.

_____
Tomer Raz

4850-0190-2868, v. 1



# BANC DE BINARY

Dear Visitor,

PLEASE TAKE NOTICE OF THE STATEMENT BELOW.

We are writing to inform you that Banc De Binary is voluntarily discontinuing its operations in the United States. The United States Commodity Futures Trading Commission and Securities and Exchange Commission have asserted that Banc De Binary is not permitted to offer its binary option products to U.S. residents without registering with those agencies. We are currently in discussions with the CFTC and SEC about these issues, but in the interim, we have discontinued all business with U.S. residents. For that reason, Banc De Binary is no longer accepting new U.S. customers, and will no longer permit existing U.S. customers to execute trades.

Please know that we do appreciate your business and hope that you found that all of our services met the high standards we set for ourselves. At this point, we intend to process refunds from the accounts of existing customers.

If you have satisfied the preconditions to which you agreed when you accepted any bonuses (for example, to trade at least a certain minimum aggregate volume), we will refund the entire balance remaining in your account.

Otherwise, we will subtract the amount of bonus(es) that you have accepted from the balance in your account, and will refund any remaining positive amount. We will process that refund via the same payment method you used to make your deposits. Depending on the payment method, the transfer should take no more than a few business days. We request that you reply to accounting@bbinary.com to confirm when you have received the refund.

Thank you for your understanding. We are committed to complying with any and all applicable laws and regulations if we choose to do business in the United States. If we recommence our services here, we look forward to welcoming you back as a customer at that time.



EXHIBIT 1

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648
Telephone No.  (323) 965-3213; Facsimile No.  (323) 965-3908.

On June 17, 2014, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AMENDED NOTICE OF DEPOSITION OF BO SYSTEMS LTD. SEYCHELLES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)** on all the parties to this action addressed as stated on the attached service list:

☒     **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☒     **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐     **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐     **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐     **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒     **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐     **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐     **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  June 17, 2014                              _/s/  Amy Jane Longo_____
                                                              Amy Jane Longo

1

**SEC v. Banc de Binary Ltd, et al.**
**United States District Court – District of Nevada**
**Case No. 2:13-cv-00993-RCJ-VCF**

**SERVICE LIST**

A. Jeff Ifrah, Esq.
David B. Deitch, Esq.
Rachel Hirsch, Esq.
Ifrah PLLC
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006-2004
jeff@ifrahlaw.com
ddeitch@ifrahlaw.com
rhirsch@ifrahlaw.com
Tel: (202) 524-4147


Craig S. Denney, Esq.
Justin Cochran
SNELL & WILMER L.L.P
50 West Liberty Street
Suite 510
Reno, Nevada 89501
cdenney@swlaw.com
jcochran@swlaw.com
Tel: (775) 785-5440

*Attorneys for Defendants*

2

1  JOHN W. BERRY (N.Y. Bar No. 2972610) (admitted *pro hac vice*)
   Email:  berryj@sec.gov
2  AMY JANE LONGO (Cal. Bar No. 198304) (admitted *pro hac vice*)
   Email:  longoa@sec.gov
3  LESLIE A. HAKALA  (Cal. Bar. No. 199414) (admitted *pro hac vice*)
   Email:  hakalal@sec.gov
4

5  Attorneys for Plaintiff
   Securities and Exchange Commission
6  Michele Wein Layne, Regional Director
   Lorraine Echavarria, Associate Regional Director
7  John W. Berry, Regional Trial Counsel
   5670 Wilshire Boulevard, 11th Floor
8  Los Angeles, California 90036
   Telephone:  (323) 965-3998
9  Facsimile:  (323) 965-3908

10

11

12                    **UNITED STATES DISTRICT COURT**

13                      **DISTRICT OF NEVADA**

14

15  SECURITIES AND EXCHANGE            Case No.:  2:13-cv-00993-RCJ-VCF
    COMMISSION,
16
                                       **PLAINTIFF SECURITIES AND**
17           Plaintiff,                 **EXCHANGE COMMISSION'S**
                                        **AMENDED NOTICE OF DEPOSITION**
18           vs.                        **OF BDB SERVICES LTD. SEYCHELLES**
                                        **PURSUANT TO FEDERAL RULE OF**
19  BANC DE BINARY LTD, OREN SHABAT     **CIVIL PROCEDURE 30(b)(6)**
    LAURENT (f/k/a OREN SHABAT), ET
20  BINARY OPTIONS LTD., BO SYSTEMS     Date:      July 8, 2014
    LTD. SEYCHELLES and BDB SERVICES
21  LTD. SEYCHELLES,                    Time:      1:30 p.m.

