UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

SECURITIES & EXCHANGE COMMISSION,

        Plaintiff,

vs.

BANC DE BINARY LTD. *et al.*,

        Defendants.

2:13-cv-00993-RCJ-VCF

**ORDER**

      Before the court is *Securities & Exchange Commission v. Banc de Binary Ltd.*, case no. 2:13-cv-00993-RCJ-VCF.

      IT IS HEREBY ORDERED that the briefing on the Motion for Summary Judgment (#126) and the deadline to file the Joint Pretrial Order are stayed pending the decision on the Motion for Order to Show Cause (#118).

      DATED this 24th day of August, 2015.

                                          CAM FERENBACH
                                          UNITED STATES MAGISTRATE JUDGE