**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

BANC DE BINARY LTD, *et al.*,

Defendants.

Case No. 2:13–cv–993–RCJ–VCF

**ORDER**

MOTION FOR ORDER TO SHOW CAUSE (#118)
MOTION TO SEAL (#120)
FIRST MOTION TO EXTEND TIME (#122)
MOTION TO SEAL (#130)

On September 3, 2015, the Honorable Robert Clive Jones, U.S. District Judge, approved a stipulation to stay this matter pending the Commission's approval of a global settlement agreement. In light of the stay, the court denies all pending motions as moot with leave to refile in the event that the global settlement is not approved by the Commission.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that the Commission's Motion for Order to Show Cause (#118) is DENIED as moot.

IT IS FURTHER ORDERED that the Commission's Motion to Seal (#120) IS DENIED as moot.

IT IS FURTHER ORDERED that Defendants' First Motion to Extend Time (#122) is DENIED as moot.

IT IS FURTHER ORDERED that the Commission's Motion to Seal (#130) IS DENIED as moot.

DATED this 3rd day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE