JOHN W. BERRY (Cal. Bar No. 295760) (admitted *pro hac vice*)
Email: berryj@sec.gov
AMY JANE LONGO (Cal. Bar No. 198304) (admitted *pro hac vice*)
Email: longoa@sec.gov
LESLIE A. HAKALA (Cal. Bar No. 199414) (admitted *pro hac vice*)
Email: hakalal@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BANC DE BINARY LTD, OREN SHABAT LAURENT (f/k/a OREN SHABAT), ET BINARY OPTIONS LTD., BO SYSTEMS LTD. SEYCHELLES and BDB SERVICES LTD. SEYCHELLES,<br><br>Defendants. | Case No.: 2:13-cv-00993-RCJ-VCF<br><br>**STIPULATION AND PROPOSED ORDER FURTHER STAYING ACTION PENDING POTENTIAL SETTLEMENT** |

WHEREAS, Plaintiff Securities and Exchange Commission (the "SEC") and Defendants Banc de Binary Ltd, Oren Shabat Laurent, ET Binary Options Ltd., BO Systems Ltd. Seychelles, and BDB Services Ltd. Seychelles, have reported to the Court that they reached a potential settlement in principle that would resolve this action and the action *CFTC v. Banc de Binary Ltd*

1   *et al.*, Case No. 2:13-cv-00992-MMD-VCF (the "CFTC Action");

2   WHEREAS, the defendants in this action and the CFTC Action, counsel for the CFTC
3   and counsel for the SEC have executed a Term Sheet re: Proposed Global Settlement, dated
4   August 27, 2015, reflecting the terms of their proposed agreement in principle (the "Proposed
5   Global Settlement");

6   WHEREAS, the Proposed Global Settlement is subject to approval by both the
7   Commissioners of the SEC and the Commissioners of the CFTC;

8   WHEREAS, in the interests of efficiency for the Court and the parties, the parties
9   previously agreed to stay this action, subject to the Court's approval, so that the parties can
10  attempt to finalize the governing documents for the Proposed Global Settlement, counsel for the
11  SEC can recommend the settlement to the SEC Commissioners, and the parties can file, if
12  approved by the SEC Commissioners, any resulting final settlement papers (*see* Dkt. No. 137);

13  WHEREAS, the Court approved and ordered the requested stay, staying the action until
14  October 23, 2015 unless a party filed a notice to lift that stay (*see* Dkt. No. 137);

15  WHEREAS, because the parties have made substantial progress toward finalizing the
16  governing documents for the Proposed Global Settlement, the parties have agreed to stay the
17  action further, subject to the Court's approval, for an additional ten weeks, taking into account
18  the upcoming winter holidays, so that they can attempt to finish the process of finalizing the
19  documents, counsel for the SEC can recommend the settlement to the SEC Commissioners, and
20  the parties can file, if approved by the SEC Commissioners, any resulting final settlement papers;
21  and

22  WHEREAS, the parties to the CFTC Action are simultaneously filing a similar proposed
23  stipulation and order to stay the CFTC Action, for the same duration;

24  FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY STIPULATED, by and
25  among counsel for the parties as follows:

26  1.   This action is stayed until December 31, 2015.

27  2.   Before December 31, 2015, this stay shall be lifted without further action by the
28  Court upon the filing of a notice by any party to lift the stay, at which point the litigation shall

immediately resume on the filing date of that notice, with the parties restored to their respective positions as of the date of this stipulation.  No party can challenge or dispute the filing of a notice to lift the stay by another party.  To the extent the stay is lifted by such notice by a party, the defendants' response to the SEC's pending summary judgment motion (Dkt. Nos. 126, 128) shall be due four business days after the notice is filed.  Moreover, within five business days of the filing of party's notice to lift the stay, the parties agree to jointly request a status conference with the Court to address the remaining pretrial and trial schedule.

3.   If the SEC Commissioners do not approve a settlement or a final settlement is not otherwise reached, with all definitive final documents filed with the Court, by December 31, 2015, then the litigation shall resume on that day, without further action of the Court and with the parties restored to their respective positions as of the date of this stipulations.  The defendants' response to the SEC's pending summary judgment motion (Dkt. Nos. 126, 128) shall be due January 8, 2016.  Moreover, on or before January 11, 2016, the parties agree to jointly request a status conference with the Court to address the remaining pretrial and trial schedule.

Dated:  October 23, 2015

*/s/ John W. Berry (w/ permission)*
John W. Berry
Amy J. Longo
Leslie A. Hakala
444 S. Flower Street, 9th Floor
Los Angeles, CA 90071
Telephone:  (323) 965-3998
Facsimile:  (213) 443-1904

*Attorneys for Plaintiff*
*Securities and Exchange Commission*

Dated:  October 23, 2015

*/s/ Rachel Hirsch*
A. Jeff Ifrah
Rachel Hirsch
Ifrah Law
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006-2004
Telephone:  (202) 524-4140
Facsimile:  (202) 524-4141

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated:  November 3, 2015

_____
The Honorable Richard Jones
United States District Judge

3

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

> 1717 Pennsylvania Avenue, Suite 650, Washington, D.C. 20006
> Telephone No.  (202) 524-4140; Facsimile No.  (202) 524-4141

On October 23, 2015, I caused to be served the document entitled **STIPULATION AND PROPOSED ORDER FURTHER STAYING ACTION PENDING POTENTIAL SETTLEMENT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 23, 2015                            */s/ Rachel Hirsch*
                                                                    Rachel Hirsch

1

**SEC v. Banc de Binary Ltd,** *et al.*
**United States District Court – District of Nevada**
**Case No. 2:13-cv-00993-RCJ-VCF**

**SERVICE LIST**

John W. Berry, Esq.
Amy J. Longo, Esq.
Leslie A. Hakala, Esq.
U.S. SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone No.  (323) 965-3998
Facsimile No.  (213) 443-1904

*Attorneys for Plaintiff, SEC*

Craig S. Denney, Esq.
Greg Brower, Esq.
Carrie L. Parker, Esq.
SNELL & WILMER L.L.P
50 West Liberty Street, Suite 510
Reno, NV 89501
cdenney@swlaw.com
gbrower@swlaw.com
cparker@swlaw.com
Tel: (775) 785-5440

*Attorneys for Defendants*

2