UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BANC DE BINARY LTD, *et al.,*<br><br>Defendants. | Case No.:   2:13-CV-00993-RCJ-VCF<br><br><br>**ORDER SETTING TELEPHONIC HEARING** |

**ORDER IN CHAMBERS**

Presently before the Court is Plaintiff Securities and Exchange Commission's Motion for Summary Judgment Against Defendants Banc De Binary Ltd and BDB Services Ltd. Seychelles (ECF #126) filed July 31, 2015; and a Stipulation and Proposed Order Further Staying Action Pending Potential Settlement (Fourth Request) (ECF #144).  Accordingly,

IT IS HEREBY ORDERED that a Telephonic Status Conference is set for 11:00 A.M.  Friday, February 12, 2016, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

Parties shall dial the Meet-Me-Line FIVE (5) minutes prior to the hearing as follows: (888) 675-2535; Access Code: 2900398; Password: 021216.  The use of a cell phone or speaker phone during the call is prohibited, the call must be made by using a land line.  The parties shall remain silent on the line until the Court calls the case.

IT IS SO ORDERED this 5th day of February, 2016.

ROBERT C. JONES
District Judge