1  JOHN W. BERRY (Cal. Bar No. 295760) (admitted *pro hac vice*)
   Email:  berryj@sec.gov
2  AMY JANE LONGO (Cal. Bar No. 198304) (admitted *pro hac vice*)
   Email:  longoa@sec.gov
3  LESLIE A. HAKALA (Cal. Bar No. 199414) (admitted *pro hac vice*)
   Email:  hakalal@sec.gov
4

5  Attorneys for Plaintiff
   Securities and Exchange Commission
6  Michele Wein Layne, Regional Director
   John W. Berry, Regional Trial Counsel
7  444 S. Flower Street, Suite 900
   Los Angeles, California 90071
8  Telephone:  (323) 965-3998
   Facsimile:  (213) 443-1904
9

10

11                 **UNITED STATES DISTRICT COURT**

12                      **DISTRICT OF NEVADA**

13

14

15  SECURITIES AND EXCHANGE            Case No.: 2:13-cv-00993-RCJ-VCF
    COMMISSION,
16                                     **STIPULATION AND PROPOSED ORDER**
17            Plaintiff,               **FURTHER STAYING ACTION PENDING**
                                       **POTENTIAL SETTLEMENT**
18               vs.

19
    BANC DE BINARY LTD, OREN
20  SHABAT LAURENT (f/k/a OREN
    SHABAT), ET BINARY OPTIONS LTD.,
21  BO SYSTEMS LTD. SEYCHELLES and
    BDB SERVICES LTD. SEYCHELLES,
22

23            Defendants.

24

25        WHEREAS, Plaintiff Securities and Exchange Commission (the "SEC") and Defendants

26  Banc de Binary Ltd, Oren Shabat Laurent, ET Binary Options Ltd., BO Systems Ltd. Seychelles,

27  and BDB Services Ltd. Seychelles, have reported to the Court that they reached a potential

28  settlement in principle that would resolve this action and the action *CFTC v. Banc de Binary Ltd*

1    *et al.*, Case No. 2:13-cv-00992-MMD-VCF (the "CFTC Action");

2        WHEREAS, the defendants in this action and the CFTC Action, counsel for the CFTC

3    and counsel for the SEC have executed a Term Sheet re: Proposed Global Settlement, dated

4    August 27, 2015, reflecting the terms of their proposed agreement in principle (the "Proposed

5    Global Settlement");

6        WHEREAS, the Proposed Global Settlement is subject to approval by both the

7    Commissioners of the SEC and the Commissioners of the CFTC;

8        WHEREAS, in the interests of efficiency for the Court and the parties, the parties

9    previously agreed to stay this action, subject to the Court's approval, so that the parties could

10    finalize the governing documents for the Proposed Global Settlement, counsel for the SEC can

11    recommend the settlement to the SEC Commissioners, and the parties can file, if approved by the

12    SEC Commissioners, any resulting final settlement papers (*see* Dkt. No. 137);

13        WHEREAS, the Court approved and ordered the requested stay, staying the action until

14    October 23, 2015 unless a party filed a notice to lift that stay (*see* Dkt. No. 138);

15        WHEREAS, the parties previously agreed to extend the stay a first time, subject to Court

16    approval, to continue the process of finalizing the settlement documents and obtaining

17    Commission approval (*see* Dkt. No. 139);

18        WHEREAS, the Court approved the parties' stipulation, staying the action until

19    December 31, 2015, unless a party filed a notice to lift that stay (*see* Dkt. No. 140);

20        WHEREAS, the parties previously agreed to extend the stay a second time, subject to

21    Court approval, to continue the process of finalizing the settlement documents and obtaining

22    Commission approval (*see* Dkt. No. 141);

23        WHEREAS, the Court approved the parties' stipulation, staying the action until February

24    8, 2016, unless a party filed a notice to lift that stay (*see* Dkt. No. 143);

25        WHEREAS, because the parties have made substantial progress toward finalizing the

26    governing documents for the Proposed Global Settlement (including the defendants' execution of

27    settlement papers to be filed in the United States, Cyprus and Israel), the parties have agreed to

28    stay the action further, subject to the Court's approval, for an additional two weeks, so counsel

1    for the SEC can recommend the settlement to the SEC Commissioners, and so the parties can

2    file, if approved by the SEC Commissioners, any resulting final settlement papers; and

3        WHEREAS, the parties to the CFTC Action are simultaneously filing a similar proposed

4    stipulation and order to stay the CFTC Action, for the same duration;

5      ORDER

6    IT IS HEREBY ORDERED that this action is stayed until February 22, 2016.

7    IT IS FURTHER ORDERED that Summary Judgment Motions (ECF #126 and 128) are DENIED without prejudice.

8    IT IS FURTHER ORDERED if the SEC Commissioners do not approve a settlement or a final settlement is not otherwise reached, with all definitive final documents filed with the Court, by February 22, 2016, then the

9    litigation shall resume on that day, without further action of the Court and with the parties restored to their respective positions as of the date of this stipulation. The SEC may then refile its summary judgment motion on

10    or before February 29, 2016.  Moreover, on or before February 26, 2016, the parties agree to jointly request a

11    status conference with the Court to address the remaining pretrial and trial schedule.

12    IT IS SO ORDERED this 12th day of February, 2016.

13

14    _____

15    ROBERT C. JONES
     District Judge

16

17

18

19

20

21

22

23

24

25    //

26    //

27    //

28