22           Defendants.

23                                      Place:     U.S. SEC. Headquarters
                                                   100 F. Street, NE
24                                                 Washington, DC 20549
                                                   (202) 942-8088
25

26          PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

27  Procedure, Plaintiff Securities and Exchange Commission (the "SEC") will take the deposition of

28

Defendant BDB Services Ltd. Seychelles ("BDB Services") on July 8, 2014, beginning at 1:30 p.m., at the U.S. Securities and Exchange Commission, 100 F. Street, NE, Washington, DC 20549. The deposition shall continue from day to day, as necessary, until completed.  The deposition will be taken upon oral examination before an officer authorized to administer oaths and take testimony in accordance with the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that the SEC intends to record this deposition by stenographic, audio and/or videotape transcription.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, BDB Services shall designate one or more of its directors, officers, employees, or other persons who will testify on its behalf as to all information known or reasonably available to BDB Services regarding the matters for examination listed in Exhibit A to this notice.  BDB Services' Rule 30(b)(6) designee(s) shall be the person(s) with the most knowledge regarding the matters listed in **Exhibit A**.  In addition, BDB Services shall identify all witnesses designated in response to this notice, and shall state the topics for which each such corporate representative witness is designated, no less than three business days prior to the deposition.

Dated:  June 17, 2014

*/s/  John W. Berry*
John W. Berry
Amy Jane Longo
Leslie A. Hakala
Attorneys for Plaintiff
Securities and Exchange Commission

**EXHIBIT A**

**I.    DEFINITIONS**

Unless the context indicates otherwise, the following words and phrases have the meanings given, regardless of whether the term is capitalized:

1.    The term "communications" means and refers to written, oral or electronic communications or discussions, including, but not limited to, questions, answers, conversations, e-mails, letters, memoranda, notes, reports, or compilations of any communications or discussions.

2.    The term "ETBO" means ET Binary Options Ltd., and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, directors, employees, officials, attorneys, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

3.    The term "BdB Ltd" means Banc de Binary Ltd, and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, attorneys, directors, employees, officials, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

4.    The term "BO Systems" means BO Systems Ltd. Seychelles, and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, attorneys, directors, employees, officials, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

5.    The term "BDB Services" means BDB Services Ltd. Seychelles, and all entities in which it has or has had a controlling interest, all subsidiaries, affiliates, predecessors, successors, officers, attorneys, directors, employees, officials, agents, general partners, limited partners, partnerships, websites and aliases, code names or trade or business names used by any of the foregoing.

6.    The term "BdB website" means any website operated by or on behalf of you, ETBO BdB Ltd, BO Systems, or any affiliates thereof, including www.bancdebinary.com, www.bbinary.com, www.bbinary.net,  and www.bancdebinary.net.

7.      The term "BdB U.S. investor" means any person or entity located in, resides in, is based in or otherwise transacts business in the United States, whom you or any of your affiliates solicited to buy or trade in binary options trading, or who provided funds to you or any of your affiliates or opened a trading account with you or any of your affiliates for binary options trading or for the purpose of purchasing binary options.

8.      The term "binary options" has the meaning provided on the BdB website.  For example, the BdB website states:  "Binary options – also known as Fixed Return Options (FROs) – differ from traditional investments in that investors are only required to correctly predict the direction of an asset movement to complete a successful trade (the magnitude of a price movement is completely irrelevant).  With binary options there are only two possible outcomes.  'Up' or 'Down'."

9.      The term "binary options trading" means the trading, sale or purchase of binary options by BdB U.S. investors, and activities related thereto, including but not limited to withdrawal requests, bonus programs, trading signals, account management, customer deposits, trade executions, and solicitations or advertising.

10.     The term "binary options solicitation" means offering, soliciting or encouraging of any BdB U.S. investor to engage in binary options trading, or attempting to offer, solicit or encourage any person or entity to engage in binary options trading, including advertisements or commercials of any sort.

11.     The term "BdB trading platform" means the online "trading platforms" offered by you or any of your affiliates and described and defined on the BdB website.

## II.     TOPICS FOR EXAMINATION

1.      The offer and/or sale of binary options to BdB U.S. investors by BDB Services, ETBO, BdB Ltd, BO Systems, or any of their affiliates, at any time during the period from 2010 to the present.

2.      Any binary options solicitation by BDB Services, ETBO, BdB Ltd, BO Systems, or any of their affiliates, at any time during the period from 2010 to the present, including but not limited to through the internet, by phone call, by email, or by YouTube videos.

3.      Any binary options trading platform(s) owned, managed or operated by BDB Services, ETBO, BdB Ltd, BO Systems, or any of their affiliates, at any time during the period from 2010 to the present.

4.      Any commissions, money or any other form of compensation from binary options trading, received from or paid to BDB Services, ETBO, BdB Ltd, BO Systems, or any of their affiliates from BdB U.S. investors at any time during the time period from 2010 to the present.

5.      Any bank accounts in the name of BDB Services, ETBO, BdB Ltd, BO Systems, or any of their affiliates, that received funds, directly or indirectly, from BdB U.S. investors at any time during the period from 2010 to the present.

6.      The operation, management and/or ownership of any BdB website(s) where BdB U.S. investors opened trading accounts and/or traded binary options at any time during the period from 2010 to the present.

7.      Communications between or among BDB Services, ETBO, BdB Ltd, BO Systems, or any of their affiliates, or anyone on their behalf, and the Cypress Securities and Exchange Commission, at any time during the period from 2010 to the present.

8.      The substance and content of what was stated, under oath, by Tomer Raz in Mr. Raz's declaration, dated July 9, 2013 and filed with the Court as Dkt. No. 19-1, a copy of which is attached hereto as Exhibit B.

**<u>EXHIBIT B</u>**

(Declaration of Tomer Raz, dated July 9, 2013 (Dkt. No. 19-1))

# DECLARATION OF TOMER RAZ

# EXHIBIT 1

1. My name is Tomer Raz, graduate from Technion Institute of Science (Haifa, Israel) holding a B.Sc. (Dean's list) in Information Technologies Engineering. I am over the age of 18 years, and I make this declaration of my own personal knowledge.

2. I have 18 years of experience working at various technology companies in different positions, including development engineer, system analyst, software architect, etc. I currently hold a position as Chief of Technologies Officer (CTO) at E.T. Binary Options Ltd (E.T). I have held this position for the past 7 months.

3. Geo IP detection is based on a constantly updated global database of IP addresses and the geographic location in which an internet user's ISP (Internet Service Provider) operates.

4. To effectuate its Geo IP detection of persons who access its website, E.T uses the premium service of MaxMind Inc. (www.maxmind.com). Founded in 2002, MaxMind is a U.S.-based, industry-leading provider of IP intelligence and online fraud detection tools.

5. MaxMind uses the Geo IP location database maintained by the Internet Corporation for Assigned Names and Numbers (ICANN). ICANN's database is the most accurate and most frequently updated database in the world.

6. Using the MaxMind service, E.T. is able to, and does, block access to users seeking to access its website from the United States. The block takes place on the server side code, even before the visitor request has reached the site. Therefore, when a user seeks to access E.T.'s website from the United States, E.T. redirects the visitor to a designated restricted page showing a message that we cannot accept visitors from the United States. A copy of the web page to which United States visitors are redirected is attached hereto as Exhibit 1. E.T. has employed this technology since January 2013.

7. Furthermore, E.T. uses a service called MinFraud, also provided by MaxMind. This is an anti-fraud service, which determines the likelihood that a transaction is fraudulent, based on many factors, including whether an online transaction comes from a high risk IP address or anonymizing proxy. Therefore, E.T. also has in place substantial safeguards which reject transactions that might be using anonymizing proxies which might be used to circumvent traditional Geo IP detection technology. E.T. has employed this service since June 2013.

8. Additionally, as part of the MinFraud service, E.T uses the MinFraud Network, which detects suspicious activities from IP addresses and flags them as high risk throughout the entire minFraud Network in real-time, again enabling E.T to detect and repel attempts to circumvent traditional Geo IP detection and blocking technology.

9. E.T began using the MaxMind services after employing quality assurance tests to several potential service providers, and having determined that MaxMind provides the best protection against access by users in regions, including the United States, with whom E.T. does not wish to interact.

10. MaxMind updates its database records daily, to reflect updates to ISP records. For example, a new service provider in the UK appeared on MaxMind's records only a few hours after start of operation. We have discovered no errors whatsoever with their GeoIP reports in all of our tests.

11. E.T does not knowingly conduct business with users accessing its website from the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 9, 2013.

Tomer Raz

4850-0190-2868, v. 1



# BANC DE BINARY

Dear Visitor,

PLEASE TAKE NOTICE OF THE STATEMENT BELOW.

We are writing to inform you that Banc De Binary is voluntarily discontinuing its operations in the United States. The United States Commodity Futures Trading Commission and Securities and Exchange Commission have asserted that Banc De Binary is not permitted to offer its binary option products to U.S. residents without registering with those agencies. We are currently in discussions with the CFTC and SEC about these issues, but in the interim, we have discontinued all business with U.S. residents. For that reason, Banc De Binary is no longer accepting new U.S. customers, and will no longer permit existing U.S. customers to execute trades.

Please know that we do appreciate your business and hope that you found that all of our services met the high standards we set for ourselves. At this point, we intend to process refunds from the accounts of existing customers.

If you have satisfied the preconditions to which you agreed when you accepted any bonuses (for example, to trade at least a certain minimum aggregate volume), we will refund the entire balance remaining in your account.

Otherwise, we will subtract the amount of bonus(es) that you have accepted from the balance in your account, and will refund any remaining positive amount. We will process that refund via the same payment method you used to make your deposits. Depending on the payment method, the transfer should take no more than a few business days. We request that you reply to accounting@bbinary.com to confirm when you have received the refund.

Thank you for your understanding. We are committed to complying with any and all applicable laws and regulations if we choose to do business in the United States. If we recommence our services here, we look forward to welcoming you back as a customer at that time.



EXHIBIT 1

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648
Telephone No.  (323) 965-3213; Facsimile No.  (323) 965-3908.

On June 17, 2014, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AMENDED NOTICE OF DEPOSITION OF BDB SERVICES LTD. SEYCHELLES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**  on all the parties to this action addressed as stated on the attached service list:

☒    **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☒    **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐    **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐    **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐    **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒    **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐    **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐    **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  June 17, 2014                    */s/  Amy Jane Longo* _____
                                        Amy Jane Longo

1

Exhibit T Page 469

**SEC v. Banc de Binary Ltd, et al.**
**United States District Court – District of Nevada**
**Case No. 2:13-cv-00993-RCJ-VCF**

**SERVICE LIST**

A. Jeff Ifrah, Esq.
David B. Deitch, Esq.
Rachel Hirsch, Esq.
Ifrah PLLC
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006-2004
jeff@ifrahlaw.com
ddeitch@ifrahlaw.com
rhirsch@ifrahlaw.com
Tel: (202) 524-4147


Craig S. Denney, Esq.
Justin Cochran
SNELL & WILMER L.L.P
50 West Liberty Street
Suite 510
Reno, Nevada 89501
cdenney@swlaw.com
jcochran@swlaw.com
Tel: (775) 785-5440

*Attorneys for Defendants*

2

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900 Los Angeles, California 90071
> Telephone No.  (323) 965-3998; Facsimile No.  (213) 443-1904

On October 8, 2014, I caused to be served the document entitled **DECLARATION OF JOHN W. BERRY IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS OREN SHABAT LAURENT (F/K/A OREN SHABAT), ET BINARY OPTIONS LTD. AND BO SYSTEMS LTD. SEYCHELLES** on all the parties to this action addressed as stated on the attached service list:

☐     **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐     **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐     **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐     **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐     **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐     **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒     **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐     **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 8, 2014                          _/s/ Susan G. Cavallone_____
                                                                      Susan G. Cavallone

**SEC v. Banc de Binary Ltd., et al.**
**United States District Court – District of Nevada**
**Case No. 2:13-cv-00993-RCJ-VCF**

**SERVICE LIST**

A. Jeff Ifrah, Esq.
David B. Deitch, Esq.
Rachel Hirsch, Esq.
Ifrah PLLC
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006-2004
jeff@ifrahlaw.com
ddeitch@ifrahlaw.com
rhirsch@ifrahlaw.com
Tel: (202) 524-4147


Craig S. Denney, Esq.
SNELL & WILMER L.L.P
50 West Liberty Street
Suite 510
Reno, Nevada 89501
cdenney@swlaw.com
jcochran@swlaw.com
Tel: (775) 785-5440

*Attorneys for Defendants*